IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY -3 P 4: 07
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JOHN E. LANCASTER, | * |
| Plaintiff, | * |
| v. | * Case Number: ~~CV-06-89~~ 2:06CV402-CSC |
| PHILILPS INVESTMENTS, LLC, d/b/a THE CEDARS, | * |
| Defendant. | * |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Phillips Investments, LLC hereby gives Notice of Removal of this action from the Circuit Court of Elmore County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division, as follows:

### Commencement of the Case

1.   This action was commenced on or about February 17, 2006, with the filing of a Summons and Complaint in Civil Action No. CV-06-89 in the Circuit Court of Elmore County, Alabama. (Exhibit "A").

### Jurisdictional Statement

2.   This Court would have original jurisdiction of this action pursuant to 28 U.S.C. §1331. Plaintiff's Complaint contains a claim brought pursuant to the Americans with Disabilities Act, 42 U.S.C § 12101, *et seq.*, and thus presents a question arising under the Constitution, laws, or treaties of the United States.

which it was first ascertained that this case has become removable. 28 U.S.C. § 1446(b). (Exhibit "B")

### Removal to Middle District of Alabama

4.     Removal is proper to the Middle District of Alabama, Northern Division, pursuant to 28 U.S.C. § 81, as Elmore County is within its boundaries.  Pursuant to 28 U.S.C. § 1441, this action is being removed to this Court, which embraces the place where the action is pending in state court.

### Attachment of State Court Pleadings and Records

5.     Pursuant to Local Rules 3.1 and 81.1, and 28 U.S.C. § 1446, a completed civil cover sheet and clear and legible copies of all pleadings, motions, orders and other papers filed and served in this action are attached as Exhibit "A."

### Notice to State Court

6.     Contemporaneously with the filing of this Notice of Removal in this Court, and in accordance with 28 U.S.C. § 1446(d), Defendant has sent written Notice of Removal to Plaintiff's attorney and has filed a copy of this Notice with the Clerk of the Circuit Court of Elmore County, Alabama.

### No Admission of Fact or Law

7.     No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

### Conclusion

WHEREFORE, the premises considered, the Defendant respectfully submits that it is entitled to have this action removed from the Circuit Court of Elmore County,

Alabama to the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted this the _3_ day of May, 2006.

_[signature]_
Thomas T. Gallion, III (GAL 010)
Constance C. Walker (WAL144)
Attorneys for Defendant Phillips Investments, LLC

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon the following counsel of record by placing a copy of the same in the United States mail, postage prepaid, this the _3_ day of May, 2006.

D. Coleman Yarbrough, Esq.
Law Offices of D. Coleman Yarbrough
2860 Zelda Road
Montgomery, Alabama 36106

_[signature]_
OF COUNSEL