| State of Alabama<br>Unified Judicial System | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>CV --<br>Date of Filing   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF ___Elmore___ COUNTY
Plaintiff __John E Lancaster__ v. Defendant __Philips investments, LLC, d/b/a The Cedars__   First Plaintiff
☐ Business  X Individual       First Defendant   X Business  ☐ Individual
☐ Government ☐ Other                              ☐ Government ☐ Other

**NATURE OF SUIT:** In the column of boxes preceding the categories listed below, number the boxes (in order of priority; one=highest priority) the best describes or categorizes the basis or theory of your suit. You may number up to five case types.

**TORTS PERSONAL INJURY**
- ☐ WEDA - Wrongful Death
- **1** TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- **2** TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice - Medical
- ☐ TOLM - Malpractice - Legal
- ☐ TOOM - Malpractice - Other
- ☐ TOXX - Other:_____

**TORTS PROPERTY INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

FEB 17 2006

- **1** RPRO - Real Property
- ☐ ACCT - Account & Non-Mortgage
- ☐ COXX - Contract: All Other
- ☐ CVRT - Civil Rights
- **2** WTEG - Wills/Trusts/Estates/Guardianships
- **3** EQND - Non-Damage Actions (Declaratory Judgment, Injunction)
- ☐ MSHC - Habeas Corpus/Extraordinary Writt
- ☐ ADPA - Admin. Procedure Act
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ COMP - Workmen's Compensation
- ☐ COND - Condemnation (Fruits of Crime, Rt of Way, Aband. Vehicle)
- ☐ CVXX - Other:_____

**ORIGIN (Check One)**  F **X** INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER:_____
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  X Yes  ☐ No   Note: Checking "Yes" does not constitute a demand for a jury trial (See Rules 38 and 39, ARCP, for procedure)

**RELIEF REQUESTED:** $ 3,000,000.00 Compensatory   $_____ General
$_____ Punitive   ☐ No Monetary Award Requested

Attorney Code: YAR 003   Date: 2/15/06   Signature of Attorney/Party filing this Form

### DISPOSITION DATA (TO BE COMPLETED BY THE COURT)

| Disposition Date: | Administrative Docket: | Trial Begun No Verdict: | Judge Taking Final Action<br>Judge Code: |
|---|---|---|---|

**JUDGMENT FOR PLAINTIFF**
Type:  Amount:
F ☐ Default   $_____ Compensatory
A ☐ Consent   $_____ Punitive
M ☐ Summary   $_____ General
N ☐ Bench Trial
J ☐ Jury Trial ☐ No Monetary Award
O ☐ Other:_____

**JUDGMENT FOR DEFENDANT**
Type:  Amount:
F ☐ Default   $_____ Compensatory
A ☐ Consent   $_____ Punitive
M ☐ Summary   $_____ General
N ☐ Bench Trial
J ☐ Jury Trial ☐ No Monetary Award
O ☐ Other:_____

**DISMISSALS**
R ☐ Dismissed With Prejudice  T ☐ Transferred to Other Circuit/Venue
P ☐ Dismissed Without
S ☐ Prejudice

**TRIAL BEGAN:**_____
**TRIAL ENDED:**_____
Number of Trial Days:____

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | ORIGINAL | **SUMMONS**<br>-CIVIL- | Case Number<br>RECEIVED<br>SHERIFFS DEPT<br>ON 06-89<br>MONT'G ALA<br>2006 FEB 27 A 11: 11<br>D T MARSHALL<br>SHERIFF |
|---|---|---|---|

IN THE _____CIRCUIT_____ COURT OF _____ELMORE_____ COUNTY

IN THE MATTER OF:   John E. Lancaster v Phillips Investments. L.L.C., d/b/a The Cedars

NOTICE TO: _____Phillips Investments, LLC, d/b/a The Cedars, 1824 Parkway Dr. S, Montgomery, Ala. 36117_____

The complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to file the original of your written Answer, either admitting or denying each allegation in the complaint with the Clerk of this Court. A copy of your Answer must be mailed or hand delivered by you or your attorney to the Plaintiff or Plaintiff's Attorney  D. Coleman Yarbrough  whose address is  2860 Zelda Road, M...

THIS WRIT RETURNED "NOT FOUND"
IN MONTGOMERY COUNTY THIS _19_
DAY OF _____ 06
FOR THE FOLLOWING REASON:

☐ MOVED
☐ NO SUCH ADDRESS
☒ INSUFFICIENT ADDRESS
☐ NEED WORK ADDRESS
☐ NOT EMPLOYED
☐ RETURN TO COURT BY ORDER
   OF_____
☐ OTHER_____
D. T. MARSHALL, SHERIFF
BY_____ D.S. 637

☐ Return receipt of certified mail received in this office _____.
                                                              (Date)
☐ I certify that I personally delivered a copy of the Summons and Complaint to_____
   _____ in _____ County, Alabama on _____.
                                                                      (Date)

| Date | Server's signature |
|---|---|
| | Type of Process Server |
| Address of Server | |

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | ORIGINAL   **SUMMONS**<br>-CIVIL- | Case Number<br><br>RECEIVED<br>SHERIFFS DEPT<br>ON 06X89<br>ANTOOMERY ALA<br>2006 FEB 27 A 11: 11<br>D T MARSHALL |

IN THE _____CIRCUIT_____ COURT OF _____ELMORE_____ COUNTY

IN THE MATTER OF:   John E. Lancaster v Phillips Investments. L.L.C., d/b/a The Cedars

NOTICE TO: ___Phillips Investments, LLC, d/b/a The Cedars, 1824 Parkway Dr. S, Montgomery, Ala. 36117___

The complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to file the original of your written Answer, either admitting or denying each allegation in the complaint with the Clerk of this Court. A copy of your Answer must be mailed or hand delivered by you or your attorney to the Plaintiff or Plaintiff's Attorney _D. Coleman Yarbrough_ whose address is _2860 Zelda Road, Montgomery, Ala. 36106_. This Answer must be mailed or delivered within _30_ days after this summons and complaint were delivered to you or a judgment by default may be entered against you for the money or other things demanded in the complaint.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

X   You are hereby commanded to serve this summons and a copy of the complaint in this action upon the Defendant.

☐   Service by certified mail of this summons is initiated upon the written request of _Plaintiff_ pursuant to the Alabama Rules of Civil Procedure.

Date _2-23-06_       _[signature]_       By:_____
                      Clerk/Register

☐ Certified Mail is hereby requested.
_____
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE**
☐ Return receipt of certified mail received in this office _____.
                                                              (Date)
☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____.
                                                                                                                      (Date)

Date _____

Server's signature _____

Type of Process Server _____

Address of Server

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev 6/88 | **SUMMONS**<br>**-CIVIL-** | Case Number<br>CV 06-89 |
|---|---|---|

IN THE ___CIRCUIT___ COURT OF ___ELMORE___ COUNTY

IN THE MATTER OF:   John E. Lancaster v Phillips Investments. L.L.C., d/b/a The Cedars

NOTICE TO: ___Phillips Investments, LLC, d/b/a The Cedars, 1824 Parkway Dr. S, Montgomery, Ala. 36117___

The complaint which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to file the original of your written Answer, either admitting or denying each allegation in the complaint with the Clerk of this Court. A copy of your Answer must be mailed or hand delivered by you or your attorney to the Plaintiff or Plaintiff's Attorney_D. Coleman Yarbrough_ whose address is _2860 Zelda Road, Montgomery, Ala. 36106._ This Answer must be mailed or delivered within __30__ days after this summons and complaint were delivered to you or a judgment by default may be entered against you for the money or other things demanded in the complaint.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

X   You are hereby commanded to serve this summons and a copy of the complaint in this action upon the Defendant.

☐   Service by certified mail of this summons is initiated upon the written request of _Plaintiff_ pursuant to the Alabama Rules of Civil Procedure.

Date___2/23/06___   _[signature]_   By:_____
Clerk/Register

☐ Certified Mail is hereby requested.

_____
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office_____.
                                                                    (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to_____

_____ in _____ County, Alabama on _____.
                                                                    (Date)

Date
_____

_____
Address of Server

_____
Server's signature

_____
Type of Process Server

IN THE CIRCUIT COURT OF
ELMORE COUNTY, ALABAMA

| | |
|---|---|
| JOHN E. LANCASTER | ) |
| Plaintiff | ) |
| | ) |
| v | ) CIVIL ACTION NO.: CV 06-89 |
| | ) |
| PHILLIPS INVESTMENTS, L.L.C. | ) |
| d/b/a THE CEDARS | ) |
| Defendant. | ) |

FEB 17 2006

## COMPLAINT

1. On, to wit, the 20th day of October, 2004, the Defendant as Landlord and the Plaintiff as Tenant entered into a lease (the "lease") under the terms of which Plaintiff occupied premises of the Defendant (the "premises") located at 111 Cedar Court, Wetumpka, Alabama 36092, as a residence during the term of October 20, 2004, through September 31, 2005.

2. The Plaintiff at the aforesaid time was disabled, having previously lost one leg, and used a wheelchair, which facts were known to the Defendant. Having such disability, Plaintiff was a member of a class of persons protected under the provisions of the Americans With Disabilities Act (the"ADA").

3. The premises were subject to compliance with, but did not comply with, the provisions of the ADA.

4. On, to wit, the 6th day of April, 2005, Defendant caused a wheelchair ramp (the "ramp") to be constructed on the premises for Plaintiff's use. The ramp was improperly designed, constructed, and maintained, and likewise failed to comply with the provisions of the ADA.

1

5. On, to wit, the 7th day of April, 2005, Plaintiff attempted to descend the ramp in his wheelchair. The wheelchair overturned; Plaintiff was ejected therefrom, and was seriously and permanently injured, in that he suffered a broken leg which had to be amputated. He was bruised, battered and contused about his face and body. He suffered severe mental anguish. He was caused to be substantially confined to bed, and will be so confined for the remainder of his life. He was caused to spend, and will be caused to spend in the future, money for doctors bills, hospital bills, medical treatment, and the like.

## COUNT I

6. Plaintiff incorporates by reference Paragraphs 1 through 5 above.

7. The ramp was negligently designed, constructed and maintained by the Defendant, which proximately caused the Plaintiff to fall and suffer the aforesaid injuries and damages.

WHEREFORE, Plaintiff claims of Defendant the sum of $3,000,000.00, interest, and costs.

## COUNT II

8. Plaintiff incorporates by reference paragraphs 1 through 5 above.

9. The ramp was wantonly designed, constructed, and maintained by the Defendant, which proximately caused the Plaintiff to fall and suffer the aforesaid injuries and damages.

WHEREFORE, Plaintiff claims of Defendant the sum of $3,000,000.00, interest, and costs.

## COUNT III

10. Plaintiff incorporates by reference paragraphs 1 through 7 above.

11. Plaintiff was at all pertinent times a member of a class of persons protected, and therefore a person protected, under the terms of the ADA.

12. Defendant failed to comply with the terms of the ADA in and about the design,

construction, and maintenance of both the premises and the ramp. As a proximate result of the said failure, the said Plaintiff suffered the aforesaid fall and sustained the aforesaid injuries.

WHEREFORE, Plaintiff claims of the Defendant the sum of $3,000,000.00, interest, attorney's fees, and costs.

_____
D. COLEMAN YARBROUGH  (YAR003)
Attorney for Plaintiff

## JURY DEMAND

Plaintiff demands a trial by struck jury.

_____
D. COLEMAN YARBROUGH  (YAR 003)

LAW OFFICES OF:
D. COLEMAN YARBROUGH
2860 ZELDA ROAD
MONTGOMERY, ALA. 36106
PHONE: (334) 277-9559
FAX: (334) 277-9035

IN THE CIRCUIT COURT OF ELMORE COUNTY, ALABAMA

John E. Lancaster
Plaintiff,

vs.

Philips Investments d/b/a
Defendant. The Cedars

Case No.: CV-06-89

FEB 23 2006

## ORDER FOR NON-FILING OF CIVIL DISCOVERY

Pursuant to Rule 5 A.R.Civ.P. (as amended) it is ORDERED that unless the Court directs otherwise, in this cause:

1. Interrogatories, requests for production, requests for admissions and responses thereto, and notices of depositions shall be served in accordance with Rule 5(b), A.R.Civ.P., but shall not be filed with the Clerk except upon order of the Court or for use at trial or in connection with motions. The party responsible for service of the discovery material shall retain the original and become the custodian.

2. No notice of deposition or depositions shall be filed with the Clerk unless the Court directs otherwise, or unless in support of or in opposition to a motion. Counsel who notices a deposition shall be the custodian of the deposition and shall maintain the original for filing if the Court so directs.

3. If discovery materials are germane to any motion or response, only the relevant material shall be filed with the motion or response.

4. Whenever any discovery material (request, response, notice) is served, counsel shall contemporaneously deliver to the Clerk a notice identifying the date of service and the nature of the material served or the first and last page of the document served including the certificate of service. These notices shall be maintained by the Clerk with the civil action file but will not be docketed.

5. During the pendency of any case the custodian of any discovery material shall provide to counsel for all other parties reasonable access to the material and an opportunity to duplicate the material at the expense of the copying party, and any other person may with leave of Court obtain a copy of any discovery material from its custodian upon payment of the expense of the copy.

DONE and ORDERED the 23rd day of Feb. 2006

_____
BEN A. FULLER - Circuit Judge