Case 2:06-cv-00402-MEF-CSC   Document 2-3

alacourt.com's

## Alabama SJIS Case Detail



| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 29 | Case Number | CV 2006 000089 00 | JID | BAF | Trial | J |
| Style | JOHN E LANCASTER VS PHILIPS INVESTMENTS LLC DBA THE CEDARS | | | | | | |
| Code | TONG | Type | NEGLIGENCE-GENERAL | Filed | 02172006 | Track | |
| Amount | | Status | ACTIVE | Plaintiffs | 001 | Defendants | 001 |
| DJID | | Court Action | 00000000 | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

| Settings | | | | | | |
|---|---|---|---|---|---|---|
| Date 1 | | Que 1 | | Time 1 | | Description |
| Date 2 | | Que 2 | | Time 2 | | Description |
| Date 3 | | Que 3 | | Time 3 | | Description |
| Date 4 | | Que 4 | | Time 4 | | Description |
| Cont Date | | Why | | | | Cont # |
| RevJmt | | Admin Date | | Why | | |
| Appeal Date | | CRT. | | Case | 0000 000000 00 | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP |
| Comment 1 | | | | | | |
| Comment 2 | | | | | | |

| Party 1 | | | | | | |
|---|---|---|---|---|---|---|
| Party | C 001 | Name | LANCASTER JOHN E | | Type | INDIVIDUAL |
| INDX | D PHILLIPS INV | ANAM | | | JID | BAF |
| SSN | | Address 1 | | | Sex | |
| DOB | | Address 2 | | | Race | |
| Country | US | City | AL 00000 0000 | | Phone | 334 000 0000 |
| Atty 1 | YARBROUGH D COLEMAN | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | | Type | | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | | Type | | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

| Party 2 | | | | | | |
|---|---|---|---|---|---|---|
| Party | D 001 | Name | PHILLIPS INVESTMENTS LLC DBA THE CEDARS | | Type | BUSINESS |
| INDX | C LANCASTER JO | ANAM | | | JID | BAF |
| SSN | | Address 1 | 1824 PARKVIEW DR | | Sex | |
| DOB | | Address 2 | | | Race | |
| Country | US | City | MONTGOMERY AL 36117 0000 | | Phone | 334 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | | Type | | Reissue | 04172006 | Type | S SHERIFF |
| Return | 03142006 | Type | I INSUFFICIENT | Return | Type | |
| Service | | Type | | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

| Case Action Summary | | | | |
|---|---|---|---|---|
| Date | Time | Code | Comments | Operator |
| 02232006 | 1147 | FILE | FILED THIS DATE: 02/17/2006 (AV01) | MEL |
| 02232006 | 1147 | ASSJ | ASSIGNED TO JUDGE: BEN A FULLER (AV01) | MEL |
| 02232006 | 1147 | TDMJ | JURY TRIAL REQUESTED (AV01) | MEL |
| 02232006 | 1147 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | MEL |

| | | | | |
|---|---|---|---|---|
| 02232006 | 1147 | ORIG | ORIGIN: INITIAL FILING (AV01) | MEL |
| 02232006 | 1147 | PART | LANCASTER JOHN E ADDED AS C001 (AV02) | MEL |
| 02232006 | 1147 | ATTY | LISTED AS ATTORNEY FOR C001: YARBROUGH D COLEMAN | MEL |
| 02232006 | 1148 | PART | PHILLIPS INVESTMENTS LLC DBA THE CEDARS ADDED AS D | MEL |
| 04032006 | 1008 | RETU | RETURNED INSUFFICIENT ON 03/14/2006 FOR D001 | MEL |
| 04172006 | 1053 | D001 | ADDR1 CHANGED FROM: 1824 PARKWAY DR S (AV02) | MEL |
| 04172006 | 1054 | REIS | REISSUE OF SHERIFF ON 04/17/2006 FOR D001 (AV02) | MEL |