**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                            TELEPHONE (334) 954-3600

May 11, 2006

# NOTICE OF REASSIGNMENT

Re:   John F. Lancaster v. Phillips Investments, LLC
      Civil Action No. #2:06-cv-00402-CSC

The above-styled case has been reassigned to Chief Judge Mark E. Fuller.

Please note that the case number is now #2:06-cv-00402-MEF.  This new case number should be used on all future correspondence and pleadings in this action.