IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 23 A 11: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JOHN E. LANCASTER, | |
| Plaintiff, | |
| v. | Case Number: 2:06cv-402-CSC |
| PHILLIPS INVESTMENTS, LLC, d/b/a THE CEDARS, | |
| Defendant. | |

## MOTION FOR PROTECTIVE ORDER

COMES NOW Defendant Phillips Investments, LLC, Defendant in the above referenced action, and requests that this Honorable Court enter, pursuant to 45 C.F.R. §164.512(3), a Protective Order, allowing the Defendant to obtain information from the Plaintiff's health care providers and health care plans. In support of this motion, the Defendant states as follows:

1. The Plaintiff's physical condition and his medical expenses are at issue in this litigation. In his Complaint, the Plaintiff has alleged to have sustained personal injuries and incurred medical treatment and costs as a result of the Defendant's conduct.

2. The Defendant is entitled to issue subpoenas to the Plaintiff's health care providers and health care plans requesting information and documentation regarding the Plaintiff's medical records and charges for medical treatment.

3. Defendant has issued subpoenas to Plaintiff's health care providers. Two of these providers, the Veteran's Administration and Baptist Health, have advised that

they cannot produce documents unless the Court enters a Protective Order. Defendant anticipates that the Plaintiff's remaining health care providers and health care plans are subject to the privacy requirements set forth at 45 C.F.R. §164.512(3).

4. The Defendant asserts should this Honorable Court enter a Protective Order, any information the Defendant receives from the Plaintiff's health care providers and/or health care plans will exclusively be used and disclosed only for the purpose of this litigation and said information and documentation will either be returned or destroyed at the end of this litigation.

WHEREFORE, the foregoing premises considered, the Defendant respectfully requests this Honorable Court enter a Protective Order, pursuant to 45 C.F.R.§164.512(3), authorizing the Plaintiffs' health care providers and health care plans to disclose protected health information to the parties for the purposes of this litigation only.

Respectfully submitted this the 23 day of June, 2006.

_____
Thomas T. Gallion, III (GAL 010)
Constance C. Walker (WAL144)
Attorneys for Defendant Phillips Investments, LLC

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon the following counsel of record by placing a copy of the same in the United States mail, postage prepaid, this the 23 day of June, 2006.

D. Coleman Yarbrough, Esq.
Law Offices of D. Coleman Yarbrough
2860 Zelda Road
Montgomery, Alabama 36106

_____
OF COUNSEL