IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN E. LANCASTER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number: 2:06cv-402-MEF |
| | * | |
| PHILILPS INVESTMENTS, LLC, | * | |
| d/b/a THE CEDARS, | * | |
| | * | |
| Defendant. | * | |

## MOTION TO COMPEL

COMES NOW Defendant Phillips Investments, LLC, pursuant to Rule 37, Fed.R.Civ.P., and moves this Court to enter an order compelling Plaintiff to respond to Defendant's outstanding interrogatories and request for production of documents, and also to provide Defendant with the Initial Disclosures requested by the parties' Rule 26(f) report. Defendant shows as follows:

1. On June 5, 2006, Defendant issued Interrogatories and Request for Production of Documents to the Plaintiff.

2. More than 30 days has passed and Plaintiff has not responded to the outstanding discovery requests.

3. Defendant has attempted to resolve this dispute without the assistance of the Court with no success. (See Exs. A, B, and C attached hereto.)

4. Plaintiff has also not provided Defendant with his Initial Disclosures as required by the parties' Rule 26(f) report.

WHEREFORE, THE PREMISES CONSIDERED, Defendant respectfully requests that this Court enter an order directing Plaintiff to provide Defendant with responses to the outstanding discovery and to provide the Plaintiff's Initial Disclosures. Defendant further requests any other relief to which it may be entitled.

/s/Constance C. Walker_____
Constance C. Walker  (ASB-5510-L66C)
Attorney for Defendant Phillips Investments, LLC

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 26th day of October, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

D. Coleman Yarbrough, Esq.
Law Offices of D. Coleman Yarbrough
2860 Zelda Road
Montgomery, Alabama 36106

                                            /s/Constance C. Walker
                                            OF COUNSEL