

Haskell Slaughter Young & Gallion, LLC

305 South Lawrence Street

Montgomery, Alabama 36104

Constance C. Walker
ccw@hsy.com

t. 334.265.8573 | f. 334.264.7945

Mailing Address | Post Office Box 4660

Montgomery, Alabama 36103-4660

August 15, 2006

Coleman Yarbrough, Esquire
2860 Zelda Road
Montgomery, Alabama 36106

      RE:   *John E. Lancaster v. Phillips Investments, LLC d/b/a The Cedars*
            **In the Circuit Court of Elmore County, Alabama**
            **Insured:    The Cedars**
            **Case Number:    CV-2006-89**
            **File Number:    02391-675**

Dear Mr. Yarbrough:

      According to my file, the Plaintiff's Responses to Interrogatories and Request for Production of Documents are overdue. I would appreciate it if you would please provide me with these responses so that I do not have to file a Motion to Compel. As you know, we have depositions scheduled later this month, and I need these responses in advance of the depositions.

      I look forward to hearing from you soon.

                                         Sincerely,

                                         Constance C. Walker

CCW/sll