

Constance C. Walker
ccw@hsy.com

Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
t. 334.265.8573 | f. 334.264.7945
Mailing Address | Post Office Box 4660
Montgomery, Alabama 36103-4660

September 25, 2006

D. Coleman Yarbrough, Esq.
Law Offices of D. Coleman Yarbrough
2860 Zelda Road
Montgomery, Alabama 36106

Re:   *John E. Lancaster v. Phillips Investments, LLC, d/b/a The Cedars*
      In the United States District Court for the Middle District of Alabama
      Civil Action Number.    2:06cv-402-MEF
      Our File Number:         02391-675

Dear Mr. Yarbrough:

I previously advised you that my clients are not available for the depositions on September 29. I also asked you whether you wanted to proceed with the depositions of your clients on the 28th or if you wanted to postpone them and take all four depositions at the same time when we rescheduled. I have not heard anything from you in response

Additionally, I have still not received responses to Defendant's interrogatories and request for production of documents. I have also not received Plaintiff's Initial Disclosures. I need this information before I can depose the Plaintiff.

Since I have not received the discovery responses and initial disclosures, I feel that I have no alternative other than to cancel the depositions on the 28th and reschedule when I receive the discovery responses. I would appreciate it if you would please provide these to me within ten days so that I do not have to file a motion to compel with the Court.

Sincerely,

Constance C. Walker

CCW/jc

#22124 v1 - cyarbroughltr.9.12.06

www.hsy.com