

Constance C. Walker
ccw@hsy.com

Haskell Slaughter Young & Gallion, LLC

305 South Lawrence Street

Montgomery, Alabama 36104

t. 334.265.8573 | f. 334.264.7945

Mailing Address | Post Office Box 4660

Montgomery, Alabama 36103-4660

October 17, 2006

D. Coleman Yarbrough, Esq.
Law Offices of D. Coleman Yarbrough
2860 Zelda Road
Montgomery, Alabama 36106

Re:   *John E. Lancaster v. Phillips Investments, LLC, d/b/a The Cedars*
      **In the United States District Court for the Middle District of Alabama**
      **Civil Action Number.**    2:06cv-402-MEF
      **Our File Number:**         02391-675

Dear Mr. Yarbrough:

I would appreciate it if you would please provide me with the Plaintiff's initial disclosures and discovery responses as soon as possible. Once we receive these responses, we can proceed with rescheduling the depositions.

I look forward to hearing from you soon.

Sincerely,

Constance C. Walker

CCW/jc

#22568 v1 - yarbroughltr10.17.06

www.hsy.com