IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. LANCASTER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-402-MEF |
| ) | |
| PHILLIPS INVESTMENTS, LLC, ) | |
| d/b/a The Cedars, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that the pretrial conference set for April 26, 2007 is rescheduled for April 19, 2007 in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 1st day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE