IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN E. LANCASTER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case Number:  2:06cv-402-MEF |
| | * | |
| PHILILPS INVESTMENTS, LLC, | * | |
| d/b/a THE CEDARS, | * | |
| | * | |
| Defendant. | * | |

**MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** Defendant Phillips Investments, LLC, d/b/a the Cedars ("Phillips'), pursuant to Rule 56, Fed.R.Civ.P., and moves this Court to grant summary judgment in its favor as to all counts in the Plaintiff's Complaint.  As grounds for this motion, Phillips shows as follows:

1.      There is no genuine issue of material fact and Phillips is entitled to judgment as a matter of law with respect to Plaintiff's claim under the Americans With Disabilities Act ("ADA") because the apartment complex that is the subject of the Plaintiff's Complaint is not a place of public accommodation as defined by the ADA, and therefore is not subject to ADA compliance.

2.      There is no genuine issue of material fact and Phillips is entitled to judgment as a matter of law with respect to Plaintiff's state law claims because the Plaintiff was contributory negligent and/or assumed the risk.

3.	There is no genuine issue of material fact and Phillips is entitled to judgment as a matter of law as to Plaintiff's state law claims because the danger of the premises was an open and obvious condition.

4.	There is no genuine issue of material fact and Phillips is entitled to judgment as a matter of law with respect to Plaintiff's state law claim for wantonness.

5.	In support of this motion, Phillips submits a Memorandum Brief in Support of Motion for Summary Judgment, and the depositions of John D. Lancaster, Faye Mays, Virgie Marie Smiley, Judith Ann Summers, and Ann Phillips.

WHEREFORE, THE PREMISES CONSIDERED, Phillips respectfully moves this Court to enter judgment in its favor as a matter of law as to all counts in the Plaintiff's Complaint.

/s/Constance C. Walker
Thomas T. Gallion (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorney for Defendant Phillips Investments, LLC

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

D. Coleman Yarbrough, Esq.
Law Offices of D. Coleman Yarbrough
2860 Zelda Road
Montgomery, Alabama 36106
DCYARBROUGH@KNOLOGY.NET

                /s/Constance C. Walker
                OF COUNSEL