# Condensed Transcript

# Deposition of
# John E. Lancaster

**taken on
January 10, 2007**

**John E. Lancaster
v.
Phillips Investments, LLC, d/b/a The Cedars**

**Case No. CV-02-T-767-N**



**Certified Court Reporters and Certified Legal Video Specialists
334.262.3332  1.888.253.DEPS
Email: depo@baker-baker.com
www.baker-baker.com**

John E. Lancaster
January 10, 2007

**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


JOHN E. LANCASTER,
     Plaintiff,
vs.         CASE NO. CV-02-T-767-N
PHILLIPS INVESTMENTS, L.L.C.,
d/b/a THE CEDARS,

     Defendant.


   *   *   *   *   *   *   *   *

The videotaped deposition of JOHN
EDWARD LANCASTER was taken before Cornelia
J. Baker, Certified Court Reporter and
Certified Shorthand Reporter, as
Commissioner, on Wednesday, January 10,
2007, commencing at approximately 9:30
a.m., at the residence of John E.
Lancaster, 131 Sweet Gum Lane, Wetumpka,
Alabama, pursuant to the stipulations set
forth herein.

**2**

1  *  *  *  *  *  *  *
2        APPEARANCES
3
4  Representing the Plaintiff:
5    MRS. CONSTANCE C. WALKER
     Attorney at Law
6    Haskell, Slaughter, Young &
     Gallion, L.L.C.
7    305 South Lawrence Street
     Montgomery, Alabama 36104
8
9
10  Representing the Defendant:
11    MR. D. COLEMAN YARBROUGH
     Attorney at Law
12    2860 Zelda Road
     Montgomery, Alabama 36106
13
14
15  Also present:
16    Mr. Jeff Baker, CLVS
17
18
19
20
21
22
23
24
25

**3**

1  *  *  *  *  *  *  *  *
2
3       STIPULATIONS
4
5    It is hereby stipulated and agreed by
6  and between counsel representing the
7  parties that the videotaped deposition of
8  JOHN EDWARD LANCASTER is taken pursuant to
9  the Rules of Civil Procedure, and that
10  said deposition may be taken before
11  Cornelia J. Baker, Certified Court
12  Reporter, as Commissioner, without the
13  formality of a commission; that objections
14  to questions, other than objections as to
15  the form of the questions, need not be
16  made at this time, but may be reserved for
17  a ruling at such time as the deposition
18  may be offered into evidence, or used for
19  any other purpose by either party hereto,
20  provided by the Statute.
21    It is further stipulated and agreed by
22  and between counsel representing the
23  parties in this case, that the filing of
24  the deposition of JOHN EDWARD LANCASTER is
25  hereby waived, and that said deposition

**4**

1  may be introduced at the trial of this
2  case or used in any other manner by either
3  party hereto provided for by the Statute,
4  regardless of the waiving of the filing of
5  same.
6    It is further stipulated and agreed by
7  and between counsel and the witness that
8  the reading and signing of the deposition
9  by the witness is hereby waived.
10
11  *  *  *  *  *  *  *  *  *
12
13
14
15
16
17
18
19
20
21
22
23
24
25

334.262.3332    Baker & Baker Reporting and Video Services, Inc.    334.262.3332
888.253.3377    Certified Court Reporters and Certified Legal Video Specialists    888.253.3377

John E. Lancaster
January 10, 2007

---

**5**

1 THE VIDEOGRAPHER: We're now on
2 the Record. Today is
3 January 10th, 2007. The
4 time is 9:30 a.m.
5     My name is Jeff Baker,
6 Certified Legal Video
7 Specialist for Advanced
8 Video Services. And this
9 is the videotaped
10 deposition of Mr. John E.
11 Lancaster, held at his
12 personal residence at 131
13 Sweet Gum Lane, Wetumpka,
14 Alabama.
15     This deposition is
16 being taken in the matter
17 of John E. Lancaster,
18 Plaintiff, versus Phillips
19 Investments, L.L.C., doing
20 business as The Cedars,
21 Case Number 02-T-767-N, in
22 the United States District
23 Court for the Middle
24 District of Alabama,
25 Northern Division.

**6**

1     At this time all
2 persons present will state
3 their name and affiliation
4 with this case, and
5 immediately following,
6 we'll have the swearing-in
7 of the Witness.
8 MRS. WALKER: Connie Walker, and
9 I represent the Defendant,
10 Phillips Investments.
11 MR. YARBROUGH: I'm Coleman
12 Yarbrough. I'm here on
13 behalf of the Plaintiff.
14 JOHN EDWARD LANCASTER,
15 The Witness, having first been
16 sworn or affirmed to speak the truth,
17 the whole truth, and nothing but the
18 truth, testified as follows:
19     EXAMINATION
20 BY MRS. WALKER:
21 Q. Good morning, Mr. Lancaster. My name is
22 Connie Walker. We met yesterday. I
23 represent the Defendant, Phillips
24 Investments, and I'm going to ask you some
25 questions this morning.

**7**

1     Have you ever had your deposition
2 taken before?
3 A. No.
4 Q. You saw the deposition yesterday of
5 Mrs. Mays, and you kind of got an idea of
6 how that's going to go?
7 A. Yes, ma'am.
8 Q. All right. If you need a break at any
9 time, let me know, or if you need me to
10 repeat a question, let me know.
11     All right. Would you state your
12 name for the Record?
13 A. John Edward Lancaster.
14 Q. And how old are you?
15 A. Sixty-four.
16 Q. What's your date of birth?
17 A. July 16, '42.
18 Q. Okay. And how long have you been living
19 here at where we are right now?
20 A. Oh, about two weeks.
21 Q. Okay. And prior to that, where did you
22 live?
23 A. The Cedars apartments in Wetumpka.
24 Q. And that was Unit 111?
25 A. 111, yes.

**8**

1 Q. All right. Now, does anyone live here
2 with you?
3 A. No, ma'am.
4 Q. And I understand that you were in the
5 military; is that correct?
6 A. That's correct.
7 Q. And when were you in the military?
8 A. '65 to '67.
9 Q. And what branch was that?
10 A. Army. Drafted.
11 Q. Okay. And did you have an honorable
12 discharge?
13 A. That's right.
14 Q. Now, are you married?
15 A. No.
16 Q. Have any children?
17 A. Never been married.
18 Q. You've never been married?
19 A. No.
20 Q. Have any children?
21 A. No.
22 Q. And I know you have a sister, Marie
23 Smilie. Do you have any other relatives
24 in this area?
25 A. Not in this area, no.

Pages 5 to 8

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

John E. Lancaster
January 10, 2007

9

1  Q. Where are they?
2  A. Oh, I mean, my nieces, her children.
3  Q. Ms. Smilie's children?
4  A. Yes.
5  Q. How old are they?
6  A. Oh, she's got grandchildren. The oldest,
7     her son, is forty-six, I think. He's the
8     oldest.
9  Q. What's his name?
10 A. Kenneth Ladney [phonetic].
11 Q. And where does he work?
12 A. He's a truckdriver. I don't know where.
13 Q. Any other grown children that she has?
14 A. She's got two daughters.
15 Q. How old are they?
16 A. They're in their late thirties.
17 Q. Do they live in this area?
18 A. One lives right next door, and one lives
19    in Mobile.
20 Q. What's the one next door? What's her
21    name?
22 A. Donna.
23 Q. Donna what?
24 A. Gardner (phonetic), I think.
25 Q. All right. Have you ever filed a lawsuit

10

1     before other than this one we're here on
2     today?
3  A. No.
4  Q. Have you ever sued any -- I mean, have you
5     ever been sued before?
6  A. No.
7  Q. I just want to ask you a few questions
8     about your prior medical history before
9     the accident that we're going to talk
10    about today.
11       I understand that you were
12    already in a wheelchair at the time of the
13    accident; is that right?
14 A. Oh, over at The Cedars?
15 Q. Yes, sir.
16 A. Oh, yeah.
17 Q. Okay.
18 A. Been in one since '72.
19 Q. Okay. What caused you to be in a
20    wheelchair?
21 A. Logging accident.
22 Q. All right. Were you working as a logger?
23 A. Yes, ma'am.
24 Q. What happened?
25 A. A couple of trees fell on me.

11

1  Q. Okay. Did you lose a leg as a result of
2     that?
3  A. No.
4  Q. All right. You were just paralyzed?
5  A. Yes.
6  Q. All right. At some point, did you lose
7     your right leg?
8  A. Yes.
9  Q. How did that happen?
10 A. Well, I had fell out of a wheelchair, and
11    I had fractured my leg.
12 Q. When did that happen?
13 A. Oh, God. It was in the early '90s. '92,
14    something like that.
15 Q. How did you fall out of a wheelchair?
16 A. It just tilted over, and I fell out. It
17    was raining, and I was in a hurry to get
18    out.
19 Q. It was raining?
20 A. Yeah. I got back -- back then I was
21    pretty strong. I got back in the chair
22    and my leg swole up, you know, turned
23    purple.
24 Q. Were you trying to wheel yourself to go
25    forward when you fell?

12

1  A. I don't remember. That's -- anyway,
2     that's not how I lost it. This guy came
3     in. He wanted my van, wanted me to go
4     with him so he could say it wasn't stolen.
5     I told him -- you know, he had a gun.
6     Yeah, I'll get up and go with you. So I
7     got up and got in the van, him driving and
8     drunk. And he was going around these
9     curves, you know, ninety to nothing, and
10    slung me out of the wheelchair.
11 Q. You were in the wheelchair, like in the
12    vehicle?
13 A. Yeah.
14 Q. In the van?
15 A. Yeah, sitting in the back. And it wasn't
16    bolted down, so the wheelchair turned
17    over. And that finished breaking my leg
18    up here.
19 Q. Let me ask you something: Are you saying
20    you fell two times, and it broke your
21    right leg?
22 A. It was fractured the first time.
23 Q. On the first fall?
24 A. Okay.
25 Q. Is that right?

John E. Lancaster
January 10, 2007

13

1  A. Yeah. And that's when I was in bed when
2     he came and kicked my door down, came in
3     the house and wanted me to go with him in
4     my van. And, of course, I agreed because
5     he had the gun.
6  Q. Okay. And then you fell again while you
7     were in the van?
8  A. And in the van -- fell a couple of times
9     while I was in the van.
10 Q. All right. And then you went to the
11    doctor, and it was broken?
12 A. Yeah, yeah. I finally got away from him.
13    This girl he picked up knew me. And he
14    had been up so long, you know, he finally
15    just passed out. And she carried me home.
16    And the next day, I went to the doctor.
17    And it was broken. And they had to take
18    it off at my thigh up here.
19 Q. So that was back in the '90s?
20 A. Yeah, early '90s.
21 Q. Okay. But I understand that you fell a
22    couple of times in the van?
23 A. Right.
24 Q. And then before that, you fell just out of
25    the wheelchair?

14

1  A. Yeah. Just a minor fracture, but they had
2     it on a mobilizer.
3  Q. Oh, you had already been to the doctor
4     about it?
5  A. Yeah.
6  Q. And how did you fall out of the
7     wheelchair? What made you fall?
8  A. I don't recall. I mean, I was in a hurry
9     to get in the house. I -- I could have
10    hit a rock or . . .
11 Q. Did you -- were you on a ramp when you
12    fell?
13 A. No. I had no ramps. I had this house
14    special built. There was no ramp. It was
15    all level. I could get out of the van and
16    just go right out of the carport into the
17    house.
18 Q. Okay. Were you pushing yourself when you
19    fell?
20 A. Yeah. I was by myself.
21 Q. Other than these couple of times you just
22    told me about when you fell out of the
23    wheelchair, have you ever fallen out of
24    the wheelchair any other time?
25 A. Yeah. I fell out several times. After

15

1     thirty-something years, you're going to
2     fall.
3  Q. What other times did you fall out of the
4     wheelchair?
5  A. Oh, God, I couldn't -- I don't recall.
6  Q. Several times?
7  A. Several times.
8  Q. Okay. Did you ever --
9  A. Until you get used to a wheelchair,
10    you're -- you're going to forget and tilt
11    over, you know, bend over, and go on and
12    actually fall.
13 Q. Is the wheelchair that you're in now the
14    wheelchair you had when you were at The
15    Cedars?
16 A. Yeah.
17 Q. Now, we're here to talk about you falling
18    on a ramp at The Cedars, okay?
19 A. Okay.
20 Q. But before I ask you about that, I want to
21    ask you: Have you ever had an accident on
22    a ramp before that?
23 A. No.
24 Q. Never fallen off a ramp before?
25 A. Never fallen off a ramp.

16

1  Q. Have you ever -- have you had any
2     accidents since the fall off the ramp?
3  A. No.
4  Q. Have you fallen out of the wheelchair
5     since that time?
6  A. No -- yeah, one time getting out of the
7     vehicle.
8  Q. When was this?
9  A. It was over at The Cedars. I don't know.
10 Q. Was it after you had fallen on the ramp?
11 A. Yeah. It was after I had my leg off.
12 Q. Okay.
13 A. And we were trying -- I didn't -- nobody
14    showed me how to transfer from my bed into
15    the chair with no leg. And we just got
16    overbalanced somehow.
17 Q. Who was with you?
18 A. Mrs. Mays.
19 Q. That's Faye Mays?
20 A. Yeah.
21 Q. Okay. Any other falls since the fall on
22    the ramp?
23 A. Well, the one I'm telling you about.
24 Q. Yeah. Besides that one?
25 A. No.

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377      Certified Court Reporters and Certified Legal Video Specialists      888.253.3377

John E. Lancaster
January 10, 2007

---

17

1  Q. Okay. Were you injured as a result of
2     that fall?
3  A. No.
4  Q. Okay. Go to the doctor about it?
5  A. No.
6  Q. Okay. Now, before you had your accident
7     on the ramp, I understand you were going
8     to the VA hospital in Montgomery?
9  A. Yeah. I've always used the VA.
10 Q. All right.
11 A. Even though when I got hurt, I made an
12    agreement with workmen's comp.
13 Q. The logging people?
14 A. Yeah. They had workmen's comp. That they
15    would take care of my -- all of my medical
16    needs for the rest of my life and pay me
17    out in monthly payments to hire somebody,
18    if I needed them. But for the first
19    twenty years, I didn't need nobody.
20 Q. Right. So after you had your logging
21    accident back in '72, you've been going to
22    the VA since then?
23 A. Well, I've been to a few private doctors.
24    But every time I'd go to a private
25    hospital, I would wind up later going to

---

18

1     the VA to get -- to straighten out the
2     mess that the private doctors had made.
3  Q. Can you give me the names of the private
4     doctors that you saw?
5  A. Oh, Lord. There were two Dr. Howells. I
6     remember them well because --
7  Q. Two who?
8  A. Howells.
9  Q. Howells?
10 A. One of them was a plastic surgeon, Eley
11    Howell [phonetic], in Hattiesburg,
12    Mississippi.
13 Q. Okay.
14 A. And the other one was -- I can't remember
15    his first name, but he was in Laurel,
16    Mississippi. And he made such a mess out
17    of my tail, back end.
18 Q. What were they seeing you for?
19 A. Huh?
20 Q. What were these doctors seeing you for?
21 A. Pressure sores, or decubitus, or whatever
22    you want to call them.
23 Q. All right. I understand that you --
24    you're a diabetic also?
25 A. Diabetic.

---

19

1  Q. How long have you been a diabetic?
2  A. High blood pressure.
3  Q. How long have you been --
4  A. Since I was forty.
5  Q. Okay. And how long have you had high
6     blood pressure?
7  A. Lord, I don't know. I got it after -- I
8     mean, I got high blood pressure after I
9     became a diabetic.
10 Q. Okay. When you had your accident at
11    The Cedars, were you already having high
12    blood pressure problems at that time?
13 A. Well, yeah.
14 Q. Okay. And do you get treated at the VA
15    for your diabetes and your high blood
16    pressure?
17 A. I get treated there for everything.
18 Q. Do you also have osteoporosis?
19 A. I don't know.
20 Q. Okay. Your medical records at the VA will
21    show us what you had.
22        All right. Okay. But anyway,
23    your doctors will be the ones at the VA
24    hospital. This is before the accident.
25    And then those two doctors in Mississippi

---

20

1     you were telling me about. Anybody else?
2     Any other doctors?
3  A. Oh, I've been in VAs. I lived in Houston
4     for about ten years.
5  Q. When?
6  A. From the time I got out of rehabilitation
7     in Memphis, I just moved from there to
8     Houston.
9  Q. Let me ask you something: When you had
10    your logging accident, where was that?
11 A. Where? In Mississippi.
12 Q. Where in Mississippi?
13 A. In South Mississippi. Between Runnelstown
14    and New Augusta.
15 Q. All right. And then you said you had
16    rehab in Memphis?
17 A. Yeah.
18 Q. All right.
19 A. Well, I was unconscious for about -- I
20    don't know, five weeks, something like
21    that. And they gave me a ninety-nine to
22    one chance of even living. And if I did
23    live and took good care of myself, I may
24    live five years. So take it from there.
25 Q. And then you moved to Houston after that?

---

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

John E. Lancaster
January 10, 2007

21

1  A. Yeah. After I got out of rehab in
2     Memphis.
3  Q. So you saw the Houston VA?
4  A. Yeah. I went to the VA in Houston for
5     years.
6  Q. Okay. After you --
7  A. Then I moved to Arizona.
8  Q. All right. Where in Arizona?
9  A. Tombstone.
10 Q. How long were you there?
11 A. I don't know, a few years.
12 Q. And saw the VA there?
13 A. Uh-huh (affirmative response).
14 Q. And then where did you go after Tombstone?
15 A. Well, I moved back to Mississippi.
16 Q. Where?
17 A. Laurel -- or Ovett.
18 Q. Laurel?
19 A. Well, below Laurel.
20 Q. Below Laurel?
21 A. A little town they call Ovett.
22 Q. Ovett?
23 A. Ovett, O-V-E-T-T.
24 Q. And then where did you go after that?
25 A. Over here.

22

1  Q. To Wetumpka?
2  A. I stayed there for twenty -- twenty-two
3     years.
4  Q. Where?
5  A. In Ovett.
6  Q. Okay. So when did you move to Wetumpka,
7     what year, the best you can remember?
8  A. Three years ago.
9  Q. Was the first place you lived in Wetumpka
10    The Cedars?
11 A. No. It was River Oaks.
12 Q. All right. And then after River Oaks, you
13    moved to The Cedars?
14 A. Right.
15 Q. Did you have a ramp at River Oaks?
16 A. No. It was flat. Didn't need one.
17 Q. And who was your first caregiver?
18 A. Mrs. Mays.
19 Q. Faye Mays?
20 A. Yes.
21 Q. And who was the lady that came in after
22    Faye Mays?
23 A. Oh --
24 Q. Debbie?
25 A. Debbie Meeks (phonetic) or something like

23

1     that.
2  Q. Okay. Why did she leave?
3  A. I -- she was -- her mother lived in Ohio,
4     and she had cancer. And she wanted to
5     stay with her.
6  Q. Okay. Let me show you some exhibits that
7     I have marked. Exhibit 2 is The Cedars
8     lease and ask if you've seen that before?
9         (Defendant's Exhibit 2
10          previously marked in
11          Mrs. Mays deposition.)
12        (Witness reviewed document.)
13 Q. Do you recognize that lease?
14 A. Not really.
15 Q. If you look on the back page, do you see
16    your signature? Turn one more.
17 A. Yeah. There's my signature, yeah.
18 Q. Okay. Turn one more page and I think
19    you'll see your signature again.
20 A. My initials.
21 Q. Okay. And I'll represent to you that's
22    the lease that you had with The Cedars for
23    Unit 111. Do you recognize that now?
24 A. Yeah.
25 Q. All right. And let me show you two more.

24

1     This is Exhibit 4 and Exhibit 1. And
2     these are just lease renewals. And I just
3     want you to look at those and tell me if
4     you recognize those and if they have your
5     signature on them.
6         (Witness reviewed documents.)
7  A. Yeah.
8  Q. All right. Now, tell me how it came about
9     that you moved into The Cedars.
10 A. Well, they had a vacancy sign out there,
11    so I checked into it.
12 Q. Did you call and talk to somebody at
13    The Cedars?
14 A. No, I didn't. My sister may have.
15 Q. Okay.
16 A. Or Mrs. Mays may have. I don't know.
17 Q. Okay. Now, did you go look at an
18    apartment over there before you signed the
19    lease?
20 A. Yeah.
21 Q. Okay. Who went with you?
22 A. Mrs. Mays.
23 Q. And do you remember who you met with from
24    The Cedars?
25 A. A Judy Summers, I think.

Pages 21 to 24

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377       Certified Court Reporters and Certified Legal Video Specialists       888.253.3377

John E. Lancaster
January 10, 2007

25

1  Q. She was the manager?
2  A. Yeah.
3  Q. Okay. Do you recall what was discussed
4     when y'all met?
5  A. Well, of course, the rent -- I mean, the
6     fees. I mentioned the fact that, you
7     know, there was no ramps nowhere on the
8     premises. And in the back, it was
9     impossible to get out in a wheelchair.
10    And the front, if you went, there was a
11    curb there about -- I would say around a
12    foot high that Mrs. Mays had to struggle
13    to get me up and down. That was one
14    reason why I had the ramp built. And the
15    other one was in case of fire or something
16    like that. But I still couldn't have got
17    out, because the doors were too narrow.
18 Q. Let me ask you something: We're talking
19    about when you went over there and was
20    looking at the apartment with Mrs. Mays
21    and met with Ms. Summers --
22 A. Yeah.
23 Q. -- are you saying that you noticed there
24    were no ramps, and you mentioned that to
25    Ms. Summers?

26

1  A. Yeah. I asked her about it. She said she
2     would see what she could do about it or
3     something to that effect.
4  Q. Are you saying this happened in y'all's
5     first meeting before you ever leased it?
6  A. No. I'm not saying that.
7  Q. All right. When did that conversation
8     take place?
9  A. We went over two or three times, you know.
10    During one of those times.
11 Q. Okay. So you went over two or three times
12    before you signed a lease to look at the
13    place?
14 A. Yeah, right.
15 Q. Okay. And did you ask if there were any
16    ramps?
17 A. I saw there wasn't any ramps.
18 Q. Okay. And you mentioned that to
19    Ms. Summers?
20 A. Yeah.
21 Q. And did she offer you any kind of
22    apartment that had a ramp inside of it?
23 A. She had no apartments there with ramps.
24 Q. Did she --
25 A. Not the first one.

27

1  Q. I'm saying, did she show you or offer to
2     show you an apartment that had a ramp
3     inside?
4  A. Ramp inside?
5  Q. Yes. To go from one level of the house to
6     the other.
7  A. No.
8  Q. Okay.
9  A. She had apartments like that, but there
10    were no ramps. There were step-ups.
11 Q. Okay. So you mentioned there were no
12    ramps, and what did she say, Ms. Summers?
13 A. She said she would see about what they
14    could do about arranging for a ramp.
15 Q. Then what happened?
16 A. Well, that's when I wound up with it.
17 Q. All right. Let me stop for a second. I'm
18    just talking about the time when you went
19    over there to look at the apartment before
20    you signed the lease. I think you signed
21    the lease in October of 2004, and the ramp
22    wasn't built until the following year.
23    But anyway --
24 A. Well, we got by, by Mrs. Mays straining
25    and struggling to get up and down that

28

1     curb.
2  Q. Was Mrs. Mays loading you into the van?
3  A. Yeah.
4  Q. Would she load you in the back of the
5     apartment or the front?
6  A. We were having to go out the front to
7     begin with.
8  Q. Okay.
9  A. And after I fell on the ramp on the back
10    the very first time I used it, we still
11    had to go out the front because I was
12    afraid to go down the ramp.
13 Q. Okay. How many times did you use the ramp
14    at all?
15 A. Well, after it dried out and they put some
16    dirt or rocks back there, we used it then
17    several times since -- you know, after
18    that.
19 Q. After the fall?
20 A. With her pushing me.
21 Q. After you fell?
22 A. Yeah.
23 Q. Okay. All right. Well, let me -- I'm
24    getting ahead of myself. We were talking
25    about when you and Mrs. Mays came to the

Pages 25 to 28

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377       Certified Court Reporters and Certified Legal Video Specialists       888.253.3377

John E. Lancaster
January 10, 2007

---

29

1    apartment to look at it before you signed
2    the lease. Was there anything else that
3    was discussed before we move on?
4  A. Not that I remember.
5  Q. And Ms. Summers said she would look into
6    getting a ramp?
7  A. Right.
8  Q. All right. So when is the next time the
9    issue of the ramp came up?
10 A. I have no idea.
11 Q. Did you ever talk to Ms. Summers about it
12    again?
13 A. No. My sister mentioned it to her, and
14    that's when --
15 Q. Your sister mentioned it to whom?
16 A. Ms. Summers.
17 Q. Okay. Ms. Smilie said something to
18    Ms. Summers about a ramp?
19 A. The best I remember, she did, yes.
20 Q. Okay. But were you present or she just
21    told you about this later?
22 A. She told me about it or either -- she may
23    have called her. I don't know.
24 Q. Do you remember what all she told you?
25 A. What all she told who?

---

30

1  Q. I'm sorry. Ms. Smilie called Ms. Summers?
2  A. I don't know whether she called her or
3    talked to her.
4  Q. Right. And do you know what she said to
5    her?
6  A. No. I have no idea.
7  Q. Did she tell you what she had talked to
8    her about?
9  A. No. I have no idea.
10 Q. All right. So you just know at some point
11    your sister, you think, talked to
12    Ms. Summers --
13 A. I think, yeah.
14 Q. All right. About a ramp. And then what
15    happened after that?
16 A. They put the ramp up.
17 Q. Okay. Do you recall -- let me step back:
18    I know that your accident
19    happened on April the 7th --
20 A. The 7th.
21 Q. -- of 2005, okay. Do you recall when it
22    was they came over there to put the ramp
23    in?
24 A. Well, I think April -- April -- that same
25    day.

---

31

1  Q. You think they put it in the same day you
2    had the accident?
3  A. Oh, no, no, no. It had been there about a
4    week before I had the accident.
5  Q. Okay. All right. Let me talk to you
6    about this.
7  A. That's been a long time. My memory is not
8    what it . . .
9  Q. Yes, sir, I understand. All right. On
10    the day that -- well, let me step back.
11    Who was -- who installed the
12    ramp?
13 A. I don't -- I don't know the man's name.
14 Q. So a man came over?
15 A. Yes. Supposed to have been a carpenter.
16 Q. Did you talk to the man?
17 A. Yeah. He asked me what would be the best
18    place to put it, and I told him.
19 Q. What did you tell him?
20 A. Where to put the ramp.
21 Q. Okay. Did he put it where you asked him
22    to?
23 A. Yeah.
24 Q. Okay. Did he ask you if you wanted
25    anything else specifically about the ramp?

---

32

1  A. No. Since he was a carpenter and they had
2    hired him to build the ramp, I took it for
3    granted the man knew what he was doing.
4  Q. Okay. But did he ask you if you had any
5    specific requests for the ramp?
6  A. No.
7  Q. Do you remember Mrs. Mays said yesterday
8    that she heard you saying, Well, I don't
9    know anything about a ramp. Remember
10    that?
11 A. Well, yeah.
12 Q. So --
13 A. I didn't know how to build a ramp.
14 Q. Right. I understand. But for you to have
15    said that, that makes me think he must
16    have asked you a question about what you
17    wanted it to be. That's all I'm saying.
18    Do you remember him doing that?
19 A. No.
20 Q. Do you remember saying, I don't know
21    anything about a ramp?
22 A. Yeah.
23 Q. Okay.
24 A. I've never . . .
25 Q. Right.

---

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377      Certified Court Reporters and Certified Legal Video Specialists      888.253.3377

John E. Lancaster
January 10, 2007

---

33

1  A. Every apartment I ever lived in already
2      had cement ramps that --
3  Q. All right.  Did River Oaks --
4  A. -- were ground -- ground -- ground level.
5  Q. River Oaks didn't have a ramp, did they?
6  A. No.  But it was ground level.
7  Q. Okay.  Why did you want to leave River
8      Oaks?
9  A. Because I didn't like it over there.
10  Q. All right.  When you moved in The Cedars,
11      you knew they didn't have a ramp; is that
12      right?
13  A. Yes.  I've told you before.
14  Q. And when this man came over, he asked you
15      where you wanted it, and you told him
16      where to put it?
17  A. That's right.
18  Q. And then did he ask you if you wanted
19      handrails on it?
20  A. No.  He didn't mention handrails.
21  Q. Did he ask you if you wanted it made out
22      of a certain material?
23  A. No.
24  Q. All right.  Did he say anything else?
25  A. No.

---

34

1  Q. Did you say anything else to him?
2  A. No.
3  Q. Okay.  Did you see him install the ramp?
4  A. No.  Because we left.
5  Q. Okay.  And when you got back, was the ramp
6      already there?
7  A. The wood was there and -- but we didn't
8      use it until like a week later.
9  Q. All right.  Look at Exhibit -- look at
10      Exhibit 3.
11          MR. YARBROUGH:  That's what
12              you've got in your hand.
13          MRS. WALKER:  Right.  He's going
14              to get his glasses.
15      BY MRS. WALKER:
16  Q. All right.  In the exhibit I just handed
17      you --
18  A. It's dry there.
19  Q. Okay.  Do you see where they have a
20      picture of the ramp in those pictures?
21  A. Yeah.  I see where they have a ramp.
22  Q. Okay.  Is that the ramp that was put
23      behind your apartment?
24  A. Yeah.
25  Q. Okay.  And if you look at the first

---

35

1      picture, was that the front of your
2      apartment?
3  A. Yeah.
4  Q. All right.  And if you look at the rest of
5      the pictures, they show a blue van.  Is
6      that yours?
7  A. That's mine.
8  Q. And then they show kind of a reddish,
9      maroonish car?
10  A. That's Mrs. Mays.
11  Q. Right.  That would be your caregiver's
12      car, right?
13  A. Yeah.
14  Q. All right.  So the ramp comes down right
15      in-between those two parking places where
16      your van is and where her car is?
17  A. Right.
18  Q. Okay.  And were those the two parking
19      spaces where you and Mrs. Mays would park
20      behind your apartment?
21  A. Right.
22  Q. Those were assigned to you?
23  A. Yes.
24  Q. All right.  Now, were you the only one
25      that that ramp was built for?

---

36

1  A. Uh-huh (affirmative response).
2  Q. Okay.  And is that the way the ramp looked
3      when it was built?
4  A. Yes.
5  Q. Okay.  Now, when you and Mrs. Mays got
6      back that day, was the man still there
7      that built the ramp?
8  A. No.  He had loaded up and gone.
9  Q. Okay.  And what did you think about the
10      ramp when you saw it?
11  A. Well, not too much.
12  Q. Okay.  Did you think it was a nice ramp?
13      Was there something wrong with it?
14  A. I didn't -- it didn't look right.
15  Q. It did not look right?
16  A. Well, I had never seen one like it before,
17      put it that way.
18  Q. Okay.  Had you ever lived in an apartment
19      that had a ramp before?
20  A. Yes.  Every apartment I ever lived in had
21      a ramp.
22  Q. Except for River Oaks?
23  A. Well, River Oaks was ground level.
24  Q. Okay.  But the other apartments that you
25      lived in, they had had ramps?

---

Pages 33 to 36

John E. Lancaster
January 10, 2007

37

1  A. Yeah.
2  Q. Okay. Well, what did you think about this
3     ramp?
4  A. I just told you, Lady, I did not like the
5     looks of it.
6  Q. Why not?
7  A. Had no handrails or nothing. I mean, down
8     at the base of it there, had no -- but I
9     didn't . . .
10 Q. At the base, it had no what?
11 A. No kind of plywood, no kind of concrete,
12    nothing. It was just -- when it rained,
13    it would be water standing all out at the
14    base -- I mean, all around the parking
15    area there.
16 Q. Yeah. And what did that mean?
17 A. That meant that at the base of the ramp
18    was about that far from the ground, and it
19    was filled up with mud and water. And
20    when I came down the ramp --
21 Q. Hold on just a second. I'm talking about
22    that day you first saw it, okay. I want
23    to know what you thought. We're talking
24    about what you thought about it.
25 A. I've told you already.

38

1  Q. Well, wait a minute. You've told me that
2     you didn't have guardrails, and you didn't
3     like that. And you've told me that you
4     didn't like the base of it because it
5     didn't have concrete or plywood.
6  A. That's right.
7  Q. And I said, Well, why would that be a
8     problem? And you started telling me about
9     mud.
10        MR. YARBROUGH: And then you
11           interrupted him before he
12           got --
13        MRS. WALKER: Well, he --
14        MR. YARBROUGH: -- through with
15           his answer, so let him
16           finish answering that
17           question and then you can
18           ask him another one.
19        MRS. WALKER: Because he had
20           skipped over to the day of
21           the accident, okay. I want
22           him to go back and finish
23           the --
24     BY MRS. WALKER:
25 Q. Before we go to the accident, I want to

39

1     just finish up.
2        The day that you saw the ramp,
3     you were telling me what the problems
4     were, okay. And I'm asking you: What was
5     wrong with the base of it that you thought
6     it needed plywood or concrete?
7  A. It was about that far from the ground.
8  Q. The end of the ramp?
9  A. Right.
10 Q. About what, four inches?
11 A. Yeah. Three or four.
12 Q. Okay. And why was that a problem to you?
13 A. Why was that a problem? You run off that
14    steep a place in a wheelchair and see what
15    happens to you.
16 Q. Did you think it could be dangerous?
17 A. Well, I hadn't looked at it. Because I
18    had already gotten to the bottom of the
19    ramp when I saw all of this mud.
20 Q. Are you talking about on the day you fell?
21 A. Yeah.
22 Q. Okay. I don't want to talk about that
23    yet, okay?
24 A. Okay.
25 Q. I'm talking about on the day that you and

40

1     Mrs. Mays came back and saw the ramp, and
2     you looked at it, and you said you didn't
3     like the looks of it, okay?
4  A. Right.
5  Q. You were telling me why you didn't like
6     it, and you were telling me what was wrong
7     with the base of it. Why didn't you like
8     the base of it?
9  A. Because, like I told you, it was a space
10    about like that.
11 Q. Right.
12 A. And you run off with a wheelchair in a
13    place that deep, especially it full of
14    mud, you're going -- something's going to
15    happen.
16 Q. Okay. You're going to --
17 A. But I didn't know it was like that --
18 Q. Well, that's what I'm asking.
19 A. -- until it was too late.
20 Q. This is what I'm asking you: On the day
21    that you first saw the ramp, your
22    complaints were it didn't have a handrail?
23 A. Right.
24 Q. And your other complaint was that the
25    bottom of it didn't have some concrete --

334.262.3332         Baker & Baker Reporting and Video Services, Inc.         334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

41

1  A. No plyboard or anything.
2  Q. -- or plyboard. And you're telling me the
3  reason you thought it should have had
4  concrete and plyboard was to help you make
5  a smooth transition --
6  A. Right.
7  Q. -- into the parking lot. That was on the
8  first day you saw it, right?
9  A. Right.
10 Q. All right. Here's my question: Did you
11 realize then, by looking at it, that it
12 could be dangerous to use it?
13 A. Well, not that dangerous.
14 Q. But some dangers; is that right?
15 A. Well, I hadn't really paid all that much
16 attention to it until after the accident.
17 Q. Okay. But I'm talking about on the day
18 of, when you were telling me what you
19 noticed about the problems. You told me
20 about the handrails and the base of it.
21 You noticed that on the day you first saw
22 it before you ever used it.
23 A. Yeah.
24 Q. And I'm just saying: Did you realize then
25 that it could be dangerous if you used it?

42

1  A. Not that dangerous.
2  Q. But somewhat dangerous?
3  A. Yeah.
4  Q. Okay. And you realized then that you
5  might could fall if you used it, that day;
6  isn't that right?
7  A. Well, I never thought about the mud being
8  there and the wheels could hit the mud.
9  Q. But you knew then that there were some
10 problems with it and it could be
11 dangerous; is that right?
12 A. Yeah, yeah, but . . .
13 Q. Okay. All right. Now, so what is -- did
14 you ever call and talk -- let me step
15 back.
16        Did you ever talk to anyone from
17 The Cedars and tell them your concerns
18 about the ramp?
19 A. No.
20 Q. All right. Did Ms. Smilie or Mrs. Mays or
21 anyone else on your behalf?
22 A. No.
23 Q. Okay. So just so the Record reads
24 correctly, no one on your behalf talked to
25 anybody from The Cedars and complained or

43

1  told them about your concerns about the
2  dangerousness of the ramp before your
3  accident; is that correct?
4  A. That's right.
5  Q. All right. Now, when was the first -- let
6  me step back.
7        I understand from your testimony
8  that the first day you used the ramp was
9  the day you fell on it?
10 A. Right.
11 Q. All right. Tell me how it came about that
12 y'all decided to use the ramp that day.
13 A. Well, it had been there that long.
14 Q. About a week?
15 A. Right. Decided we might as well try it.
16 Q. All right. Had it been raining that day?
17 A. Not that day. But a day or two before.
18 And the water would just -- it would stand
19 back there.
20 Q. In the parking lot; is that right?
21 A. Yeah.
22 Q. The parking lot's gravel and dirt?
23 A. Mostly -- well, it was nothing but gravel
24 then. But later on they put rocks.
25 Q. Is this before the accident or after?

44

1  A. After the accident, they put rocks back
2  there.
3  Q. All right. We'll talk about that.
4  A. Which didn't do a bit of good because it
5  washed right off.
6  Q. Okay. Before the accident, though, it was
7  a gravel parking lot?
8  A. Yes.
9  Q. All right. And it had dirt in it?
10 A. Yes.
11 Q. And it would get muddy when it rained?
12 A. Right.
13 Q. And you knew that?
14 A. Yeah, I knew that.
15 Q. All right. And on the day of your
16 accident, it was not raining at the time,
17 but it had rained the day before or a
18 couple of days?
19 A. A day or two before. I don't know
20 exactly.
21 Q. Okay. And when you -- you had to come out
22 onto your patio to use the ramp?
23 A. Right.
24 Q. Did you wheel yourself out or did
25 somebody --

Pages 41 to 44

John E. Lancaster
January 10, 2007

---

**45**

1 A. No.  I couldn't even get through the door
2   it was so narrow.
3 Q. How did you get through?
4 A. Mrs. Mays had to help me.  She'd get
5   behind me, and I'd put my arms in like
6   that and pull me out.
7 Q. Okay.  So she wheeled you out onto the
8   patio?
9 A. Yeah.
10 Q. And did you see that the parking lot was
11   muddy?
12 A. Yeah.  I saw it was wet.
13 Q. Okay.  Did you see it was muddy, yes or
14   no?
15 A. Yes.
16 Q. Okay.  And what happened next?
17 A. What happened next after what?
18 Q. All right.  After she wheeled you out onto
19   the patio, did she go get the van?
20 A. Yes.  She moved the van up where she could
21   let the lift down.
22 Q. All right.  And you stayed on the --
23 A. And while she was doing so, I went down
24   the ramp, which no steeper than it was, I
25   thought it would be no problem.

---

**46**

1 Q. Let me ask you this:  Did she ask you to
2   wait on her?
3 A. No.
4 Q. Okay.  Did you say something to her about
5   I think I can do this myself?
6 A. Well, yeah.  I've been up ramps and down
7   ramps -- I mean, a lot steeper than that.
8 Q. All right.  Did --
9 A. It wasn't steep at all.
10 Q. Okay.  Had you ever been up on a ramp --
11   up and down a ramp without handrails
12   before?
13 A. No, I don't think so.
14 Q. This was the first time?
15 A. (Witness nodding.)
16 Q. Is that right?
17 A. Yes.
18 Q. You need to make sure you say yes so she
19   can get it down.
20 A. Oh, well, yes.
21 Q. That's all right.
22       All right.  Well, when you
23   started going down the ramp, did you have
24   any trouble?
25 A. No.  Just eased down it.

---

**47**

1 Q. Where were your hands?
2 A. On the wheels.
3 Q. On the wheels?
4 A. Yeah.
5 Q. That's how you control the speed?
6 A. Yeah, how you steer it and how you do
7   everything.
8 Q. Well, I just didn't know, but I was going
9   to make sure.
10       And when was the first time you
11   had any trouble on the ramp?
12 A. When I got to the base of it.
13 Q. Okay.
14 A. The wheels run off of it.
15 Q. All right.  Let me ask you this just so
16   I'm clear:  You got on the ramp to go
17   down, and you had your hands on the
18   wheels, did you keep them on the wheels
19   the whole time?
20 A. Yeah.  I had to -- I mean, to keep from
21   running away.
22 Q. All right.  That's what I thought.  So you
23   wouldn't have gone down the ramp with your
24   hands on the handrails anyway, right?
25 A. If I needed to, I would.

---

**48**

1 Q. But you couldn't control your speed?
2 A. No.
3 Q. Okay.  So you would -- you did what you
4   normally would do, and that is put your
5   hands on the wheels and go down the ramp,
6   correct?
7 A. Sometimes you need the handrails to slow
8   down or stop or whatever.
9 Q. Did you need -- did you have any trouble
10   slowing down or stopping on this ramp?
11 A. No.  No steeper than it was, no.
12 Q. Okay.  So would you agree that you didn't
13   really need handrails on this day?
14 A. Well, probably not.
15 Q. Okay.  So when you got to the base, that's
16   when you had trouble.  Tell me about that,
17   and I'm talking about at the end.
18 A. I've told you about a dozen times.  The
19   drop off, the front tires hit it, and it
20   tilted me over.  It's just as simple as
21   that.
22 Q. So you came to the bottom, and the front
23   tires tilted you over?
24 A. It's not funny.  I mean . . .
25 Q. I'm just -- I'm just trying to understand

---

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377          Certified Court Reporters and Certified Legal Video Specialists          888.253.3377

John E. Lancaster
January 10, 2007

---

**49**

1    your testimony. That's all.
2 A. When the front tires got to that dropoff,
3    when they run off of it, that's when the
4    chair tilted over and over. And I didn't
5    even know my leg was broke.
6 Q. And you fell out of the chair?
7 A. Yeah, I fell.
8 Q. Did your wheels get stuck or they just
9    stopped?
10 A. The chair had tilted over. And I think it
11    done a flip and a half, something like
12    that. Anyway, I was completely out of the
13    chair.
14 Q. All right. And let me just see if I've
15    got this right: You're saying there was
16    about a 3- or 4-inch drop --
17 A. Right.
18 Q. -- from the end of the ramp to the parking
19    lot?
20 A. Right.
21 Q. And what do you think should have been
22    there instead to prevent that?
23 A. Plyboard, cement, anything.
24 Q. Okay. Let me ask you this: Did you or
25    anybody else, that you know of, ever put

---

**50**

1    down cardboard or plywood or something at
2    the base there for you to use it?
3 A. No.
4 Q. No one ever did that to your knowledge?
5 A. No. Because we never used it when it was
6    wet out there.
7 Q. Okay. When you used it later on when it
8    was dry, did anybody ever put cardboard or
9    anything --
10 A. No.
11 Q. -- or plywood, anything underneath it?
12 A. No. Mrs -- my caretaker tilt me back and
13    get me up the thing and push me.
14 Q. Okay.
15 A. I mean, I was afraid of it. I . . .
16 Q. Pardon?
17 A. I was afraid of the ramp. I mean, I'll be
18    honest with you. I'd get her to help me
19    up and down.
20 Q. Okay. Now, when you fell, Mrs. Mays said
21    that she got her husband to help get you
22    up?
23 A. Right.
24 Q. And that y'all went on that day about
25    whatever you were going to do?

---

**51**

1 A. Yeah. I didn't realize I was hurt that
2    bad.
3 Q. Okay. So you didn't feel any pain that
4    day, and you didn't know it was broken; is
5    that right?
6 A. That's right.
7 Q. And when did you go on to the doctor?
8 A. That following Monday.
9 Q. That's when you --
10 A. You can go up there on the weekend and you
11    can't -- you can't see a doctor --
12 Q. When did you --
13 A. -- unless --
14 Q. Go ahead.
15 A. Unless something is really life
16    threatening.
17 Q. When did you first start having trouble
18    with that leg?
19 A. Well, you could pick it up and it would
20    rattle. I mean, you know something's
21    wrong.
22 Q. Did you notice that the first day or was
23    that later on the weekend?
24 A. Blisters came up on it. And it turned
25    different colors, purple, black.

---

**52**

1 Q. Was there mud at the end of that ramp?
2 A. I repeated a dozen -- yes, there was mud
3    at the end of it.
4 Q. Okay. Now, when you used the ramp after
5    the accident, was there mud or was it dry?
6 A. It was dry.
7 Q. Did you have to -- well, you didn't use it
8    by yourself; is that right?
9 A. No, not at all.
10 Q. So Mrs. Mays would just wheel you up and
11    down the ramp and you wouldn't --
12 A. Right. If it was dry. If it was wet,
13    we'd go out the front.
14 Q. Did you say that somebody later on came
15    and put something under the ramp at the
16    base?
17 A. No.
18 Q. Okay. You said something about somebody
19    brought in some dirt later?
20 A. Well, they brought dirt. I mean, the
21    whole parking lot -- not dirt, but rocks.
22 Q. All right. I misunderstood. I thought
23    you said someone put something under that
24    ramp?
25 A. No.

---

Pages 49 to 52

John E. Lancaster
January 10, 2007

---

53

1  Q. Did you ever report the accident to
2     anybody at Phillips or The Cedars?
3  A. No.
4  Q. Do you know if Ms. Smilie or Mrs. Mays
5     did?
6  A. No.
7  Q. Okay. Did you ever talk to anybody at the
8     apartments about the accident?
9  A. I didn't talk to anybody. I didn't know
10    anybody over there.
11 Q. Okay. Do you know if your sister talked
12    to anybody?
13 A. No. She didn't know any of those people
14    over there.
15 Q. Or you don't know if Mrs. Mays talked to
16    anybody about the accident?
17 A. I have no idea.
18 Q. Okay.
19        THE WITNESS: Can I get a drink
20           of water?
21        MRS. WALKER: Sure. You want to
22           take about a two-minute
23           break?
24        THE WITNESS: Yeah.
25        THE VIDEOGRAPHER: Going off the

---

54

1           Record at 10:19 a.m.
2           (Whereupon a brief recess was
3             taken.)
4        THE VIDEOGRAPHER: We're back on
5           the Record at 10:21 a.m.
6  BY MRS. WALKER:
7  Q. Mr. Lancaster, on the day of the accident,
8     what was the weather like that day?
9  A. I think it was a pretty day.
10 Q. Do you -- were you going fast down the
11    ramp or were you going slowly?
12 A. I was going slowly.
13 Q. And let me just ask you this so I'm clear:
14    Are you attributing your fall to the fact
15    that there was that 3- or 4-inch drop?
16 A. Right.
17 Q. At the base of the ramp down to the
18    parking lot?
19 A. That was the main -- main reason.
20 Q. All right. And the doctors that you went
21    to see were at the Montgomery VA; is that
22    right?
23 A. Yeah.
24 Q. And I think you also went to the Jackson
25    wound treatment people?

---

55

1  A. Yeah.
2  Q. Dr. Treadwell?
3  A. Yeah.
4  Q. Okay. Are you still seeing them?
5  A. No.
6  Q. How did you -- how did you find
7     Mr. Yarbrough or did you already know him?
8  A. My sister had some dealings with him.
9  Q. Okay. And so she's the one that
10    recommended him to you?
11 A. Yeah.
12 Q. Do you know of any witnesses that saw the
13    fall?
14 A. There was no -- nobody.
15 Q. Did you ever talk to any of the other
16    tenants about the ramp or the fall?
17 A. I didn't know any of the tenants. I never
18    talked to anyone over there.
19 Q. Were you on any medication on the day of
20    the fall?
21 A. Well, I've been on medication for -- ever
22    since my accident.
23 Q. Do you recall what medications you were on
24    on the day of the accident?
25 A. Just my regular daily medication.

---

56

1  Q. Can you tell me what that was?
2  A. Oh, Lord. I don't . . .
3  Q. Would that be in your medical records?
4  A. It is in the medical records.
5  Q. Would you have taken your medication that
6     morning?
7  A. I take it every morning and every evening.
8  Q. Some of it you have to take twice a day?
9  A. Yeah.
10 Q. Or some of it just once a day?
11 A. Some of it once a day, like my blood
12    pressure medicine and all of that.
13    Insulin twice a day.
14 Q. Now, your medical bills as a result of the
15    accident, has the VA paid or has someone
16    paid those for you? Or VA's taking care
17    of those?
18 A. Well, most of them.
19 Q. Who paid them?
20 A. The VA.
21 Q. Okay. What about the Jackson Wound
22    Treatment Center, who paid those?
23 A. Well, I really don't know.
24 Q. Do you owe anything for your medical
25    treatment as a result of this accident?

---

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

John E. Lancaster
January 10, 2007

57

1  A. No.
2  Q. They've all been taken care of?
3  A. (Witness nodded.)
4  Q. Okay. As far as you know, they have been
5     taken care of?
6  A. As far as I know.
7  Q. Did you have any health insurance or is it
8     just all through the VA?
9  A. It's all through the VA.
10 Q. Okay. Are you still going to the casino
11    now?
12 A. No.
13 Q. Okay. When did you quit going to the
14    casino?
15 A. When I found out you couldn't win.
16 Q. Okay. Mrs. Mays said y'all used to go to
17    a casino, and then they built a bigger
18    one, and y'all went to that one, too; is
19    that right?
20 A. Yeah, a time or two.
21 Q. Okay. Did you continue to go to the
22    casino after you had your fall?
23 A. I haven't been -- I don't know, in years.
24 Q. Have you been since the fall --
25 A. Oh, yeah.

58

1  Q. -- in April of '05?
2  A. Yeah.
3  Q. Okay. Do you get a check from the VA
4     every month?
5  A. Yeah.
6  Q. And do you get any other income from any
7     other source?
8  A. Well, I get -- the deal I made with
9     workmen's comp, they pay somebody to help
10    me. Like my caregiver, Mrs. Mays, that's
11    where her pay comes from. Instead of
12    taking a lump sum, I just -- I didn't want
13    to -- I knew I didn't want to wind up in a
14    nursing home, so I figured that was my
15    best bet. Because I was -- had enough
16    income coming in from flea markets and
17    mess like that.
18 Q. Flea markets?
19 A. In Houston, yeah. I sold costume jewelry
20    and all that kind of . . .
21 Q. What about now, your income is from
22    workers' comp --
23 A. No. That is Mrs. Mays' income.
24 Q. Okay. They pay for Mrs. Mays?
25 A. Yes.

59

1  Q. All right. And what was the name of your
2     employer?
3  A. Forrest Lee Smith [phonetic].
4  Q. Forrest Lee Smith. That was who you were
5     working for at the time of your logging
6     accident?
7  A. Yes.
8  Q. And that was out of where in Mississippi?
9  A. Laurel.
10 Q. That's right. And do they send you a
11    check every month or do they send it
12    directly to Mrs. Mays?
13 A. No. They send it to me.
14 Q. And who writes that check? Do you know
15    the entity that writes the check?
16 A. Well, it used to be Travelers, but now
17    it's MetLife.
18 Q. Okay. All right. And do they pay you
19    anything else other than what they give
20    you for Mrs. Mays?
21 A. Well, there's a few dollars left over
22    after I pay her. And then my income from
23    the VA.
24 Q. Right.
25 A. That's what I live off of, you know.

60

1  Q. Do you get any other income besides those
2     things we just talked about?
3  A. No.
4  Q. Okay. Do you like where you're living
5     now?
6  A. Not particularly.
7  Q. I'm sorry. What did you say?
8  A. Not particularly.
9  Q. Do you like this place better than
10    The Cedars?
11 A. I just don't like Wetumpka.
12       MRS. WALKER: Okay. All right.
13       I think that's all I have.
14       Thank you so much.
15       THE WITNESS: You're welcome.
16       (Mr. Yarbrough approached the
17       videocamera.)
18       MR. YARBROUGH: Can you back it
19       up?
20       MRS. WALKER: Wait just a
21       minute. Are you doing that
22       sweeping thing?
23       MR. YARBROUGH: No, I'm not
24       sweeping. What I want him
25       to do is back up and show

Pages 57 to 60

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

John E. Lancaster
January 10, 2007

---

Page 61

1  something other than a head
2  shot.
3  MRS. WALKER: Wait just a
4  minute. This is my videoed
5  deposition. I don't want
6  to be hard-nosed about it,
7  but if you want to do
8  something like that, then
9  you need to get your own.
10  I'm going to object to you
11  doing that.
12  MR. YARBROUGH: All right.
13  Here's what we're going to
14  do.
15  EXAMINATION
16  BY MR. YARBROUGH:
17  Q. Let me ask you a few questions: You
18  were in --
19  MRS. WALKER: Hold on just a
20  second. Will you put it
21  back like we had it, what I
22  agreed to?
23  MR. YARBROUGH: It -- it hasn't
24  moved. It hasn't moved.
25  MRS. WALKER: Okay.

---

Page 62

1  BY MR. YARBROUGH:
2  Q. Let me ask you a few questions: You were
3  in your hospital bed when we got here,
4  were you not, this morning?
5  A. Right.
6  Q. You preferred to have this deposition
7  taken from your hospital bed, did you not?
8  MRS. WALKER: Object to leading.
9  A. Right.
10  Q. Did you or didn't you?
11  A. I didn't.
12  Q. You did -- tell me whether you would
13  rather have had the deposition taken with
14  you in the bed?
15  A. Yes, yes, I would rather have it.
16  Q. All right. And why did -- why did we get
17  you out of bed and up in your wheelchair?
18  MRS. WALKER: Objection;
19  relevance.
20  A. Lawyer wanted me up.
21  Q. All right. What lawyer?
22  MRS. WALKER: I object. Same
23  grounds. This is -- this
24  is improper, irrelevant,
25  and it's prejudicial.

---

Page 63

1  Q. All right. You may answer the question.
2  A. Phillips' lawyer.
3  Q. All right. Otherwise, you'd be more
4  comfortable in bed -- or would you?
5  MRS. WALKER: Same objection,
6  plus leading.
7  A. I would, yeah.
8  MR. YARBROUGH: Thank you.
9  That's all I have.
10  MRS. WALKER: You can't do that.
11  MR. YARBROUGH: I can and did.
12  MRS. WALKER: No, you can't.
13  That's plain -- that'll
14  never see the light of day.
15  MR. YARBROUGH: Well, you can
16  object to it.
17  MRS. WALKER: I'm surprised at
18  you.
19  MR. YARBROUGH: Well, you can
20  object. You can object to
21  it.
22  MRS. WALKER: Well --
23  MR. YARBROUGH: But you just
24  get --
25  MRS. WALKER: -- thank you.

---

Page 64

1  MR. YARBROUGH: You just get --
2  you just get a -- you're
3  just getting a head shot.
4  THE VIDEOGRAPHER: Are we off
5  the Record?
6  We're going off the
7  Record at 10:30 a.m. This
8  concludes the deposition.
9  (The videotaped deposition of
10  JOHN EDWARD LANCASTER
11  concluded at approximately
12  10:30 a.m.)
13
14  * * * * * * * * * *
15  FURTHER DEPONENT SAITH NOT
16  * * * * * * * * * *
17
18
19
20
21
22
23
24
25

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

John E. Lancaster
January 10, 2007

65

```
1       * * * * * * * * * *
2           REPORTER'S CERTIFICATE
3       * * * * * * * * * *
4
5       STATE OF ALABAMA)
6       COUNTY OF MONTGOMERY)
7
8           I, Cornelia J. Baker, Certified Court
9       Reporter, Certified Shorthand Reporter,
10      and Notary Public in and for the State of
11      Alabama at Large, do hereby certify that
12      on Wednesday, January 10, 2007, pursuant
13      to notice and stipulation on behalf of the
14      Defendant, I reported the videotaped
15      deposition of JOHN EDWARD LANCASTER, who
16      was first duly sworn by me to speak the
17      truth, the whole truth, and nothing but
18      the truth, in the matter of JOHN E.
19      LANCASTER, Plaintiff, versus PHILLIPS
20      INVESTMENTS, L.L.C., d/b/a THE CEDARS,
21      Defendant, Case Number 02-T-767-N, now
22      pending In The United States District
23      Court for the Middle District of Alabama,
24      Northern Division; that the foregoing
25      pages contain a true and accurate
```

66

```
1       transcription of the examination of said
2       witness by counsel for the parties set out
3       herein; that the reading and signing of
4       said deposition was waived by witness and
5       counsel for the parties.
6           I further certify that I am neither of
7       kin nor of counsel to the parties to said
8       cause, nor in any manner interested in the
9       results thereof.
10          This the 23rd day of January, 2007.
11
12
13
            Cornelia J. Baker
14          Certified Shorthand Reporter,
            Certified Court Reporter and
15          Notary Public for the
            State of Alabama
16
17          My Commission expires 6/9/08.
18
19
20
21
22
23
24
25
```

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

**A**

accident 10:9
  10:13,21
  15:21 17:6
  17:21 19:10
  19:24 20:10
  30:18 31:2,4
  38:21,25
  41:16 43:3
  43:25 44:1,6
  44:16 52:5
  53:1,8,16
  54:7 55:22
  55:24 56:15
  56:25 59:6
accidents 16:2
accurate 65:25
Advanced 5:7
affiliation 6:3
affirmative
  21:13 36:1
affirmed 6:16
afraid 28:12
  50:15,17
ago 22:8
agree 48:12
agreed 3:5,21
  4:6 13:4
  61:22
agreement
  17:12
ahead 28:24
  51:14
Alabama 1:2
  1:21 2:7,12
  5:14,24 65:5
  65:11,23
  66:15
answer 38:15
  63:1
answering
  38:16
anybody 20:1
  42:25 49:25
  50:8 53:2,7,9
  53:10,12,16
anyway 12:1
  19:22 27:23
  47:24 49:12
apartment
  24:18 25:20
  26:22 27:2
  27:19 28:5
  29:1 33:1
  34:23 35:2
  35:20 36:18

36:20
apartments
  7:23 26:23
  27:9 36:24
  53:8
APPEARAN...
  2:2
approached
  60:16
approximately
  1:18 64:11
April 30:19,24
  30:24 58:1
area 8:24,25
  9:17 37:15
Arizona 21:7,8
arms 45:5
Army 8:10
arranging
  27:14
asked 26:1
  31:17,21
  32:16 33:14
asking 39:4
  40:18,20
assigned 35:22
attention
  41:16
Attorney 2:5
  2:11
attributing
  54:14
Augusta 20:14
a.m 1:19 5:4
  54:1,5 64:7
  64:12

**B**

back 11:20,20
  11:21 12:15
  13:19 17:21
  18:17 21:15
  23:15 25:8
  28:4,9,16
  30:17 31:10
  34:5 36:6
  38:22 40:1
  42:15 43:6
  43:19 44:1
  50:12 54:4
  60:18,25
  61:21
bad 51:2
Baker 1:15
  2:16 3:11 5:5
  65:8 66:13
base 37:8,10

37:14,17
  38:4 39:5
  40:7,8 41:20
  47:12 48:15
  50:2 52:16
  54:17
bed 13:1 16:14
  62:3,7,14,17
  63:4
behalf 6:13
  42:21,24
  65:13
bend 15:11
best 22:7 29:19
  31:17 58:15
bet 58:15
better 60:9
bigger 57:17
bills 56:14
birth 7:16
bit 44:4
black 51:25
Blisters 51:24
blood 19:2,6,8
  19:12,15
  56:11
blue 35:5
bolted 12:16
bottom 39:18
  40:25 48:22
branch 8:9
break 7:8
  53:23
breaking
  12:17
brief 54:2
broke 12:20
  49:5
broken 13:11
  13:17 51:4
brought 52:19
  52:20
build 32:2,13
built 14:14
  25:14 27:22
  35:25 36:3,7
  57:17
business 5:20

**C**

C 2:5
call 18:22
  21:21 24:12
  42:14
called 29:23
  30:1,2
cancer 23:4

car 35:9,12,16
cardboard
  50:1,8
care 17:15
  20:23 56:16
  57:2,5
caregiver
  22:17 58:10
  58:11
caregiver's
  35:11
caretaker
  50:12
carpenter
  31:15 32:1
carport 14:16
carried 13:15
case 1:8 3:23
  4:2 5:21 6:4
  25:15 65:21
casino 57:10
  57:14,17,22
cause 66:8
caused 10:19
Cedars 1:9
  5:20 7:23
  10:14 15:15
  15:18 16:9
  19:11 22:10
  22:13 23:7
  23:22 24:9
  24:13,24
  33:10 42:17
  42:25 53:2
  60:10 65:20
cement 33:2
  49:23
Center 56:22
certain 33:22
CERTIFIC...
  65:2
Certified 1:15
  1:16 3:11 5:6
  65:8,9 66:14
  66:14
certify 65:11
chair 11:21
  16:15 49:4,6
  49:10,13
chance 20:22
check 58:3
  59:11,14,15
checked 24:11
children 8:16
  8:20 9:2,3,13
Civil 3:9
clear 47:16

54:13
CLVS 2:16
Coleman 2:11
  6:11
colors 51:25
come 44:21
comes 35:14
  58:11
comfortable
  63:4
coming 58:16
commencing
  1:18
commission
  3:13 66:17
Commissioner
  1:17 3:12
comp 17:12,14
  58:9,22
complained
  42:25
complaint
  40:24
complaints
  40:22
completely
  49:12
concerns 42:17
  43:1
concluded
  64:11
concludes 64:8
concrete 37:11
  38:5 39:6
  40:25 41:4
Connie 6:8,22
CONSTANCE
  2:5
contain 65:25
continue 57:21
control 47:5
  48:1
conversation
  26:7
Cornelia 1:14
  3:11 65:8
  66:13
correct 8:5,6
  43:3 48:6
correctly
  42:24
costume 58:19
counsel 3:6,22
  4:7 66:2,5,7
COUNTY
  65:6
couple 10:25

13:8,22
  14:21 44:18
course 13:4
  25:5
Court 1:1,15
  3:11 5:23
  65:8,23
  66:14
curb 25:11
  28:1
curves 12:9
CV-02-T-76...
  1:8

**D**

D 2:11
daily 55:25
dangerous
  39:16 41:12
  41:13,25
  42:1,2,11
dangerousness
  43:2
dangers 41:14
date 7:16
daughters 9:14
day 13:16
  30:25 31:1
  31:10 36:6
  37:22 38:20
  39:2,20,25
  40:20 41:8
  41:17,21
  42:5 43:8,9
  43:12,16,17
  43:17 44:15
  44:17,19
  48:13 50:24
  54:1,22 54:7
  54:8,9 55:19
  55:24 56:8
  56:10,11,13
  63:14 66:10
days 44:18
deal 58:8
dealings 55:8
Debbie 22:24
  22:25
decided 43:12
  43:15
decubitus
  18:21
deep 40:13
Defendant
  1:10 2:10 6:9
  6:23 65:14
  65:21

Defendant's
  23:9
**DEPONENT**
  64:15
deposition
  1:13 3:7,10
  3:17,24,25
  4:8 5:10,15
  7:1,4 23:11
  61:5 62:6,13
  64:8,9 65:15
  66:4
diabetes 19:15
diabetic 18:24
  18:25 19:1,9
different 51:25
directly 59:12
dirt 28:16
  43:22 44:9
  52:19,20,21
discharge 8:12
discussed 25:3
  29:3
District 1:1,2
  5:22,24
  65:22,23
Division 1:3
  5:25 65:24
doctor 13:11
  13:16 14:3
  17:4 51:7,11
doctors 17:23
  18:2,4,20
  19:23,25
  20:2 54:20
document
  23:12
documents
  24:6
doing 5:19
  32:3,18
  45:23 60:21
  61:11
dollars 59:21
Donna 9:22,23
door 9:18,20
  13:2 45:1
doors 25:17
dozen 48:18
  52:2
Dr 18:5 55:2
Drafted 8:10
dried 28:15
drink 53:19
driving 12:7
drop 48:19
  49:16 54:15

John E. Lancaster
January 10, 2007

68

dropoff 49:2
drunk 12:8
dry 34:18 50:8
  52:5,6,12
duly 65:16
d/b/a 1:9 65:20

___ E ___

E 1:6,19 5:10
  5:17 65:18
early 11:13
  13:20
eased 46:25
Edward 1:14
  3:8,24 6:14
  7:13 64:10
  65:15
effect 26:3
either 3:19 4:2
  29:22
Eley 18:10
employer 59:2
entity 59:15
especially
  40:13
evening 56:7
evidence 3:18
exactly 44:20
examination
  6:19 61:15
  66:1
exhibit 23:7,9
  24:1,1 34:9
  34:10,16
exhibits 23:6
expires 66:17

___ F ___

fact 25:6 54:14
fall 11:15
  12:23 14:6,7
  15:2,3,12
  16:2,21 17:2
  28:19 42:5
  54:14 55:13
  55:16,20
  57:22,24
fallen 14:23
  15:24,25
  16:4,10
falling 15:17
falls 16:21
far 37:18 39:7
  57:4,6
fast 54:10
Faye 16:19
  22:19,22

feel 51:3
fees 25:6
fell 10:25
  11:10,16,25
  12:20 13:6,8
  13:21,24
  14:12,19,22
  14:25 28:9
  28:21 39:20
  43:9 49:6,7
  50:20
figured 58:14
filed 9:25
filing 3:23 4:4
filled 37:19
finally 13:12
  13:14
find 55:6
finish 38:16,22
  39:1
finished 12:17
fire 25:15
first 6:15
  12:22,23
  17:18 18:15
  22:9,17 26:5
  26:25 28:10
  34:25 37:22
  40:21 41:8
  41:21 43:5,8
  46:14 47:10
  51:17,22
  65:16
five 20:20,24
flat 22:16
flea 58:16,18
flip 49:11
following 6:5
  27:22 51:8
follows 6:18
foot 25:21
foregoing
  65:24
forget 15:10
form 3:15
formality 3:13
Forrest 59:3,4
forth 1:22
forty 19:4
forty-six 9:7
forward 11:25
found 57:15
four 39:10,11
fracture 14:1
fractured
  11:11 12:22
front 25:10

28:5,6,11
  35:1 48:19
  48:22 49:2
  52:13
full 40:13
funny 48:24
further 3:21
  4:6 64:15
  66:6

___ G ___

Gallion 2:6
Gardner 9:24
getting 16:6
  28:24 29:6
  64:3
girl 13:13
give 18:3 59:19
glasses 34:14
go 7:6 11:24
  12:3,6 13:3
  14:16 15:11
  17:4,24
  21:14,24
  24:17 27:5
  28:6,11,12
  38:22,25
  45:19 47:16
  48:5 51:7,10
  51:14 52:13
  57:16,21
God 11:13
  15:5
going 6:24 7:6
  10:9 12:8
  15:1,10 17:7
  17:21,25
  34:13 40:14
  40:14,16
  46:23 47:8
  50:25 53:25
  54:10,11,12
  57:10,13
  61:10,13
  64:6
good 6:21
  20:23 44:4
gotten 39:18
grandchildren
  9:6
granted 32:3
gravel 43:22
  43:23 44:7
ground 33:4,4
  33:4,6 36:23
  37:18 39:7
grounds 62:23

grown 9:13
guardrails
  38:2
Gum 1:20 5:13
gun 12:5 13:5
guy 12:2

___ H ___

half 49:11
hand 34:12
handed 34:16
handrail 40:22
handrails
  33:19,20
  37:7 41:20
  46:11 47:24
  48:7,13
hands 47:1,17
  47:24 48:5
happen 11:9
  11:12 40:15
happened
  10:24 26:4
  27:15 30:15
  30:19 45:16
  45:17
happens 39:15
hard-nosed
  61:6
Haskell 2:6
Hattiesburg
  18:11
head 61:1 64:3
health 57:7
heard 32:8
held 5:11
help 41:4 45:4
  50:18,21
  58:9
hereto 3:19 4:3
high 19:2,5,8
  19:11,15
  25:12
hire 17:17
hired 32:2
history 10:8
hit 14:10 42:8
  48:19
Hold 37:21
  61:19
home 13:15
  58:14
honest 50:18
honorable
  8:11
hospital 17:8
  17:25 19:24

62:3,7
house 13:3
  14:9,13,17
  27:5
Houston 20:3
  20:8,25 21:3
  21:4 58:19
Howell 18:11
Howells 18:5,8
  18:9
Huh 18:19
hurry 11:17
  14:8
hurt 17:11
  51:1
husband 50:21

___ I ___

idea 7:5 29:10
  30:6,9 53:17
immediately
  6:5
impossible
  25:9
improper
  62:24
inches 39:10
income 58:6,16
  58:21,23
  59:22 60:1
initials 23:20
injured 17:1
inside 26:22
  27:3,4
install 34:3
installed 31:11
Insulin 56:13
insurance 57:7
interested 66:8
interrupted
  38:11
introduced 4:1
Investments
  1:9 5:19 6:10
  6:24 65:20
in-between
  35:15
irrelevant
  62:24
issue 29:9

___ J ___

J 1:15 3:11
  65:8 66:13
Jackson 54:24
  56:21
January 1:17

5:3 65:12
  66:10
Jeff 2:16 5:5
jewelry 58:19
John 1:6,13,19
  3:8,24 5:10
  5:17 6:14
  7:13 64:10
  65:15,18
Judy 24:25
July 7:17

___ K ___

keep 47:18,20
Kenneth 9:10
kicked 13:2
kin 66:7
kind 7:5 26:21
  35:8 37:11
  37:11 58:20
knew 13:13
  32:3 33:11
  42:9 44:13
  44:14 58:13
know 7:9,10
  8:22 9:12
  11:22 12:5,9
  13:14 15:11
  16:9 19:7,19
  20:20 21:11
  24:16 25:7
  26:9 28:17
  29:23 30:2,4
  30:10,18
  31:13 32:9
  32:13,20
  37:23 40:17
  44:19 47:8
  49:5,25 51:4
  51:20 53:4,9
  53:11,13,15
  55:7,12,17
  56:23 57:4,6
  57:23 59:14
  59:25
knowledge
  50:4

___ L ___

Ladney 9:10
lady 22:21
  37:4
Lancaster 1:6
  1:14,20 3:8
  3:24 5:11,17
  6:14,21 7:13
  54:7 64:10

65:15,19
Lane 1:20 5:13
Large 65:11
late 9:16 40:19
Laurel 18:15
  21:17,18,19
  21:20 59:9
Law 2:5,11
Lawrence 2:7
lawsuit 9:21
lawyer 62:20
  62:21 63:2
leading 62:8
  63:6
lease 23:8,13
  23:22 24:2
  24:19 26:12
  27:20,21
  29:2
leased 26:5
leave 23:2 33:7
Lee 59:3,4
left 34:4 59:21
leg 11:1,7,11
  11:22 12:17
  12:21 16:11
  16:15 49:5
  51:18
Legal 5:6
level 14:15
  27:5 33:4,6
  36:23
life 17:16
  51:15
lift 45:21
light 63:14
little 21:21
live 7:22 8:1
  9:17 20:23
  20:24 59:25
lived 20:3 22:9
  23:3 33:1
  36:18,20,25
lives 9:18,18
living 7:18
  20:22 60:4
load 28:4
loaded 36:8
loading 28:2
logger 10:22
logging 10:21
  17:13,20
  20:10 59:5
long 7:18
  13:14 19:1,3
  19:5 21:10
  31:7 43:13

**look** 23:15 24:3,17 26:12 27:19 29:1,5 34:9,9 34:25 35:4 36:14,15
**looked** 36:2 39:17 40:2
**looking** 25:20 41:11
**looks** 37:5 40:3
**Lord** 18:5 19:7 56:2
**lose** 11:1,6
**lost** 12:2
**lot** 41:7 43:20 44:7 45:10 46:7 49:19 52:21 54:18
**lot's** 43:22
**lump** 58:12
**L.L.C** 1:9 2:6 5:19 65:20

**M**
**main** 54:19,19
**man** 31:14,16 32:3 33:14 36:6
**manager** 25:1
**manner** 4:2 66:8
**man's** 31:13
**Marie** 8:22
**marked** 23:7 23:10
**markets** 58:16 58:18
**maroonish** 35:9
**married** 8:14 8:17,18
**material** 33:22
**matter** 5:16 65:18
**Mays** 7:5 16:18,19 22:18,19,22 23:11 24:16 24:22 25:12 25:20 27:24 28:2,25 32:7 35:10,19 36:5 40:1 42:20 45:4 50:20 52:10 53:4,15

57:16 58:10 58:23,24 59:12,20
**ma'am** 7:7 8:3 10:23
**mean** 9:2 10:4 14:8 19:8 25:5 37:7,14 37:16 46:7 47:20 48:24 50:15,17 51:20 52:20
**meant** 37:17
**medical** 10:8 17:15 19:20 56:3,4,14,24
**medication** 55:19,21,25 56:5
**medications** 55:23
**medicine** 56:12
**Meeks** 22:25
**meeting** 26:5
**memory** 31:7
**Memphis** 20:7 20:16 21:2
**mention** 33:20
**mentioned** 25:6,24 26:18 27:11 29:13,15
**mess** 18:2,16 58:17
**met** 6:22 24:23 25:4,21
**MetLife** 59:17
**Middle** 1:2 5:23 65:23
**military** 8:5,7
**mine** 35:7
**minor** 14:1
**minute** 38:1 60:21 61:4
**Mississippi** 18:12,16 19:25 20:11 20:12,13 21:15 59:8
**misunderstood** 52:22
**Mobile** 9:19
**mobilizer** 14:2
**Monday** 51:8
**Montgomery** 2:7,12 17:8 54:21 65:6

**month** 58:4 59:11
**monthly** 17:17
**morning** 6:21 6:25 56:6,7 62:4
**mother** 23:3
**move** 22:6 29:3
**moved** 20:7,25 21:7,15 22:13 24:9
**mud** 37:19 38:9 39:19 40:14 42:7,8 52:1,2,5
**muddy** 44:11 45:11,13

**N**
**name** 5:5 6:3 6:21 7:12 9:9 9:21 18:15 31:13 59:1
**names** 18:3
**narrow** 25:17 45:2
**need** 3:15 7:8,9 17:19 22:16 46:18 48:7,9 48:13 61:9
**needed** 17:18 39:6 47:25
**needs** 17:16
**neither** 66:6
**never** 8:17,18 15:24,25 32:24 36:16 42:7 50:5 55:17 63:14
**New** 20:14
**nice** 36:12
**nieces** 9:2
**ninety** 12:9
**ninety-nine** 20:21
**nodded** 57:3
**nodding** 46:15
**normally** 48:4
**Northern** 1:3 5:25 65:24
**Notary** 65:10 66:15
**notice** 51:22 65:13
**noticed** 25:23

41:19,21
**Number** 5:21 65:21
**nursing** 58:14

**O**
**Oaks** 22:11,12 22:15 33:3,5 33:8 36:22 36:23
**object** 61:10 62:8,22 63:16,20,20
**objection** 62:18 63:5
**objections** 3:13,14
**October** 27:21
**offer** 26:21 27:1
**offered** 3:18
**Oh** 7:20 9:2,6 10:14,16 11:13 14:3 15:5 18:5 20:3 22:23 31:3 46:20 56:2 57:25
**Ohio** 23:3
**okay** 7:18,21 8:11 10:17 10:19 11:1 12:24 13:6 13:21 14:18 15:8,18,19 16:12,21 17:1,4,6 18:13 19:5 19:10,14,20 19:22 21:6 22:6 23:2,6 23:18,21 24:15,17,21 25:3 26:11 26:15,18 27:8,11 28:8 28:13,23 29:17,20 30:17,21 31:5,21,24 32:4,23 33:7 34:3,5,19,22 34:25 35:18 36:2,5,9,12 36:18,24 37:2,22 38:21 39:4

39:12,22,23 39:24 40:3 40:16 41:17 42:4,13,23 44:6,21 45:7 45:13,16 46:4,10 47:13 48:3 48:12,15 49:24 50:7 50:14,20 51:3 52:4,18 53:7,11,18 55:4,9 56:21 57:4,10,13 57:16,21 58:3,24 59:18 60:4 60:12 61:25 old 7:14 9:5,15 oldest 9:6,8
**once** 56:10,11
**ones** 19:23
**osteoporosis** 19:18
**overbalanced** 16:16
**Ovett** 21:17,21 21:22,23 22:5
**owe** 56:24
**O-V-E-T-T** 21:23

**P**
**page** 23:15,18
**pages** 65:25
**paid** 41:15 56:15,16,19 56:22
**pain** 51:3
**paralyzed** 11:4
**Pardon** 50:16
**park** 35:19
**parking** 35:15 35:18 37:14 41:7 43:20 43:22 44:7 45:10 49:18 52:21 54:18
**particularly** 60:6,8
**parties** 3:7,23 66:2,5,7
**party** 3:19 4:3
**passed** 13:15
**patio** 44:22

45:8,19
**pay** 17:16 58:9 58:11,24 59:18,22
**payments** 17:17
**pending** 65:22
**people** 17:13 53:13 54:25
**personal** 5:12
**persons** 6:2
**Phillips** 1:9 5:18 6:10,23 53:2 63:2 65:19
**phonetic** 9:10 9:24 18:11 22:25 59:3
**pick** 51:19
**picked** 13:13
**picture** 34:20 35:1
**pictures** 34:20 35:5
**place** 22:9 26:8 26:13 31:18 39:14 40:13 60:9
**places** 35:15
**plain** 63:13
**Plaintiff** 1:7 2:4 5:18 6:13 65:19
**plastic** 18:10
**plus** 63:6
**plyboard** 41:1 41:2,4 49:23
**plywood** 37:11 38:5 39:6 50:1,11
**point** 11:6 30:10
**preferred** 62:6
**prejudicial** 62:25
**premises** 25:8
**present** 2:15 6:2 29:20
**pressure** 18:21 19:2,6,8,12 19:16 56:12
**pretty** 11:21 54:9
**prevent** 49:22
**previously** 23:10
**prior** 7:21 10:8

**private** 17:23 17:24 18:2,3
**probably** 48:14
**problem** 38:8 39:12,13 45:25
**problems** 19:12 39:3 41:19 42:10
**Procedure** 3:9
**provided** 3:20 4:3
**Public** 65:10 66:15
**pull** 45:6
**purple** 11:23 51:25
**purpose** 3:19
**pursuant** 1:21 3:8 65:12
**push** 50:13
**pushing** 14:18 28:20
**put** 28:15 30:16,22 31:1,18,20 31:21 33:16 34:22 36:17 43:24 44:1 45:5 48:4 49:25 50:8 52:15,23 61:20

**Q**
**question** 7:10 32:16 38:17 41:10 63:1
**questions** 3:14 3:15 6:25 10:7 61:17 62:2
**quit** 57:13

**R**
**rained** 37:12 44:11,17
**raining** 11:17 11:19 43:16 44:16
**ramp** 14:11,14 15:18,22,24 15:25 16:2 16:10,22 17:7 22:15 25:14 26:22

John E. Lancaster
January 10, 2007

70

27:2,4,14,21
28:9,12,13
29:6,9,18
30:14,16,22
31:12,20,25
32:2,5,9,13
32:21 33:5
33:11 34:3,5
34:20,21,22
35:14,25
36:2,7,10,12
36:19,21
37:3,17,20
39:2,8,19
40:1,21
42:18 43:2,8
43:12 44:22
45:24 46:10
46:11,23
47:11,16,23
48:5,10
49:18 50:17
52:1,4,11,15
52:24 54:11
54:17 55:16
**ramps** 14:13
25:7,24
26:16,17,23
27:10,12
33:2 36:25
46:6,7
**rattle** 51:20
**reading** 4:8
66:3
**reads** 42:23
**realize** 41:11
41:24 51:1
**realized** 42:4
**really** 23:14
41:15 48:13
51:15 56:23
**reason** 25:14
41:3 54:19
**recall** 14:8
15:5 25:3
30:17,21
55:23
**recess** 54:2
**recognize**
23:13,23
24:4
**recommended**
55:10
**Record** 5:2
7:12 42:23
54:1,5 64:5,7
**records** 19:20

56:3,4
**reddish** 35:8
**regardless** 4:4
**regular** 55:25
**rehab** 20:16
21:1
**rehabilitation**
20:6
**relatives** 8:23
**relevance**
62:19
**remember**
12:1 18:6,14
22:7 24:23
29:4,19,24
32:7,9,18,20
**renewals** 24:2
**rent** 25:5
**repeat** 7:10
**repeated** 52:2
**report** 53:1
**reported** 65:14
**Reporter** 1:15
1:16 3:12
65:9,9 66:14
66:14
**REPORTER...**
65:2
**represent** 6:9
6:23 23:21
**representing**
2:4,10 3:6,22
**requests** 32:5
**reserved** 3:16
**residence** 1:19
5:12
**response** 21:13
36:1
**rest** 17:16 35:4
**result** 11:1
17:1 56:14
56:25
**results** 66:9
**reviewed**
23:12 24:6
**right** 7:8,11,19
8:1,13 9:18
9:25 10:13
10:22 11:4,6
11:7 12:21
12:25 13:10
13:23 14:16
17:10,20
18:23 19:22
20:15,18
21:8 22:12
22:14 23:25

24:8 26:7,14
27:17 28:23
29:7,8 30:4
30:10,14
31:5,9 32:14
32:25 33:3
33:10,12,17
33:24 34:9
34:13,16
35:4,11,12
35:14,14,17
35:21,24
36:14,15
38:6 39:9
40:4,11,23
41:6,8,9,10
41:14 42:6
42:11,13,20
43:4,5,10,11
43:15,16,20
43:4,5,9,12
44:15,23
45:18,22
46:8,16,21
46:22 47:15
47:22,24
49:14,15,17
49:20 50:23
51:5,6 52:8
52:12,22
54:16,20,22
57:19 59:1
59:10,18,24
**River** 22:11,12
22:15 33:3,5
33:7 36:22
36:23
**Road** 2:12
**rock** 14:10
**rocks** 28:16
43:24 44:1
52:21
**Rules** 3:9
**ruling** 3:17
**run** 39:13
40:12 47:14
49:3
**Runnelstown**
20:13
**running** 47:21
_____ **S** _____
**SAITH** 64:15
**saw** 7:4 18:4

21:3,12
26:17 36:10
37:22 39:2
39:19 40:1
40:21 41:8
41:21 45:12
55:12
**saying** 12:19
25:23 26:4,6
27:1 32:8,17
32:20 41:24
49:15
**second** 27:17
37:21 61:20
**see** 23:15,19
26:2 27:13
34:3,19,21
39:14 45:10
45:13 49:14
51:11 54:21
63:14
**seeing** 18:18
18:20 55:4
**seen** 23:8
36:16
**send** 59:10,11
59:13
**Services** 5:8
**set** 1:21 66:2
**She'd** 45:4
**Shorthand**
1:16 65:9
66:14
**shot** 61:2 64:3
**show** 19:21
23:6,25 27:1
27:2 35:5,8
60:25
**showed** 16:14
**sign** 24:10
**signature**
23:16,17,19
24:5
**signed** 24:18
26:12 27:20
27:20 29:1
**signing** 4:8
66:3
**simple** 48:20
**sir** 10:15 31:9
**sister** 8:22
24:14 29:13
29:15 30:11
53:11 55:8
**sitting** 12:15
**Sixty-four**
7:15

**skipped** 38:20
**Slaughter** 2:6
**slow** 48:7
**slowing** 48:10
**slowly** 54:11
54:12
**slung** 12:10
**Smilie** 8:23
29:17 30:1
42:20 53:4
**Smilie's** 9:3
**Smith** 59:3,4
**smooth** 41:5
**sold** 58:19
**somebody**
17:17 24:12
44:25 52:14
52:18 58:9
**something's**
40:14 51:20
**somewhat** 42:2
**son** 9:7
**sores** 18:21
**sorry** 30:1
60:7
**source** 58:7
**South** 2:7
20:13
**space** 40:9
**spaces** 35:19
**speak** 6:16
65:16
**special** 14:14
**Specialist** 5:7
**specific** 32:5
**specifically**
31:25
**speed** 47:5
48:1
**stand** 43:18
**standing** 37:13
**start** 51:17
**started** 38:8
46:23
**state** 6:2 7:11
65:5,10
66:15
**States** 1:1 5:22
65:22
**Statute** 3:20
4:3
**stay** 23:5
**stayed** 22:2
45:22
**steep** 39:14
46:9
**steeper** 45:24

46:7 48:11
**steer** 47:6
**step** 30:17
31:10 42:14
43:6
**step-ups** 27:10
**stipulated** 3:5
3:21 4:6
**stipulation**
65:13
**stipulations**
1:21 3:3
**stolen** 12:4
**stop** 27:17
48:8
**stopped** 49:9
**stopping** 48:10
**straighten**
18:1
**straining**
27:24
**Street** 2:7
**strong** 11:21
**struggle** 25:12
**struggling**
27:25
**stuck** 49:8
**sued** 10:4,5
**sum** 58:12
**Summers**
24:25 25:21
25:25 26:19
27:12 29:5
29:11,16,18
30:1,12
**Supposed**
31:15
**sure** 46:18
47:9 53:21
**surgeon** 18:10
**surprised**
63:17
**swearing-in**
6:6
**sweeping**
60:22,24
**Sweet** 1:20
5:13
**swole** 11:22
**sworn** 6:16
65:16
_____ **T** _____
**tail** 18:17
**take** 13:17
17:15 20:24
26:8 53:22

56:7,8
**taken** 1:14 3:8
3:10 5:16 7:2
54:3 56:5
57:2,5 62:7
62:13
**talk** 10:9 15:17
24:12 29:11
31:5,16
39:22 42:14
42:16 44:3
53:7,9 55:15
**talked** 30:3,7
30:11 42:24
53:11,15
55:18 60:2
**talking** 25:18
27:18 28:24
37:21,23
39:20,25
41:17 48:17
**tell** 24:3,8 30:7
31:19 42:17
43:11 48:16
56:1 62:12
**telling** 16:23
20:1 38:8
39:3 40:5,6
41:2,18
**ten** 20:4
**tenants** 55:16
55:17
**testified** 6:18
**testimony** 43:7
49:1
**thank** 60:14
63:8,25
**thereof** 66:9
**thigh** 13:18
**thing** 50:13
60:22
**things** 60:2
**think** 9:7,24
23:18 24:25
27:20 30:11
30:13,24
31:1 32:15
36:9,12 37:2
39:16 46:5
46:13 49:10
49:21 54:9
64:20 60:13
**thirties** 9:16
**thirty-somet...**
15:1
**thought** 37:23
37:24 39:5

41:3 42:7
45:25 47:22
52:22
**threatening**
51:16
**three** 22:8 26:9
26:11 39:11
**tilt** 15:10 50:12
**tilted** 11:16
48:20,23
49:4,10
**time** 3:16,17
5:4 6:1 7:9
10:12 12:22
14:24 16:5,6
17:24 19:12
20:6 27:18
28:10 29:8
31:7 44:16
46:14 47:10
47:19 57:20
59:5
**times** 12:20
13:8,22
14:21,25
15:3,6,7 26:9
26:10,11
28:13,17
48:18
**tires** 48:19,23
49:2
**today** 5:2 10:2
10:10
**told** 12:5 14:22
29:21,22,24
29:25 31:18
33:13,15
37:4,25 38:1
38:3 40:9
41:19 43:1
48:18
**Tombstone**
21:9,14
**town** 21:21
**transcription**
66:1
**transfer** 16:14
**transition** 41:5
**Travelers**
59:16
**Treadwell**
55:2
**treated** 19:14
19:17
**treatment**
54:25 56:22
56:25

**trees** 10:25
**trial** 4:1
**trouble** 46:24
47:11 48:9
48:16 51:17
**truckdriver**
9:12
**true** 65:25
**truth** 6:16,17
6:18 65:17
65:17,18
**try** 43:15
**trying** 9:14
16:13 48:25
**Turn** 23:16,18
**turned** 11:22
12:16 51:24
**twenty** 17:19
22:2
**twenty-two**
22:2
**twice** 56:8,13
**two** 7:20 9:14
12:20 18:5,7
19:25 23:25
26:9,11
35:15,18
43:17 44:19
57:20
**two-minute**
53:22

___U___
**Uh-huh** 21:13
36:1
**unconscious**
20:19
**underneath**
50:11
**understand**
8:4 10:11
13:21 17:7
18:23 31:9
32:14 43:7
48:25
**Unit** 7:24
23:23
**United** 1:1
5:22 65:22
**use** 28:13 34:8
41:12 43:12
44:22 50:2
52:7

___V___
**VA** 17:8,9,22
18:1 19:14

19:20,23
21:3,4,12
54:21 56:15
56:20 57:8,9
58:3 59:23
**vacancy** 24:10
**van** 12:3,7,14
13:4,7,8,9,22
14:15 28:2
35:5,16
45:19,20
**VAs** 20:3
**VA's** 56:16
**vehicle** 12:12
16:7
**versus** 5:18
65:19
**Video** 5:6,8
**videocamera**
60:17
**videoed** 61:4
**VIDEOGRA...**
5:1 53:25
54:4 64:4
**videotaped**
1:13 3:7 5:9
64:9 65:14
**vs** 1:8

___W___
**wait** 38:1 46:2
60:20 61:3
**waived** 3:25
4:9 66:4
**waiving** 4:4
**Walker** 2:5 6:8
6:8,20,22
34:13,15
38:13,19,24
53:21 54:6
60:12,20
61:3,19,25
62:8,18,22
63:5,10,12
63:17,22,25
**want** 10:7
15:20 18:22
24:3 33:7
37:22 38:21
38:25 39:22
53:21 58:12
58:13 60:24
61:5,7
**wanted** 12:3,3
13:3 23:4
31:24 32:17
33:15,18,21

62:20
**washed** 44:5
**wasn't** 12:4,15
26:17 27:22
46:9
**water** 37:13,19
43:18 53:20
**way** 36:2,17
**weather** 54:8
**Wednesday**
1:17 65:12
**week** 31:4 34:8
43:14
**weekend** 51:10
51:23
**weeks** 7:20
20:20
**welcome** 60:15
**went** 13:10,16
21:4 24:21
25:10,19
26:9,11
27:18 45:23
50:24 54:20
54:24 57:18
**wet** 45:12 50:6
52:12
**Wetumpka**
1:20 5:13
7:23 22:1,6,9
60:11
**we'll** 6:6 44:3
**we're** 5:1 10:1
10:9 15:17
25:18 37:23
54:4 61:13
64:6
**wheel** 11:24
44:24 52:10
**wheelchair**
10:12,20
11:10,15
12:10,11,16
13:25 14:7
14:23,24
15:4,9,13,14
16:4 25:9
39:14 40:12
62:17
**wheeled** 45:7
45:18
**wheels** 42:8
47:2,3,14,18
47:18 48:5
49:8
**win** 57:15
**wind** 17:25

58:13
**witness** 4:7,9
6:7,15 23:12
24:6 46:15
53:19,24
57:3 60:15
66:2,4
**witnesses**
55:12
**wood** 34:7
**work** 9:11
**workers** 58:22
**working** 10:22
59:5
**workmen's**
17:12,14
58:9
**wouldn't** 47:23
52:11
**wound** 27:16
54:25 56:21
**writes** 59:14
59:15
**wrong** 36:13
39:5 40:6
51:21

___Y___
**Yarbrough**
2:11 6:11,12
34:11 38:10
38:14 55:7
60:16,18,23
61:12,16,23
62:1 63:8,11
63:15,19,23
64:1
**yeah** 10:16
11:20 12:6
12:13,15
13:1,12,12
13:20 14:1,5
14:20,25
15:16 16:6
16:11,20,24
17:9,14
19:13 20:17
21:1,4 23:17
23:17,24
24:7,20 25:2
25:22 26:1
26:14,20
28:3,22
30:13 31:17
31:23 32:11
32:22 34:21
34:24 35:3

35:13 37:1
37:16 39:11
39:21 41:23
42:3,12,12
43:21 44:14
45:9,12 46:6
47:4,6,20
49:7 51:1
53:24 54:23
55:1,3,11
56:9 57:20
57:25 58:2,5
58:19 63:7
**year** 22:7
27:22
**years** 15:1
17:19 20:4
20:24 21:5
21:11 22:3,8
57:23
**yesterday** 6:22
7:4 32:7
**Young** 2:6
**y'all** 25:4
43:12 50:24
57:16,18
**y'all's** 26:4

___Z___
**Zelda** 2:12

___0___
**02-T-767-N**
5:21 65:21
**05** 58:1

___1___
**1** 24:1
**10** 1:17 65:12
**10th** 5:3
**10:19** 54:1
**10:21** 54:5
**10:30** 64:7,12
**111** 7:24,25
23:23
**131** 1:20 5:12
**16** 7:17

___2___
**2** 23:7,9
**2004** 27:21
**2005** 30:21
**2007** 1:18 5:3
65:12 66:10
**23rd** 66:10
**2860** 2:12

___3___
**3** 34:10 49:16
54:15
**305** 2:7
**36104** 2:7
**36106** 2:12

___4___
**4** 24:1
**4-inch** 49:16
54:15
**42** 7:17

___6___
**6/9/08** 66:17
**65** 8:8
**67** 8:8

___7___
**7th** 30:19,20
**72** 10:18 17:21

___9___
**9:30** 1:18 5:4
**90s** 11:13
13:19,20
**92** 11:13

334.262.3332
888.253.3377

Baker & Baker Reporting and Video Services, Inc.
Certified Court Reporters and Certified Legal Video Specialists

334.262.3332
888.253.3377

# *The Cedars*

D/b/a/ Phillips Investments
1824 Parkview Dr. South
Montgomery, AL 36117
(334) 315-4309

# Lease Renewal

Unit# *111*

# Renewal Period

| START DATE | END DATE | RENT AMOUNT | TENANT # 1 SIGNATURE | TENANT SIGNATURE | M ANAGER SIGNATURE |
|---|---|---|---|---|---|
| 9/31/05 | 9/30/06 | 490.00 | *Robin Parrish* | | *J Summers* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |


DEFENDANT'S EXHIBIT

## THE CEDARS LEASE

STATE OF ALABAMA,      }
                       }
ELMORE COUNTY.         }

THIS LEASE, is made and entered into the date set out below, by and between **Phillips Investments, L.L.C. d/b/a The Cedars** (hereinafter referred to as "Landlord") and _____ *John E Lancaster* _____ (hereinafter referred to as "Tenant"). WITNESSTH:

WHEREAS, Landlord does hereby let and Lease to Tenant the following property (hereinafter referred to as "Leased Premises"), in the city of Wetumpka, State of Alabama, to-wit: *111 Cedar Court Wetumpka Al 36092* for occupation by Tenant as a residence. From the *20th* day of *October*, 2004, to 12:00 midnight of the *31* day of *September*, 200*5*, and covenants to keep Tenant in quiet possession of the Premises during the term of the Lease, subject to any mortgage of the Leased Premises to which this Lease is Subordinate, so long as Tenant complies with all of the terms, conditions and provisions of this Lease. NOW, THEREFORE, in consideration whereof, Tenant agrees to pay **The Cedars** in monthly installments of $ *480.00* in advance on the first day of each month **payable only by money order**.

**LATE CHARGES:** Rent is due on the first and late on the 5th, Tenant agrees to pay a late charge of $ *67.00*. Rent is considered late if any balance on the Tenant's account is unpaid on the 5[th] day of the month.

## BOTH PARTIES FURTHER AGREE AS FOLLOWS:

1. Use of Premises: Tenant(s) who reside(s) in the Leased Premises shall use the Leased Premises solely as their principle residence during the term of this Lease and shall not use the Leased Premises for any other purpose. No pets will be kept on the Leased Premises unless agreed in advance and in writing by Landlord and including a trained and certified assistance animal required to achieve the normal functions of a household member. Within the uses permitted herein, Tenant shall comply with all laws and city ordinances affecting the use and occupation of the Leased Premises. Tenant shall comply with all rules and regulations adopted or hereafter to be adopted by Landlord with respect to occupancy of the Premises and Complex, including, without limitation, such rules and regulations as Landlord determines necessary or advisable to promote and provide for the safety, care, good order and cleanliness of the Leased Premises.

2. Condition of Leased Premises: Tenant agrees to permit no waste, deterioration, damage or destruction of the Leased Premises, but, on the contrary to take good care of same and upon expiration or termination of this Lease to surrender possession of the Leased Premises to Landlord without written notice from Landlord in as good condition as at the commencement of the term reasonable wear and tear excepted. Tenant agrees to take proper care of and protect the Leased Premises from deterioration, damage or destruction and shall be accountable to Landlord for failure to do so. *Tenant to deliver the property to Landlord in the same condition as it was given to Tenant (Clean carpet, floors, bathrooms, windows inside and out, breeze way, etc.).*

3. Tenant's Compliance With Laws: Tenant agrees to comply with all rules, regulations, laws and ordinances existing or hereinafter enacted or imposed by any governmental authority affecting the use or occupation of the Leased Premises, and to fully relieve Landlord from any compliance therewith, or liability for violation thereof.

1

Initial _____

DEFENDANT'S EXHIBIT

# Premier Insurance Adjusters, I

Insured :    THE CEDARS

Claim #

Our file #

Loss date:    06/27/05



Photo # | 1

APARTMENT 111



Photo # | 2

BACK OF 111



Photo # | 3

HANDICAP RAMP



Photo # | 4

CLOSEUP OF RAMP



Photo # | 5

SIDEVIEW OF RAMP



Photo # | 6

END OF RAMP

EX 3

# *The Cedars*

D/b/a/ Phillips investment
1824 Parkview Dr. South
Montgomery, AL 36117
(334) 315-4300

# Lease Renewal

Unit# /// _____

# Renewal Period

| | START DATE | END DATE | RENT AMOUNT | TENANT #1 SIGNATURE | TENANT SIGNATURE | MANAGER SIGNATURE |
|---|---|---|---|---|---|---|
| meet John on OCT/06 | 9/31/05 | 9/30/06 | 490.00 | T. Jenkin | | Summers |
| | 10/01/06 | 9/31/07 | 500.00 | John Bonoast | | Summers |
| | | | | | | |
| | | | | | | |



DEFENDANT'S EXHIBIT
4