# Condensed Transcript

# Deposition of
# Faye Mays

**taken on
January 9, 2007**

**John E. Lancaster
v.
Phillips Investments, LLC, d/b/a The Cedars**

**Case No. CV-02-T-767-N**



**Certified Court Reporters and Certified Legal Video Specialists
334.262.3332  1.888.253.DEPS
Email: depo@baker-baker.com
www.baker-baker.com**

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN E. LANCASTER,
        Plaintiff,
vs.                    CASE NO. CV-02-T-767-N
PHILLIPS INVESTMENTS, L.L.C.,
d/b/a THE CEDARS,

        Defendant.

*     *     *     *     *     *     *     *     *

The deposition of FAYE MAYS was taken
before Cornelia J. Baker, Certified Court
Reporter and Certified Shorthand Reporter,
as Commissioner, on Tuesday, January 9,
2007, commencing at approximately
2:16 p.m., at the residence of John
Lancaster, 131 Sweet Gum Lane, Montgomery,
Alabama, pursuant to the stipulations set
forth herein.

*     *     *     *     *     *     *     *

**Page 2**

```
 1   *   *   *   *   *   *   *
 2            APPEARANCES
 3
 4   Representing the Plaintiff:
 5      MRS. CONSTANCE C. WALKER
            Attorney at Law
 6      Haskell, Slaughter, Young &
            Gallion, L.L.C.
 7      305 South Lawrence Street
            Montgomery, Alabama 36104
 8
 9
10   Representing the Defendant:
11      MR. D. COLEMAN YARBROUGH
            Attorney at Law
12      2860 Zelda Road
            Montgomery, Alabama 36106
13
14
15   Also present:
16      Mr. John E. Lancaster
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1   *   *   *   *   *   *   *   *   *
 2
 3            STIPULATIONS
 4
 5      It is hereby stipulated and agreed by
 6   and between counsel representing the
 7   parties that the deposition of FAYE MAYS
 8   is taken pursuant to the Rules of Civil
 9   Procedure, and that said deposition may be
10   taken before Cornelia J. Baker, Certified
11   Court Reporter, as Commissioner, without
12   the formality of a commission; that
13   objections to questions, other than
14   objections as to the form of the
15   questions, need not be made at this time,
16   but may be reserved for a ruling at such
17   time as the deposition may be offered into
18   evidence, or used for any other purpose by
19   either party hereto, provided by the
20   Statute.
21      It is further stipulated and agreed by
22   and between counsel representing the
23   parties in this case, that the filing of
24   the deposition of FAYE MAYS is hereby
25   waived, and that said deposition may be
```

**Page 4**

```
 1   introduced at the trial of this case or
 2   used in any other manner by either party
 3   hereto provided for by the Statute,
 4   regardless of the waiving of the filing of
 5   same.
 6      It is further stipulated and agreed by
 7   and between counsel and the witness that
 8   the reading and signing of the deposition
 9   by the witness is hereby waived.
10
11   *   *   *   *   *   *   *   *   *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Pages 1 to 4

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377   Certified Court Reporters and Certified Legal Video Specialists   888.253.3377

Faye Mays
January 9, 2007

---

**5**

1    * * * * * * * *
2              INDEX
3
4    EXAMINATION                    PAGE
5    BY MRS. WALKER:                  6
6
7    EXHIBIT                        PAGE
8    Defendant's Exhibit No. 1.........    9
         Lease renewal for 9/31/05 through
9        9/30/06
10   Defendant's Exhibit No. 2.........    9
         The Cedars Lease, 9/31/05
11
     Defendant's Exhibit No. 3.........    9
12       Photos
13   Defendant's Exhibit No. 4.........    9
         Lease Renewal for 10/01/06
14
15
16
17
18
19
20
21
22
23
24
25

---

**6**

1              COURT REPORTER:  Usual
2                  stipulations?
3              (Whereupon all parties agreed
4          to usual stipulations.)
5              FAYE MAYS,
6    The Witness, having first been sworn or
7    affirmed to speak the truth, the whole
8        truth, and nothing but the truth,
9            testified as follows:
10            EXAMINATION
11   BY MRS. WALKER:
12   Q. Good afternoon, Mrs. Mays.  My name is
13      Connie Walker, and I represent the
14      Phillips Investments, the people who own
15      The Cedars --
16   A. Yes, ma'am.
17   Q. -- apartments in Wetumpka; not where you
18      work?
19   A. Right.
20   Q. Have you ever had your deposition taken
21      before, what we're doing here today?
22   A. No, ma'am.
23   Q. All right.  Just let me give you a few
24      little rules.  I'm going to be asking
25      questions.  Our Court Reporter is taking

---

**7**

1    down what I say, and she's going to take
2    down your answers.  And so we need to make
3    sure we don't talk at the same time so she
4    can hear us.  And we need to make sure we
5    don't say uh-huh and huh-uh and nod our
6    head.  You need to speak out and say yes
7    and no.
8        I don't think I'll be very long.
9    And if you need me to repeat something,
10   don't hesitate to tell me.  And if you
11   ever need a break at any time, just let me
12   know, okay?
13   A. Yes, ma'am.
14   Q. And your name is Faye Mays; is that
15      correct?
16   A. Yes, ma'am.
17   Q. How old are you?
18   A. Forty-nine.
19   Q. And where do you live?
20   A. I live in Wetumpka.
21   Q. What's your address?
22   A. 1123 West Tallassee Street, Wetumpka,
23      Alabama.
24   Q. Okay.  How long have you lived there?
25   A. I've lived there for fifteen years.

---

**8**

1    Q. Are you married?
2    A. Yes.
3    Q. And what's your husband's name?
4    A. Cesar Mays.
5    Q. What's your telephone number?
6    A. 334-567-8642.
7    Q. That's your home number?
8    A. Yes, ma'am.
9    Q. And where do you work?
10   A. I does private duty for The Cedars
11      Assisted Living.
12   Q. And that's in Montgomery?
13   A. Yes, ma'am.
14   Q. And how long have you been there?
15   A. Well, I've been with this client for like
16      three months.
17   Q. And you go into work there, and you
18      actually work with a certain person
19      or . . .
20   A. I work with a certain person.  I don't
21      work for The Cedars.  I work
22      independently.
23   Q. Who is it that you work for now?
24   A. I work for Debbie Erickson [phonetic].
25        MRS. WALKER:  Have you seen

---

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

Faye Mays
January 9, 2007

**9**

1  these?
2  MR. YARBROUGH: I don't think
3  so.
4  MRS. WALKER: I'll get you a
5  copy of those.
6  MR. YARBROUGH: Okay.
7  (Whereupon Defendant's Exhibit
8  Nos. 1 through 4 were marked
9  for identification and
10  attached hereto.)
11  BY MRS. WALKER:
12  Q. And she lives out there; is that right, at
13  The Cedars?
14  A. No. That's the lady I work for. But the
15  client that I keep is Gladys Merrill.
16  Q. Gotcha. All right. Prior to that, did
17  you work for Mr. Lancaster?
18  A. Yes, ma'am.
19  Q. For how long?
20  A. For three years.
21  Q. So you would have started in 2003
22  sometime?
23  A. Yes, ma'am.
24  Q. How did you come about getting that job?
25  A. I was running an ad in the Bulletin Board.

**11**

1  Q. Okay. Is it a blue van?
2  A. Yes, ma'am.
3  Q. I've already marked this as Defendant's
4  Exhibit 3. Those are a group of pictures.
5  Do you see that blue van there?
6  A. Yes, ma'am.
7  Q. Is that it?
8  A. Yes, ma'am.
9  Q. Okay. Do you recognize those pictures?
10  A. Yes, ma'am.
11  Q. Is the first picture, 111, The Cedars in
12  Wetumpka, where he used to live?
13  A. Yes, ma'am.
14  Q. And the next picture, No. 2, is that the
15  back of The Cedars?
16  A. Yes, ma'am.
17  Q. And whose vehicle is this one?
18  A. Mine.
19  Q. Okay. So we're looking at picture No. 2.
20  The blue van belongs to Mr. Lancaster, and
21  I guess that's a maroon-colored car or
22  red-colored car, and that belongs to you?
23  A. LeSabre Buick.
24  Q. And this right here is his apartment?
25  A. Yes, ma'am.

**10**

1  Q. All right. And who answered your ad?
2  A. And Marie Smilie, his sister, called.
3  Q. Had you ever met her before?
4  A. No.
5  Q. Did you know him before?
6  A. No.
7  Q. Okay. What were you hired to do?
8  A. To be a caregiver.
9  Q. Was Mr. Lancaster in a wheelchair at that
10  time?
11  A. Yes, he was.
12  Q. And what did they need you to do exactly?
13  A. I gave him his bath; took his blood sugar;
14  fixed his breakfast, lunch, supper.
15  Q. Cleaned the house?
16  A. Cleaned the house, laundry.
17  Q. Take him to the doctor?
18  A. Yes, ma'am.
19  Q. Did you actually take him in your vehicle
20  to the doctor?
21  A. No. I carried him in his van.
22  Q. He has a van?
23  A. Yes, ma'am.
24  Q. Or had a van at that time?
25  A. Yes, he has one now.

**12**

1  Q. Are those two spaces for his apartment?
2  A. Yes, ma'am.
3  Q. Okay. And do you recognize that ramp
4  that's shown on this page?
5  A. Yes, ma'am.
6  Q. All right. I might ask you some questions
7  about that, too.
8  A. Okay.
9  Q. All right. And so you started working in
10  2003. And did the apartments -- let me
11  step back.
12  When you started working in 2003,
13  was he living here at The Cedars?
14  A. No, ma'am.
15  Q. Where was he living then?
16  A. He was living --
17  MR. LANDCASTER: River Oaks.
18  A. Oh, living at River Oaks Apartments.
19  Q. Okay. And then was that handicap
20  accessible there?
21  A. Yes. It had the flat where -- yes, it
22  had --
23  MR. LANDCASTER: There was a --
24  MRS. WALKER: Wait, wait, wait.
25  MR. YARBROUGH: This is just for

Pages 9 to 12

334.262.3332            Baker & Baker Reporting and Video Services, Inc.            334.262.3332
888.253.3377        Certified Court Reporters and Certified Legal Video Specialists    888.253.3377

Faye Mays
January 9, 2007

---

13

1         her.
2              MRS. WALKER: She can talk this
3         time.
4     BY MRS. WALKER:
5     Q. All right. Tell me what you mean.
6     A. Yes, ma'am. It had the flat like where I
7         could park in a handicap park. And it was
8         just a flat where he could just, you know,
9         roll in.
10    Q. Oh, his apartment was on ground that was
11        just flat surface straight out to his
12        vehicle? Is that what you're saying?
13    A. Yes, ma'am.
14    Q. The one at The Cedars, what was that like?
15    A. It was . . .
16    Q. I see it has a step here?
17    A. Right. It has an up.
18    Q. So it has a step coming out the back door
19        that drops down into the parking lot,
20        right?
21    A. Right. Yes, ma'am.
22    Q. Okay. Now, when you were working at the
23        River Oaks -- when he was living at the
24        River Oaks, did you take him to the doctor
25        and take him various places?

---

14

1     A. Yes, ma'am.
2     Q. Where else would you take him besides the
3         doctor?
4     A. We would go to the grocery store. And
5         maybe sometimes we would go out to the
6         casino.
7     Q. What casino?
8     A. The Riverside.
9     Q. Where is that?
10    A. It's right --
11    Q. Is it in Wetumpka.
12    A. Yes, ma'am. You know, where you turn off
13        right in front of AutoZone.
14    Q. What did y'all do at the casino?
15    A. He would play the penny machine.
16    Q. What would you do?
17    A. I would play sometimes, and sometimes I
18        would just sit and let him play.
19    Q. Anywhere else y'all would go?
20    A. No -- and occasionally, I carried him just
21        riding. We would go to my mother's house.
22    Q. You'd go in your van?
23    A. In his van.
24    Q. I'm sorry, his van. Okay, then.
25              But anyway, when you would take

---

15

1         him, when y'all were at River Oaks, would
2         you actually push him in the wheelchair
3         and get him into the van yourself?
4     A. I would go out, get the van, bring it to
5         the front of the casino, let him --
6     Q. No. I'm talking about at his apartment at
7         River Oaks.
8     A. Oh, no. He pushed himself.
9     Q. Okay. He pushed himself to the van?
10    A. Yes, ma'am.
11    Q. And then how did he get into the van?
12    A. I let the lift down. He backs onto the
13        ramp. And then I let the ramp up.
14    Q. Now, why did Mr. Lancaster leave River
15        Oaks?
16    A. Well, he said he wasn't happy there.
17    Q. How come?
18    A. I don't know.
19    Q. Did he ever tell you he didn't like it
20        there?
21    A. Occasionally, he said he didn't like it.
22    Q. How come?
23    A. I don't know why he didn't like it.
24    Q. He didn't tell you why he didn't like it?
25    A. No.

---

16

1     Q. Okay. Anyway, did he have a ramp at River
2         Oaks on the outside of his apartment?
3     A. No, ma'am.
4     Q. Or how about inside the apartment?
5     A. No, ma'am.
6     Q. Was there anything else that was handicap
7         accessible at the River Oaks Apartment
8         other than what we've already talked
9         about?
10    A. No, ma'am.
11    Q. Okay. So he moved then to The Cedars in
12        Wetumpka?
13    A. Yes, ma'am.
14    Q. And do you know how that all came about?
15    A. Well, he had me to -- we just got out one
16        day riding, looking for some apartments.
17        And we just -- you know, riding and
18        looking. And we ended up at The Cedars.
19        So I called Judy to see if she had any
20        vacancies. And she had a vacancy.
21    Q. And what's Judy's last name?
22    A. Ms. Judy Summers.
23    Q. Did you know her before then?
24    A. No, I didn't.
25    Q. Is she the manager?

---

Faye Mays
January 9, 2007

---

17

1 A. Yes.
2 Q. Okay. Well, did he like the looks of The
3     Cedars?
4 A. Yes, he did.
5 Q. How come?
6 A. I don't know.
7 Q. He didn't say anything about why he might
8     like it or what he liked about it?
9 A. No, ma'am.
10 Q. So you called Ms. Judy. And what happened
11     then?
12 A. She made an appointment -- well, they had
13     to fix the apartment up, get it painted.
14     Then she made an appointment for him to
15     come over and look at the apartment.
16 Q. Is this 111 where he eventually moved?
17 A. Yes, ma'am.
18 Q. All right. Did y'all ask for any kind of
19     handicap accommodations or an apartment
20     that might have something that made it
21     more accessible to the handicapped?
22 A. Well, he asked did he -- did she have one
23     that had like a ramp. She said no. So
24     she went to another apartment and got --
25     it was a wooden one, where you could just

---

18

1     move it, that another attendant had that
2     lived there.
3 Q. For the inside or outside?
4 A. For the outside.
5 Q. Another ramp?
6 A. It was just a little wooden one that you
7     could move.
8 Q. Uh-huh (affirmative response).
9 A. So that's how we got him into the
10     apartment that day for him to look at it.
11 Q. Right. But did y'all ask for any certain
12     type of apartment that had handicap-
13     accessible things in it?
14 A. Not to my knowledge.
15 Q. Did they offer one?
16 A. Not to my knowledge.
17 Q. Did Ms. Judy tell you that they didn't
18     have anything that was handicap
19     accessible?
20 A. I don't recall that.
21 Q. Do you remember any discussion about that
22     at all, about her saying, We don't have
23     anything for the handicap or not handicap
24     accessible, and someone replying, Well,
25     that's okay; it doesn't matter; we'll go

---

19

1     ahead and move in anyway?
2 A. If I'm not mistaken, I think we did ask
3     her. And she said that she didn't have
4     anything, you know, handicapped.
5 Q. Right.
6 A. Right.
7 Q. And then did Mr. Lancaster decide to move
8     in anyway?
9 A. Yes, ma'am.
10 Q. I forgot to ask you this: Have you ever
11     been sued before or sued anybody before?
12 A. No, ma'am.
13 Q. Okay. Do you have any children in this
14     area?
15 A. No, ma'am.
16 Q. Any relatives in this area?
17 A. Well, I have some relatives on my mother's
18     side that lives here in Redland.
19 Q. What are their names?
20 A. They're Jacksons.
21 Q. Jacksons. All right. Do you remember
22     anything else that was said with Ms. Judy
23     when y'all were out there looking at the
24     apartment that day?
25 A. She said something to the knowledge that

---

20

1     they could get a ramp built.
2 Q. Oh, this was the first day before y'all
3     had moved in?
4 A. I don't know. I can't recall if it was
5     the first day. But John did ask about a
6     ramp.
7 Q. To Ms. Judy?
8 A. But it was not the first day.
9 Q. To Ms. Judy he did?
10 A. Yes, ma'am.
11 Q. And what did he say?
12 A. He was asking was it any way that they
13     could build a ramp. She said that they
14     would see about getting a ramp built.
15 Q. Okay. How much longer was this after --
16     how much time had passed between the time
17     that he had moved in and he had that
18     conversation?
19 A. I don't recall.
20 Q. Was this at the apartment?
21 A. Yes, ma'am.
22 Q. Okay. Did you ever get any written rules
23     or regulations about the apartments that
24     you ever saw while he was living at
25     The Cedars?

---

Pages 17 to 20

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377      Certified Court Reporters and Certified Legal Video Specialists      888.253.3377

Faye Mays
January 9, 2007

| 21 |
|---|
| 1  A. No, ma'am. |
| 2  Q. Okay.  Now, when you worked over there, |
| 3      did you work during the day and the night? |
| 4  A. I worked from 8 to 5 or 8 to 6 or 8 until. |
| 5      And when he was sick, I would spend the |
| 6      night. |
| 7  Q. Okay.  Did you have to spend the night |
| 8      often? |
| 9  A. Not very often. |
| 10 Q. All right.  Now, you told me earlier when |
| 11     you were looking at that picture that you |
| 12     had the red car and he had the blue van; |
| 13     is that right? |
| 14 A. Yes, ma'am. |
| 15 Q. And those were his two parking spaces for |
| 16     his unit; was that right? |
| 17 A. Yes, ma'am. |
| 18 Q. Okay.  And that parking lot, was that a |
| 19     gravel parking lot? |
| 20 A. Yes. |
| 21 Q. Okay.  And do you know how many apartment |
| 22     units were there? |
| 23 A. I really don't. |
| 24 Q. Was there a leasing office there or just |
| 25     apartments? |

| 23 |
|---|
| 1  A. When I got ready to load him on, I would |
| 2      get the van, pull it on the front, let the |
| 3      lift down, and I would get him and back |
| 4      him out, you know, tilting the chair back. |
| 5  Q. Okay. |
| 6  A. And then roll him. |
| 7  Q. Off that little step? |
| 8  A. Yes, ma'am. |
| 9  Q. Did you ever use a ramp at any time going |
| 10     anywhere with him? |
| 11 A. No, ma'am.  The only ramp would be like |
| 12     the flat surface at the VA. |
| 13 Q. They had a ramp? |
| 14 A. Just a, you know, flat come off. |
| 15 Q. Yeah.  What I'm talking about a ramp is |
| 16     something that's elevated, you know, kind |
| 17     of goes up? |
| 18 A. No, ma'am. |
| 19 Q. Anything like that? |
| 20 A. No, ma'am. |
| 21 Q. Or go down, too, depending on which way |
| 22     you're going up the ramp, up or down.  Did |
| 23     you ever use a ramp with him in any places |
| 24     y'all went? |
| 25 A. No. |

| 22 |
|---|
| 1  A. Just apartments. |
| 2  Q. They didn't have a leasing office? |
| 3  A. No, ma'am. |
| 4  Q. Was that parking lot just for the tenants |
| 5      that lived in those apartments? |
| 6  A. Yes, ma'am. |
| 7  Q. Was there a ramp inside Mr. Lancaster's |
| 8      apartment at The Cedars or just on the |
| 9      outside? |
| 10 A. Just on the outside. |
| 11 Q. Now, let me ask you about when you were at |
| 12     The Cedars and you and Mr. Lancaster |
| 13     needed to go somewhere, did you load him |
| 14     in the van in the back of the apartment or |
| 15     the front? |
| 16 A. In the front. |
| 17 Q. Ever in the back? |
| 18 A. No. |
| 19 Q. And the front, was it flat surfaced? |
| 20 A. No, ma'am. |
| 21 Q. What did you have in the front? |
| 22 A. You still had a -- |
| 23 Q. A step? |
| 24 A. A step, a dropoff. |
| 25 Q. How did y'all get down that step? |

| 24 |
|---|
| 1  Q. What about the casino, did they have a |
| 2      ramp? |
| 3  A. Oh, I beg your pardon.  I did.  At the |
| 4      casino, before they built the big one that |
| 5      they have now, they had it in the trailer, |
| 6      and it was a ramp there. |
| 7  Q. What did it look like? |
| 8  A. It was built out of wood, like going down |
| 9      with rails. |
| 10 Q. Did he use that ramp? |
| 11 A. Yes, ma'am. |
| 12 Q. When he used that ramp, did you push him |
| 13     or did he use it himself? |
| 14 A. He would go down himself. |
| 15 Q. All right.  How about going up? |
| 16 A. I would push him up or either one of the |
| 17     attendants that worked there. |
| 18 Q. When he would go down, would he have his |
| 19     hands on the wheels? |
| 20 A. On his wheels going very slowly. |
| 21 Q. Would he use his hands to adjust the speed |
| 22     of the wheelchair; is that right? |
| 23 A. Yes, ma'am. |
| 24 Q. So he would have his hands on the wheels |
| 25     coming down? |

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377      Certified Court Reporters and Certified Legal Video Specialists      888.253.3377

Faye Mays
January 9, 2007

25

1  A. Right.
2  Q. All right.  Let me ask you this:  So when
3     you were at The Cedars, y'all would get in
4     and out of the vehicle in the front of the
5     apartment, not in the back parking lot; is
6     that correct?
7  A. Yes, ma'am.
8  Q. Do you remember anybody that lived around
9     Mr. Lancaster while you were working over
10    there at The Cedars?
11 A. It was some Mexicans, but they moved.  I
12    didn't never learn their names.
13 Q. All right.  Where did they live?
14 A. They lived -- I don't even remember the
15    number, but they lived next door to
16    Mr. Lancaster.
17 Q. All right.  Was there a lady named Dot
18    that lived there?
19 A. She lived up on the other -- because it
20    was sectioned off.  We lived on the
21    section on the left.  She lived on the
22    right.
23 Q. Okay.  Did you ever talk to her?
24 A. Yes.
25 Q. Were there any other tenants there that

26

1     were in wheelchairs besides Mr. Lancaster?
2  A. Not to my knowledge.
3  Q. Okay.  All right.  So, tell me how the --
4     all right.  Let me step back.
5         You said that you recall at some
6     point, you're not sure when it was, but it
7     was after Mr. Lancaster moved in, that he
8     asked Ms. Judy about building a ramp?
9  A. Well, yeah.  He said something about the
10    ramp.  Then his sister, Ms. Smilie.
11 Q. Talked to Ms. Judy?
12 A. Talked to Ms. Judy.
13 Q. All right.  So he said something about the
14    ramp to you or Ms. Smilie, then, not
15    Ms. Summers?
16 A. Well, he said something to Ms. Summers,
17    too.
18 Q. Okay.  What did he say to her?
19 A. He was just asking was it any way that he
20    could get a ramp built.
21 Q. And what did she say?
22 A. And she said they would see about it.  So
23    then, in turn, that's when his sister
24    called Ms. Summers asking about a ramp
25    being built.

27

1  Q. Did she call from his apartment over
2     there?
3  A. No.
4  Q. All right.  So were you present when she
5     called Ms. Summers?
6  A. No, ma'am.
7  Q. Did she tell you what she told
8     Ms. Summers?
9  A. No, ma'am.
10 Q. Did Ms. Summers tell you what Ms. Smilie
11    told her about the ramp?
12 A. She just said that the sister called and
13    wanted to know if they could build a ramp.
14 Q. Anything else?
15 A. Not to my knowledge.
16 Q. Did Ms. Smilie or Mr. Lancaster have a
17    particular type of ramp in mind or did
18    they just say a ramp?
19 A. They just said a ramp.
20 Q. What did they want a ramp for?
21 A. For him to get out.
22 Q. In the back?
23 A. In the back.
24 Q. Why did they want him to start being able
25    to get out in the back?

28

1  A. Well, the number one thing his sister was
2     concerned about, that he was there at
3     night.  And she was saying that if a fire,
4     you know, broke out or something, he would
5     have a -- you know, a ramp to get out.
6  Q. Okay.  All right.  Do you remember when
7     this was?
8  A. No.
9  Q. Let me ask you this:  Do you remember the
10    day that Mr. Lancaster had his accident?
11 A. Yes, ma'am.
12 Q. Okay.  When was this in relation to that?
13        MRS. WALKER:  Now, I think that
14           happened in April of '05,
15           right, Coleman?
16        MR. YARBROUGH:  I think that's
17           right.
18 Q. So when would this conversation have taken
19    place about getting a ramp built, the best
20    of your knowledge?
21 A. I don't recall.
22 Q. Would it have been like a month before or
23    a couple of weeks before his accident?
24 A. No.  It was longer.
25 Q. A longer time?

Pages 25 to 28

Faye Mays
January 9, 2007

29

1  A. Yes, ma'am.
2  Q. Like six months before?
3  A. I don't recall.
4  Q. Were there any more conversations about a
5     ramp other than those you just told me
6     about?
7  A. That's the only one I can remember.
8  Q. And who built the ramp?
9  A. I don't know the man.
10 Q. Did you see him building it?
11 A. No. Because he came -- we was getting
12    ready to leave. We was in the apartment,
13    and he came and rang -- well, knocked on
14    the door and rang the doorbell.
15 Q. Uh-huh (affirmative response).
16 A. And Mr. Lancaster was sitting in the
17    kitchen. And he told -- he said that he
18    was there, the Phillips had sent him over
19    to build a ramp.
20 Q. Did you ever talk to Ms. Judy again about
21    the ramp?
22 A. No, I did not.
23 Q. Before that man came to build it?
24 A. No.
25 Q. Or anybody at The Cedars?

30

1  A. No.
2  Q. So he came over, rang the doorbell, and
3     said he was there, the Phillips sent him
4     there to build the ramp?
5  A. Yes, ma'am.
6  Q. Did he say anything else?
7  A. Well, he said he had to go and pick up the
8     material. So Mr. Lancaster and I, we
9     left.
10 Q. Where did y'all go?
11 A. We went to Prattville.
12 Q. Where did y'all go in Prattville?
13 A. I had to go to the eye doctor to pick up
14    my eyeglasses.
15 Q. Okay. Now, did he have any conversations
16    with Mr. Lancaster that you noticed before
17    y'all left?
18 A. Yeah, he asked Mr. Lancaster -- well, yes,
19    he asked him about how long or something.
20    Mr. Lancaster told him, said, Well, I
21    don't -- I don't know anything about
22    building a ramp.
23 Q. Anything else?
24 A. That's about all I can remember.
25 Q. Did Mr. Lancaster tell him where to put

31

1     it?
2  A. No, he did not.
3  Q. Did he ask Mr. Lancaster or you if you had
4     any suggestions or anything specifically
5     you wanted the ramp to be like or to look
6     like?
7  A. No, ma'am.
8  Q. Did he ask y'all if y'all wanted
9     handrails?
10 A. No, no ma'am.
11 Q. All right. So he just came and said, I'm
12    going to be building the ramp, and then
13    you recall him having a conversation with
14    Mr. Lancaster where Mr. Lancaster said, I
15    don't know anything about building a ramp?
16 A. Yes, ma'am.
17 Q. Did he say that in response to a question
18    from that man about something?
19 A. I would take it as it was in a response.
20 Q. Yeah. Do you know what the question was?
21 A. I don't.
22 Q. Could he have been asking him, What do you
23    want the ramp to be like?
24 A. I don't recall.
25 Q. You just don't remember?

32

1  A. I don't know, no, ma'am.
2  Q. Okay. All right. And so y'all left and
3     went to Prattville. What was he doing
4     when you left?
5  A. He left ahead of us going to get the
6     material.
7  Q. Okay.
8  A. Because I had to load Mr. Lancaster onto
9     the van.
10 Q. All right. And when you and Mr. Lancaster
11    would go places, would you usually push
12    him in his wheelchair?
13 A. No. He rolled himself.
14 Q. He would roll himself?
15 A. Yes, ma'am.
16 Q. All right. What if it was a new place
17    y'all had never been before, would you
18    tend to push him there first before he
19    started pushing himself or did you go to
20    any new places?
21 A. We didn't go to any new places.
22 Q. All right. When y'all got back, what was
23    going on? Had the ramp been built or was
24    he building it?
25 A. The ramp was built, but I didn't know that

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377       Certified Court Reporters and Certified Legal Video Specialists       888.253.3377

Faye Mays
January 9, 2007

---

### 33

1  that was the ramp. Because I'm used to
2  when people build a ramp, I assume that it
3  was going to be made out of concrete. You
4  know how they put the wood down, you know,
5  and let it -- and then pour the cement in.
6  So that's what I assumed.
7  **Q. Why did you think it was going to be**
8  **concrete?**
9  A. I really never thought that it would -- I
10  don't know. I just -- what I assumed it
11  was going to be.
12  **Q. Okay. Was there any discussion about it**
13  **being concrete?**
14  A. No, ma'am.
15  **Q. So when y'all got back, what was going on?**
16  A. He had built it, and he was gone.
17  **Q. It was already finished?**
18  A. Yes, ma'am.
19  **Q. Did Mr. Lancaster pay for it?**
20  A. I don't know who paid for it.
21  **Q. So when you got back, did it look like it**
22  **did in those pictures I showed you just a**
23  **minute ago?**
24  A. Yes, ma'am.
25  **Q. That wooden ramp?**

### 34

1  A. Yes, ma'am.
2  **Q. Did you have any conversations with**
3  **Mr. Lancaster about it?**
4  A. No. I just told him -- when we pulled
5  around to the back, I said, Oh, they've
6  started the ramp. I said -- so, I'm
7  thinking they, you know, coming back. We
8  did not use the ramp. I backed back out,
9  went back around to the front of the
10  apartment, and we went in through the
11  front.
12  **Q. All right. Why didn't y'all use the ramp?**
13  A. I didn't know the ramp was finished.
14  **Q. Did he say anything about it?**
15  A. Who?
16  **Q. Mr. Lancaster.**
17  A. I can't recall. And we was looking for a
18  handrail. You know, so that's why I --
19  **Q. Was he looking for a handrail?**
20  A. That's what I assumed.
21  **Q. You were looking for a handrail?**
22  A. I was looking for one, because every ramp
23  that I have seen, it had one or two
24  handrails. At least one. And that's what
25  I was looking for. So I didn't know if

### 35

1  the young man was finished with the ramp
2  or not. So we didn't use it.
3  **Q. All right. So when did you first use it?**
4  A. I guess it was like a week after that,
5  because Mr. Lancaster was not getting out
6  a lot.
7  **Q. Okay. What made him decide to use it that**
8  **day?**
9  A. Well, after we saw that, you know, that
10  was it, we -- I told him, I said, Well,
11  we'll -- you know, we'll try it. So we
12  got ready to leave. Mr. Lancaster was in
13  the kitchen. I put him out on the little
14  patio. It had rained. It was very muddy.
15  **Q. When did it rain? Was it that night or**
16  **that day?**
17  A. No. It didn't rain that day, and it
18  didn't rain that night.
19  **Q. But it was muddy?**
20  A. Yes. It stayed muddy back there.
21  **Q. Oh, in the parking lot?**
22  A. Yes, when it rained.
23  **Q. Okay. Let me ask you --**
24  A. Because the water would settle mostly
25  right in front of his apartment in the

### 36

1  back.
2  **Q. Did you tell me that Ms. Smilie wanted the**
3  **ramp in the back instead of the front?**
4  A. She didn't -- I didn't -- she didn't -- I
5  don't know where they said they were going
6  to put it. I don't know.
7  **Q. I thought you said they wanted to start**
8  **using it in the back; is that not right?**
9  **When he asked for a ramp, did you know**
10  **where it was going to be?**
11  A. No, I did not.
12  **Q. Okay. Did you expect it to be in the**
13  **front or the back?**
14  A. I didn't expect it to be in the front, not
15  on the street.
16  **Q. Okay. So it would have had to have been**
17  **in the back?**
18  A. Right.
19  **Q. All right. When y'all pulled up in the**
20  **back and saw the ramp, do you remember**
21  **anything Mr. Lancaster said about it?**
22  A. I can't recall what.
23  **Q. Before the accident, did you ever talk to**
24  **Ms. Judy about the ramp?**
25  A. No, ma'am.

Pages 33 to 36

Faye Mays
January 9, 2007

37

1  Q. Did you ever tell her it's been a big help
2     and we're so glad to have it, something
3     like that?
4  A. No.
5  Q. Okay. Did Ms. Smilie ever tell her that?
6  A. I don't recall it. I don't know.
7  Q. So are you saying you don't remember
8     having any conversations with Ms. Judy
9     before the accident or you did not have
10    any about the ramp before the accident?
11 A. No, I didn't.
12 Q. You did not have any, okay. How many
13    times did Mr. Lancaster use the ramp
14    before his accident?
15 A. The first time we used it.
16 Q. Okay. So it was muddy outside, and you
17    decided to go ahead and use it that day?
18 A. Yes, it was muddy.
19 Q. And you suggested that y'all use it that
20    day for the first time; is that right? Or
21    did he suggest it? I'm just trying to
22    find out -- whose idea was it?
23 A. I don't know whose idea it was, but we
24    decided we would use it. And I don't -- I
25    can't -- like I said, it's been -- I don't

38

1     know which one of us decided. But I
2     backed the van up from the parking space,
3     let the lift down. He was coming down the
4     ramp by him -- well, I parked, was getting
5     out of the van, coming around to the back,
6     you know, coming back where he was. He
7     was coming down the ramp himself,
8     holding -- you know, just slowly coming
9     down.
10 Q. Holding the wheels?
11 A. Yes, ma'am.
12 Q. Let me ask you something: Were you
13    thinking he would wait on you to assist
14    him getting down that ramp for the first
15    time?
16 A. No. Because he -- he said that, you know,
17    he have been down steeper ramps than that.
18    He told me he could come down the ramp.
19 Q. So y'all had a conversation about it
20    before he came down the ramp?
21 A. I would think so, that he said that he
22    could come down by himself.
23 Q. So y'all talked about whether he could
24    come down by himself or not; is that
25    right?

39

1  A. Right.
2  Q. All right. What did you say?
3  A. I told him okay.
4  Q. I mean, but how did it come up?
5  A. Okay. I told him, I said, I'm going to
6     back the van out, let the lift down. He
7     said, Well, while you're doing that, I'm
8     going to be coming down the ramp.
9  Q. Yeah.
10 A. He came down.
11 Q. Wait just a minute. And then you said he
12    said something like I've been down steeper
13    ramps than that before?
14 A. Right.
15 Q. Well, did you tell him you were concerned,
16    that you thought you might ought to go
17    with him the first time?
18 A. No, I did not.
19 Q. All right. So why did he say I've been
20    down steeper ramps than that before?
21       MR. YARBROUGH: Object to the
22       form.
23 Q. I mean, all I'm saying is: Did you raise
24    a concern about it being steep? How did
25    that come up? That's all I'm trying to

40

1     find out.
2  A. I really don't -- I don't recall.
3  Q. Do you think that he should have waited
4     and let you go with him the first time?
5  A. Well, not with it being no steeper than it
6     was, I don't think.
7  Q. All right. Do you remember giving a
8     statement in this thing to the insurance
9     adjuster after this happened where you
10    told him that it would have been safer if
11    he would have waited and let him go with
12    him the first time? I've got it with me
13    if you want to look at it. Do you
14    remember saying that to him?
15 A. I don't recall that.
16 Q. All right. Let me show you.
17       MRS. WALKER: Have you seen
18       that, Coleman?
19       MR. YARBROUGH: Yes. I've seen
20       her statement.
21 BY MRS. WALKER:
22 Q. Okay. Here it is. Here's the front page.
23    Interview with Mrs. Faye Mays on May 17,
24    2005. Do you remember that, having an
25    interview with this man named Wiley Price?

Pages 37 to 40

Faye Mays
January 9, 2007

41

1    **(Witness reviewed document.)**
2    A. Yes, ma'am.
3    Q. Okay. Was this over the phone?
4    A. Yes, ma'am.
5    Q. Okay. All right. Here we go. Okay. As
6      a healthcare provider, would you normally
7      assist somebody going up and down the ramp
8      with a wheelchair or let them go by
9      themselves? Answer: When they are used
10     to going up and down it, I let them go by
11     themselves. But he hadn't ever been up
12     and down that ramp before, had he? No, he
13     hadn't.
14        So that's why I was asking you:
15     Normally, do you go with them the first
16     time and then when they get use to it,
17     then you let them do it by themselves?
18   A. No. Because I'm not really -- on a ramp
19     like this -- I'm not working with anyone
20     on a -- you know, that's up and down a
21     ramp.
22   Q. Well, here's what you said: When they are
23     used to going up and down it, I let them
24     go by themselves.
25   A. See, that's what Mr. Lancaster told me,

42

1    that he was used to going up and down
2    ramps by himself.
3    Q. You're saying: When they are used to
4      going up and down it, I let them go by
5      themselves. Well, you weren't referring
6      to anything you had done in the past
7      there?
8    A. No. Because that's what he was telling
9      me, that he could go down the ramp by
10     himself.
11   Q. He told you he could go down by himself?
12   A. Yes, ma'am.
13   Q. Now, the parking lot you said was muddy;
14     is that right?
15   A. Yes, ma'am.
16   Q. Had y'all put anything down at the foot of
17     the ramp or at the beginning of the ramp
18     to help with the mud?
19   A. No, ma'am. That's what I was assuming, if
20     it was finished -- like I told Mr. Price,
21     I thought maybe the best thing would have
22     been to pour some quick cement down there.
23     And when he came off, he would have came
24     off on a flat surface instead of that mud.
25     Because these are the wheels that got

43

1    stuck in the mud, and that's when he
2    flipped. Plus, he didn't have a handrail
3    to hold on to.
4    Q. All right. When did you decide he needed
5      cement down there? Is this something you
6      decided after the accident or before?
7    A. Well, we talked about it before,
8      Mr. Lancaster and I, after we found out
9      that that was, you know, going to be the
10     permanent ramp.
11   Q. Okay. Let's go back to that. Before the
12     accident, you told me about y'all pulled
13     up in the parking lot and saw it, and
14     y'all didn't have any conversations about
15     it then. Okay. What was your next
16     conversation with Mr. Lancaster about the
17     ramp?
18   A. That's when I told -- well, it wasn't that
19     day, but I -- it was days after. I felt
20     like, and so did he, that it should have
21     been some cement poured down there.
22   Q. Down where?
23   A. Down at the foot of the ramp.
24   Q. Okay. And he said that to you?
25   A. Yes, ma'am.

44

1    Q. This is before the fall?
2    A. Right.
3    Q. Why did he want --
4    A. No, no, no. This was --
5    Q. I'm talking about before the fall. You
6      just told me that y'all had talked about
7      it before the fall, and he had said that;
8      is that not right? I know it's been a
9      while.
10   A. Yes, it has.
11   Q. That's okay. Just take your time and
12     remember the best you can.
13   A. Yes, before the fall.
14   Q. Okay. All right. Now, tell me how that
15     came up.
16   A. The fall?
17   Q. No, how that conversation came up.
18   A. Okay. After it rained -- and like I said,
19     we didn't use the ramp the first day. It
20     was maybe a week. So Mr. Lancaster and I
21     was talking. And that's when we was
22     saying that it needed some cement down
23     there, and he would come off on a smooth
24     surface instead of coming off in the mud.
25   Q. Well, where did this conversation take

Pages 41 to 44

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377        Certified Court Reporters and Certified Legal Video Specialists        888.253.3377

Faye Mays
January 9, 2007

---

45

1    place?
2  A. Where?  At the apartment at The Cedars.
3  Q. Was this on the same day of the fall?
4  A. No.
5  Q. Okay.  This was before the fall?
6  A. Yes.
7  Q. But it was a few days before.  It must
8     have been a few day.  It had been there
9     about a week before he fell, right?
10 A. Yes, ma'am.
11 Q. Okay.  So this was a few days before.
12    Y'all were talking about the ramp, and he
13    said it needed some cement at the bottom?
14 A. Yes, ma'am.
15 Q. Where it comes out into the graveled
16    parking lot?
17 A. Yes, ma'am.
18 Q. To have a smooth surface?
19 A. Yes, ma'am.
20 Q. And what did you say?
21 A. I said that would be better so we wouldn't
22    come off just in the mud.
23 Q. Were you worried the mud might make him
24    slip down or get stuck or something?
25 A. Getting stuck.

---

46

1  Q. Was he worried about the mud making him
2     get stuck?
3  A. Yes, ma'am.
4  Q. What did he say about the mud?
5  A. I don't recall.
6  Q. But you were thinking that it would be
7     better if there was cement there.  You
8     mean, cement over the gravel?
9  A. Yes, ma'am.  Just like they have out there
10    on that one.  When they finished the
11    wooden ramp, like poured a bag of QuickMix
12    or whatever they call it, and that would
13    have been the cement.  And he could have
14    like let it went out some, when he came
15    off the ramp, off onto the cement.
16 Q. And then the cement would turn into the
17    gravel?
18 A. Yes.  Then we would have been off the
19    cement onto the gravel driveway.
20 Q. Wouldn't it be muddy there, too, when you
21    got off into the gravel?
22 A. It wouldn't be as muddy, because it was
23    mushy at the door, you know -- well, right
24    at the end of the ramp.
25 Q. Okay.  But wasn't it also mushy and

---

47

1     gravelly in the parking lot, too?
2  A. But it was -- yeah, it was muddy there,
3     too, but it wasn't as soft.
4  Q. Yeah, okay.  So you're thinking that maybe
5     if it had some cement, it wouldn't be
6     quite as muddy, right?
7  A. Yes, ma'am.
8  Q. But it still would have been some mud
9     there, too, right?
10 A. Right.
11 Q. And that's because it's a graveled, a
12    graveled parking lot, right?
13 A. Yes, ma'am.
14 Q. Now, as we saw on the pictures, that ramp
15    comes out -- thank you for getting up
16    again.  I appreciate it.
17       That ramp, it looks like it goes
18    over some grass, and it comes out into the
19    graveled parking lot between these two
20    parking spaces that are assigned to
21    Mr. Lancaster; is that right?
22 A. Yes, ma'am.
23 Q. But see, if it had come out even further,
24    like you said, it still would have been in
25    the parking lot, in the graveled parking

---

48

1     lot, right, even if he had some cement?
2  A. If it had been a little right here, just a
3     little -- one of the little small bags of
4     QuickMix to come here, and he would have
5     came out on the cement instead of the
6     gravel where it was muddy.
7  Q. But he still would have had to come down
8     the cement into the graveled parking lot
9     eventually, right?
10       MR. YARBROUGH:  Y'all are
11          arguing now.  Well, of
12          course he would if the
13          cement ended in the gravel.
14       MRS. WALKER:  Thank you.
15    BY MRS. WALKER:
16 Q. Wouldn't you agree with that?
17 A. Yes, ma'am.
18 Q. Okay.  You can sit down now.
19       All right.  So y'all had that
20    conversation just a few days before the
21    fall where y'all both agreed y'all wished
22    you had some cement at the base there
23    because it was muddy there?
24 A. Yes, ma'am.
25 Q. Any other conversations you had with

---

Pages 45 to 48

334.262.3332        Baker & Baker Reporting and Video Services, Inc.        334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists    888.253.3377

Faye Mays
January 9, 2007

49

1    Mr. Lancaster, before his fall, about that
2    ramp?
3  A. About a handrail.
4  Q. What did he say about that?
5  A. He said that it needed a handrail up
6     there.
7  Q. This is before his fall, too?
8  A. Yes, ma'am.
9  Q. Tell me how that came up. Was this during
10    the same time y'all were talking about the
11    cement?
12 A. Yes.
13 Q. All right. How did that come up? What
14    was said?
15 A. We was just saying that -- well,
16    Mr. Lancaster said that every ramp he have
17    seen built, it at least have one hand
18    rail.
19 Q. Okay. And that he wished this one had
20    one?
21 A. Yes, ma'am.
22 Q. Did he say he was worried about using this
23    one or hesitant about using this one
24    because it didn't have a handrail?
25 A. I don't recall.

50

1  Q. Did anybody complain about the way the
2     ramp was before the accident? Did you or
3     Mr. Lancaster or Ms. Smilie complain to
4     The Cedars about it?
5  A. I don't recall that.
6  Q. Did you complain about it?
7  A. No.
8  Q. All right. Did you ever talk to
9     Ms. Smilie about it before the accident?
10 A. No, ma'am.
11 Q. Did anybody ever put down cardboard or a
12    cardboard box or anything, anything down
13    at the base of it where we were talking
14    about where it would come off into the
15    graveled parking lot?
16 A. No, ma'am. Because after he had the fall,
17    we didn't use it anymore when it was wet.
18 Q. Did you ever use it when it was dry?
19 A. Yes, ma'am.
20 Q. How many times?
21 A. Numerous times.
22 Q. Did he use it by himself?
23 A. No. Because he was afraid then.
24 Q. Did you help him?
25 A. Yes.

51

1  Q. Did Ms. Smilie?
2  A. No.
3  Q. Okay. So it was just you?
4  A. Yes.
5  Q. So you helped him coming down and up the
6     ramp after the fall?
7  A. Yes, ma'am.
8  Q. When it was dry?
9  A. Right.
10 Q. Okay. Now, on that day when y'all went
11    down the ramp the first day -- when he
12    went down the ramp the first day, you're
13    saying it was muddy down there at the end?
14 A. Yes.
15 Q. Did he know it was muddy?
16 A. Yes, ma'am.
17 Q. How do you know he did?
18 A. He could look out and see all of the mud.
19 Q. Had y'all talked about it?
20 A. No.
21 Q. But you could look in the parking lot and
22    see the mud?
23 A. Yes, ma'am.
24 Q. Did he say anything else about the ramp
25    before his accident?

52

1  A. No, ma'am.
2  Q. Other than wished it had that concrete at
3     the bottom and wished it had handrails?
4  A. Yes, ma'am.
5  Q. Anything else?
6  A. No, not to my knowledge.
7  Q. Did he ever tell you he was worried about
8     maybe using it or hesitant about using it?
9  A. Not to my knowledge.
10 Q. Okay. And I may have asked you this: Did
11    you talk to Ms. Smilie about it before the
12    accident, the ramp?
13 A. I don't recall talking to Ms. Smilie about
14    it.
15 Q. Did she come and look at it before the
16    accident?
17 A. Well, she would come over on Sundays to
18    see him, so . . .
19 Q. She must have seen it?
20 A. She would see it.
21 Q. But you don't remember anything she said
22    about it?
23 A. No, I don't.
24 Q. All right. So you were telling me that on
25    the day it happened, it was muddy out

Pages 49 to 52

Faye Mays
January 9, 2007

---

53

1  there.  It had rained at some point; is
2  that correct?
3  A. Yes, ma'am.
4  Q. And that he was going to go use it
5  himself?
6  A. Yes, ma'am.
7  Q. And did you suggest, Let me help you go
8  down, and he said, No, I'll use it myself?
9  Is that how that came about?
10  A. He said, I can come down it by myself.  He
11  said, I've been down steeper ramps than
12  this.  Because he had lived all over.
13  Q. Right.  Was this ramp steep?
14  A. No.  It's not steep.
15  Q. All right.  Anything else he said before
16  the accident?
17  A. No, not that I recall.
18  Q. All right.  So were you actually in the
19  van when he fell?
20  A. No.  I had gotten -- I had pulled -- let
21  the lift out.  I had got out of the van,
22  coming around.  I was coming around the
23  back of the van.  And when I got around to
24  the back of the van, all I could see was
25  him . . .

---

54

1  Q. So he had already fallen?
2  A. Yes.  By the time I got around there, he
3  had done come down the ramp.  But when he
4  got to the foot of -- he made it to the
5  foot of the ramp.
6  Q. All right.  Wait.  Start over.  I'm sorry,
7  I lost you.  When you came around, he was
8  coming down the ramp?
9  A. Yes.  He was coming down the ramp, he had
10  made it to the foot of the ramp.
11  Q. Were his hands on the wheels?
12  A. Yes, ma'am.
13  Q. Okay.
14  A. When he --
15  Q. Did you see him come down the ramp the
16  whole time or just at the end?
17  A. Just at the end.  Because I had pulled --
18  I was in the van, had pulled the van out,
19  let the lift out, got out of the van,
20  coming around the van.  He had made it
21  down to the foot of the ramp.  And when he
22  got to the foot of the ramp with all that
23  mud there, those wheels got stuck, and it
24  flipped.
25  Q. Okay.  What do you mean "it flipped"?

---

55

1  A. The wheelchair flipped over with him.
2  Q. Okay.  So it flipped forward?
3  A. Yes, ma'am.
4  Q. Did it do a complete flip or just flipped
5  over?
6  A. Just flipped over.
7  Q. Like it tumped over forward?
8  A. Right.  Because he was stuck in the mud.
9  Q. Okay.  And his hands were on the wheels
10  when you saw him?
11  A. Yes, ma'am.  When he got to the foot of
12  the ramp.
13  Q. Could you tell how fast he was going?
14  A. Very slow.  Because he was holding as he
15  was going.
16  Q. Yeah, okay.  So then what happened after
17  that?
18  A. He was -- he was on the ground.  And it
19  was like -- it was muddy -- a little, you
20  know, muddy out there.  So I knew that I
21  couldn't get him up, so I called my
22  husband.  I called around to my house,
23  called my husband to come around to help
24  me get him back up in the chair.  So my
25  husband came around, got him back up in

---

56

1  the chair.  And once I got him back up in
2  the chair, I carried him back in the
3  house, put him back on the bed, changed
4  his clothes because he was muddy.
5  Q. And y'all stayed home?
6  A. No.
7  Q. You went on about your way?
8  A. Yes.  But when we left at that time, we
9  went out the front door.
10  Q. Now, at the time of his accident, he was a
11  paraplegic; is that right?
12  A. Yes, ma'am.
13  Q. And he had one leg at the time?
14  A. Yes, ma'am.
15  Q. He had the left leg?
16  A. Yes, ma'am.
17  Q. Okay.  And so y'all went on about your
18  business and did whatever y'all were going
19  to do that day.  Do you remember where you
20  went?
21  A. We went to Prattville to the -- I went to
22  the optical to pick up my eyeglasses.
23  Q. Did you go anywhere else?
24  A. No.
25  Q. Then what happened after that?  Was he

---

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

Faye Mays
January 9, 2007

---

57

1     complaining of hurting or anything?
2   A. No.  By him being paralyzed, he wasn't
3     hurting -- I mean, he wasn't complaining
4     about hurting.
5   Q. When did y'all know something was wrong?
6   A. Okay.  The next day when I came in, he had
7     begun to, you know, look -- start looking
8     a little blue.
9   Q. Let me ask you something: Did he have any
10    cuts on him from the fall?
11  A. No, ma'am.
12  Q. Okay.  No wounds or anything?
13  A. No.
14  Q. Okay.  So you came in the next day, and it
15    looked blue?
16  A. It looked blue.  And then he started
17    developing like blisters up in -- you
18    know, up and down the leg.
19  Q. Do you remember what day this happened on,
20    the accident?
21  A. April the 7th.
22  Q. Was that a Thursday?
23  A. I don't recall what day it was on.
24  Q. I've got my 2005 calendar, and it looks
25    like it was a Thursday.

---

58

1       MR. YARBROUGH:  I think it
2         happened on the 8th.
3       MRS. WALKER:  Well, I thought it
4         did at one time, too.  But
5         I went back and checked
6         and --
7   A. It was on the 7th, is what's on the paper.
8   Q. Let me show you.  I've got some medical
9     records here that say --
10      MR. YARBROUGH:  Well, it
11        probably doesn't matter.
12  Q. Let's see.  I'm reading a note from the VA
13    that says, Caregiver stated he flipped out
14    of the chair Thursday.  Leg caught under
15    body.  Do you remember that?
16  A. Yes, ma'am.
17  Q. So it looks like it happened on a
18    Thursday.  And this note was actually made
19    on Monday, April 11th; is that right, he
20    went to the doctor on Monday?
21  A. That's when we carried him to the VA.
22    That's when I carried him to the VA.
23  Q. Okay.  So I went and got my 2005 calendar.
24      MRS. WALKER:  See here.
25      MR. YARBROUGH:  Yeah.  You're

---

59

1       right.
2   Q. And I just checked, and the 7th was a
3     Thursday.  And then the Monday following,
4     April 11th, was the --
5       MR. YARBROUGH:  It was the 7th,
6         yeah.  You're correct.
7   Q. All right.  So anyway, he didn't go to the
8     doctor until the following Monday; is that
9     right?
10  A. Yes, ma'am.
11  Q. All right.  Did you take him to the
12    doctor?
13  A. Yes, ma'am.
14  Q. Okay.  And is that when they discovered it
15    was broken?
16  A. Yes, ma'am.  They did an X-ray.
17  Q. Okay.
18  A. And the doctor came back -- after the
19    X-ray, the doctor came back in and told
20    him it was broken below the knee.
21  Q. Okay.  Were they able to fix the blisters
22    and stop those?
23  A. No.  They just gave me some medication.
24    And then he developed an ulcer on the
25    foot.  But they put the leg in a

---

60

1     mobilizer.
2   Q. He developed an ulcer on the bottom of his
3     foot?
4   A. No, ma'am.  I mean -- I'm sorry, on his
5     ankle.
6   Q. And that was what he had to go to the
7     wound care treatment center for?
8   A. Yes, ma'am.
9   Q. Did that eventually heal up?
10  A. No.
11  Q. The wound never healed?
12  A. No.  They grafted the skin and put on it.
13    And he thought it was -- Dr. Treadwell
14    thought it was, you know, healing.  But
15    every -- I was having to carry him every
16    week.  But every time we went -- and then,
17    finally, we went to Birmingham.
18  Q. Who did you see in Birmingham?
19  A. I don't recall the doctor.
20      MR. YARBROUGH:  The VA?
21  A. The VA.  I'm sorry.  But Dr. Lipton was
22    talking about carrying him up there to put
23    a rod in it.
24  Q. Is Dr. Lipton at the VA here?
25  A. Yes, ma'am.

---

Faye Mays
January 9, 2007

61

1  **Q. Okay.**
2  A. So once we went to Birmingham, the doctor
3    there that saw him said that it wouldn't
4    be no use to put a rod in there, because
5    his bones were so fragile that it wouldn't
6    do anything but work through there. And
7    it was not going to heal.
8  **Q. Okay.**
9  A. So he didn't see no other alternative but
10   to amputate it. So when we got back from
11   the VA in Birmingham, I called the VA in
12   Montgomery and told Dr. Lipton. So then
13   he wanted me to bring Mr. Lancaster back
14   in. And then that's when they talked
15   about doing the amputation. So
16   Mr. Lancaster went on and made up his mind
17   that he was going to get it amputated.
18 **Q. All right. That was, I believe, in**
19   **August?**
20 A. Yes, ma'am.
21 **Q. After the fall, did you report the fall to**
22   **anybody and tell The Cedars about it? Did**
23   **you call Ms. Judy and tell her about it?**
24 A. No, I didn't.
25 **Q. Did you tell Ms. Smilie about it?**

62

1  A. Yes.
2  **Q. When did you tell her?**
3  A. I think it was the same day. If it wasn't
4    the same day, it was the next day.
5    Because we didn't -- I didn't talk to his
6    sister every day.
7  **Q. Did you ever talk to Ms. Judy about it?**
8  A. Not to my -- not -- I can't recall talking
9    to her about it.
10 **Q. Okay. Do you know if Mr. Lancaster talked**
11   **to anybody at The Cedars about it or if**
12   **Ms. Smilie did?**
13 A. Not to my knowledge.
14 **Q. And you said that he did continue to use**
15   **the ramp on days when it wasn't muddy?**
16 A. No. We started using the ramp -- we
17   started using the front.
18 **Q. Okay. But I thought you told me he did**
19   **use the ramp after that, too, when it**
20   **wasn't raining or wasn't muddy?**
21 A. No. Okay. I said that we used it --
22   well, maybe we used it a couple of times
23   maybe.
24 **Q. Yeah.**
25 A. But then it was just so hard for me to --

63

1  you know, like pushing him up it. So I
2  just decided I would use the front.
3  **Q. So y'all started loading in the front?**
4  A. Yes, ma'am.
5  **Q. But he did use it, you said, a couple of**
6  **times after that, after the accident?**
7  A. Yes. He used it a couple of times after
8  that.
9  **Q. By himself or with you?**
10 A. No, with me after that. I would push him
11 down.
12 **Q. Did he ever use it by himself again?**
13 A. No.
14 **Q. Did you also push him up the ramp, too?**
15 A. Yes, ma'am.
16 **Q. And how many times did that happen?**
17 A. Very few. I can't recall how many times.
18 **Q. Did y'all have any trouble going up and**
19 **down that ramp?**
20 A. No, because I was pushing him.
21 **Q. Right. That's what I'm saying, you didn't**
22 **have any trouble?**
23 A. No, ma'am. Because I would back him down.
24 **Q. What's that mean?**
25 A. You know, I would have him turned around

64

1  and --
2  **Q. Oh, you would back him down?**
3  A. Back him down, right.
4  **Q. All right. So you don't remember talking**
5  **to anybody from The Cedars or Phillips**
6  **Investments about the ramp or the fall; is**
7  **that correct?**
8  A. No, ma'am.
9  **Q. That is correct?**
10 A. Talking to --
11 **Q. Let me say it again: You don't remember**
12 **talking to Ms. Judy or anybody else from**
13 **The Cedars about the ramp or the fall,**
14 **right?**
15 A. Right.
16 **Q. Okay. Was this ramp only for**
17 **Mr. Lancaster to use, not any other**
18 **tenant?**
19 A. No, it wasn't.
20 **Q. It was just for him?**
21 A. Just for him.
22 **Q. Okay. Were you worried that it might be**
23 **unsafe when he was about to go down?**
24 A. When he was what?
25 **Q. When he was about to use it for the first**

334.262.3332        Baker & Baker Reporting and Video Services, Inc.        334.262.3332
888.253.3377        Certified Court Reporters and Certified Legal Video Specialists        888.253.3377

Faye Mays
January 9, 2007

65

```
 1    time, were you worried that it might be
 2    unsafe or did you think it was going to be
 3    okay?
 4 A. I thought it would be okay, because the
 5    ground didn't look that mushy.  You know,
 6    I knew it had rained, but I didn't think
 7    the wheels was going to get stuck.
 8 Q. Had his wheels ever gotten stuck in the
 9    parking lot before?
10 A. No, ma'am.
11 Q. Had he ever been in the parking lot with
12    his wheelchair when it got muddy?
13 A. No.  Because we was using the front.
14 Q. But y'all did use the back sometimes, too,
15    before that ramp got put back there,
16    right?  Isn't that right, you would help
17    him down the steps?
18 A. No.  We didn't use the . . .
19 Q. You didn't use the back?
20 A. We didn't use the back.  I always used the
21    front.
22 Q. After the accident, did his wheels ever
23    get stuck in the parking lot at any time
24    to your knowledge?
25 A. No.  Because I didn't never go to the
```

66

```
 1    back.
 2 Q. What about on those couple of times when
 3    you used it?
 4 A. It was dry.
 5 Q. Okay.  So it didn't get stuck?
 6 A. No, ma'am.
 7 Q. Do you remember at what point it rained
 8    before the accident?  You said it didn't
 9    rain that day.  Had it rained that night?
10 A. I don't recall.
11 Q. To your knowledge, did anyone else ever
12    use that ramp?
13 A. Not to my knowledge.
14 Q. Now, you've told me about a Dr. Tipton?
15    Is that who --
16 A. Lipton.
17 Q. And he was at the VA where?
18 A. In Montgomery.
19 Q. And then there was a doctor in Birmingham?
20 A. But I don't recall his name.
21 Q. Any other doctors?
22 A. At the wound center was Dr. Treadwell.
23 Q. Right.  Anybody else?
24 A. That's all.
25 Q. Do you remember what doctors y'all were
```

67

```
 1    going to before the accident?
 2 A. Before he got his leg --
 3 Q. Right.
 4 A. Dr. Singhal [phonetic].
 5 Q. Where is he?
 6 A. At the VA in Montgomery.
 7 Q. Anybody else?  Any other doctors?
 8 A. Dr. Tabino [phonetic].
 9 Q. Where was he?
10 A. It's a lady.
11 Q. Where is she?
12 A. At the VA in Montgomery.
13 Q. Did he ever go to the VA in Tuskegee?
14 A. No, ma'am.
15 Q. So the only doctors that you know of that
16    he had before the accident were at the VA?
17 A. Those are the only ones, Dr. Senegal and
18    Dr. Tabino.
19 Q. What did Senegal see him for?
20 A. That's his medical doctor that he got
21    after he moved here.
22 Q. Like a general doctor?
23 A. Yes, ma'am.
24 Q. What did Tabino see him for?
25 A. Mental health.
```

68

```
 1 Q. Okay.  This was before the accident?
 2 A. He was seeing Dr. Senegal before then.
 3    But he went -- after he lost his leg, he
 4    went through a deeper -- he was already
 5    going through depression, but he went --
 6    he started being more depressed.
 7 Q. He was already depressed at the time of
 8    the accident?
 9 A. Yes, ma'am.
10 Q. Was he seeing anybody for that?
11 A. No.  That's when they set him --
12    Dr. Senegal set him up an appointment to
13    start seeing a mental health doctor.
14 Q. Was he on any medication for depression at
15    the time of the accident?
16 A. I don't know what his medication is.
17 Q. Did you help with medication at all?
18 A. Yes.  I would set his medication up.  He
19    was on Diazepam.  And at one time, he was
20    on -- was it Elavil?  They took him off of
21    that, but now he takes another tablet for
22    nerves and depression.
23 Q. When did that start?
24 A. That started after he had the surgery.
25 Q. Do you know if anyone saw the accident?
```

Pages 65 to 68

Faye Mays
January 9, 2007

69

1  A. No one.
2  Q. Did you actually see him flip over?
3  A. Yes, ma'am.
4  Q. Where was your husband?
5  A. At home.
6  Q. So he didn't see it?
7  A. No.
8  Q. Now, you recently got a new job. Were you
9     fired from this job or did you leave on
10    your own?
11 A. I left on my own.
12 Q. Why is that?
13 A. Well, they was getting a live-in for him.
14    And I don't know why she left. But I
15    talked to her, and she told me that her
16    mom had cancer. And she was going to Ohio
17    to see about her mom.
18 Q. What was her name?
19 A. All I know is Debbie.
20 Q. Okay. How long did she work here or work
21    for Mr. Lancaster?
22 A. I left in November.
23 Q. You left in November?
24 A. Yes, ma'am. And she just left -- well, I
25    guess last week.

70

1  Q. Okay. Did you ever talk to her about her
2     work here or her work for Mr. Lancaster?
3  A. No. Just, you know, I would -- you know,
4     she would call me and ask me, you know,
5     like different things about ordering his
6     medication.
7  Q. Do you know if he ever used the ramp while
8     she was here?
9  A. I don't recall. I don't know.
10 Q. Did anyone ever use that ramp besides him?
11 A. Not to my knowledge. And I'm back helping
12    Mr. Lancaster four hours in the morning
13    before I go to Montgomery to my . . .
14 Q. When did you start that?
15 A. I started yesterday.
16 Q. How did that come about?
17 A. Well, his sister, Marie, called me. You
18    know, he didn't have anybody. And I told
19    her, you know, I would help her out until
20    she could find somebody. So I come here
21    at 7 and stay until 11. And then I goes
22    to my job at The Cedars.
23 Q. And how long do you work there?
24 A. I work till 7:00.
25 Q. 12 to 7?

71

1  A. No. 11:30 to 7.
2  Q. Monday through Saturday?
3  A. Monday through -- I work every day, seven
4     days.
5  Q. Sunday, too?
6  A. Yes, ma'am.
7  Q. Okay. How much do you make working here?
8  A. Well, we really haven't talked about a
9     price yet, because I just started. And we
10    was going to talk, but we forgot about it.
11    You know, today was going to be -- then I
12    told them I would come, you know, just
13    like for a flat. So we had talked about
14    like two -- I think it was like 250.
15 Q. $250?
16 A. Uh-huh (affirmative response).
17 Q. A week?
18 A. Because see, I'll only be working --
19 Q. A week? Is that a week?
20 A. Right. I'll only be working twenty hours
21    a week.
22 Q. Okay. What were you making before when
23    you worked for Mr. Lancaster?
24 A. I was on a flat rate. I was making $500 a
25    week every -- yeah, a week.

72

1  Q. Were you paid by the hour or just a flat
2     rate?
3  A. Just a flat rate.
4  Q. Okay. Do you have any other employment
5     besides The Cedars and working here?
6  A. No.
7        MRS. WALKER: All right.
8        MR. YARBROUGH: I don't have any
9           questions.
10       MRS. WALKER: Thank you. That's
11          it.
12       (The deposition of FAYE MAYS
13          concluded at approximately
14          3:20 p.m.)
15
16    * * * * * * * * * *
17    FURTHER DEPONENT SAITH NOT
18    * * * * * * * * * *
19
20
21
22
23
24
25

Pages 69 to 72

334.262.3332            Baker & Baker Reporting and Video Services, Inc.            334.262.3332
888.253.3377      Certified Court Reporters and Certified Legal Video Specialists      888.253.3377

Faye Mays
January 9, 2007

73

```
 1      * * * * * * * * *
 2      REPORTER'S CERTIFICATE
 3      * * * * * * * * *
 4
 5   STATE OF ALABAMA)
 6   COUNTY OF MONTGOMERY)
 7
 8      I, Cornelia J. Baker, Certified Court
 9   Reporter, Certified Shorthand Reporter,
10   and Notary Public in and for the State of
11   Alabama at Large, do hereby certify that
12   on Tuesday, January 9, 2007, pursuant to
13   notice and stipulation on behalf of the
14   Defendant, I reported the deposition of
15   FAYE MAYS, who was first duly sworn by me
16   to speak the truth, the whole truth, and
17   nothing but the truth, in the matter of
18   JOHN E. LANCASTER, Plaintiff, versus
19   PHILLIPS INVESTMENTS, L.L.C., d/b/a THE
20   CEDARS, Defendant, Case Number 02-T-767-N,
21   now pending In The United States District
22   Court for the Middle District of Alabama,
23   Northern Division; that the foregoing
24   pages contain a true and accurate
25   transcription of the examination of said
```

74

```
 1   witness by counsel for the parties set out
 2   herein; that the reading and signing of
 3   said deposition was waived by witness and
 4   counsel for the parties.
 5      I further certify that I am neither of
 6   kin nor of counsel to the parties to said
 7   cause, nor in any manner interested in the
 8   results thereof.
 9      This the 24th day of January, 2007.
10
11
12
            Cornelia J. Baker
13          Certified Shorthand Reporter,
            Certified Court Reporter and
14          Notary Public for the
            State of Alabama
15
16          My Commission expires 6/9/08.
17
18
19
20
21
22
23
24
25
```

Pages 73 to 74

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

Faye Mays
January 9, 2007

75

---

**A**

**able** 27:24
  59:21
**accessible**
  12:20 16:7
  17:21 18:13
  18:19,24
**accident** 28:10
  28:23 36:23
  37:9,10,14
  43:6,12 50:2
  50:9 51:25
  52:12,16
  53:16 56:10
  57:20 63:6
  65:22 66:8
  67:1,16 68:1
  68:8,15,25
**accommodat...**
  17:19
**accurate** 73:24
**ad** 9:25 10:1
**address** 7:21
**adjust** 24:21
**adjuster** 40:9
**affirmative**
  18:8 29:15
  71:16
**affirmed** 6:7
**afraid** 50:23
**afternoon** 6:12
**ago** 33:23
**agree** 48:16
**agreed** 3:5,21
  4:6 6:3 48:21
**ahead** 19:1
  32:5 37:17
**Alabama** 1:2
  1:21 2:7,12
  7:23 73:5,11
  73:22 74:14
**alternative**
  61:9
**amputate**
  61:10
**amputated**
  61:17
**amputation**
  61:15
**ankle** 60:5
**Answer** 41:9
**answered** 10:1
**answers** 7:2
**anybody** 19:11
  25:8 29:25
  50:1,11

61:22 62:11
64:5,12
66:23 67:7
68:10 70:18
**anymore** 50:17
**anyway** 14:25
  16:1 19:1,8
  59:7
**apartment**
  11:24 12:1
  13:10 15:6
  16:2,4,7
  17:13,15,19
  17:24 18:10
  18:12 19:24
  20:20 21:21
  22:8,14 25:5
  27:1 29:12
  34:10 35:25
  45:2
**apartments**
  6:17 12:10
  12:18 16:16
  20:23 21:25
  22:1,5
**APPEARAN...**
  2:2
**appointment**
  17:12,14
  68:12
**appreciate**
  47:16
**approximately**
  1:18 72:13
**April** 28:14
  57:21 58:19
  59:4
**area** 19:14,16
**arguing** 48:11
**asked** 17:22
  26:8 30:18
  30:19 36:9
  52:10
**asking** 6:24
  20:12 26:19
  26:24 31:22
  41:14
**assigned** 47:20
**assist** 38:13
  41:7
**Assisted** 8:11
**assume** 33:2
**assumed** 33:6
  33:10 34:20
**assuming**
  42:19
**attached** 9:10

**attendant** 18:1
**attendants**
  24:17
**Attorney** 2:5
  2:11
**August** 61:19
**AutoZone**
  14:13

---

**B**

**back** 11:15
  12:11 13:18
  22:14,17
  23:3,4 25:5
  26:4 27:22
  27:23,25
  32:22 33:15
  33:21 34:5,7
  34:8,9 35:20
  36:1,3,8,13
  36:17,20
  38:5,6 39:6
  43:11 53:23
  53:24 55:24
  55:25 56:1,2
  56:3 58:5
  59:18,19
  61:10,13
  63:23 64:2,3
  65:14,15,19
  65:20 66:1
  70:11
**backed** 34:8
  38:2
**backs** 15:12
**bag** 46:11
**bags** 48:3
**Baker** 1:15
  3:10 73:8
  74:12
**base** 48:22
  50:13
**bath** 10:13
**bed** 56:3
**beg** 24:3
**beginning**
  42:17
**begun** 57:7
**behalf** 73:13
**believe** 61:18
**belongs** 11:20
  11:22
**best** 28:19
  42:21 44:12
**better** 45:21
  46:7
**big** 24:4 37:1

**Birmingham**
  60:17,18
  61:2,11
  66:19
**blisters** 57:17
  59:21
**blood** 10:13
**blue** 11:1,5,20
  21:12 57:8
  57:15,16
**Board** 9:25
**body** 58:15
**bones** 61:5
**bottom** 45:13
  52:3 60:2
**box** 50:12
**break** 7:11
**breakfast**
  10:14
**bring** 15:4
  61:13
**broke** 28:4
**broken** 59:15
  59:20
**Buick** 11:23
**build** 20:13
  27:13 29:19
  29:23 30:4
  33:2
**building** 26:8
  29:10 30:22
  31:12,15
  32:24
**built** 20:1,14
  24:4,8 26:20
  26:25 28:19
  29:8 32:23
  32:25 33:16
  49:17
**Bulletin** 9:25
**business** 56:18

---

**C**

**C** 2:5
**calendar** 57:24
  58:23
**call** 27:1 46:12
  61:23 70:4
**called** 10:2
  16:19 17:10
  26:24 27:5
  27:12 55:21
  55:22,23
  61:11 70:17
**cancer** 69:16
**car** 11:21,22
  21:12

**cardboard**
  50:11,12
**care** 60:7
**caregiver** 10:8
  58:13
**carried** 10:21
  14:20 56:2
  58:21,22
**carry** 60:15
**carrying** 60:22
**case** 1:8 3:23
  4:1 73:20
**casino** 14:6,7
  14:14 15:5
  24:1,4
**caught** 58:14
**cause** 74:7
**Cedars** 1:9
  5:10 6:15
  8:10,21 9:13
  11:11,15
  12:13 13:14
  16:11,18
  17:3 20:25
  22:8,12 25:3
  25:10 29:25
  45:2 50:4
  61:22 62:11
  64:5,13
  70:22 72:5
  73:20
**cement** 33:5
  42:22 43:5
  43:21 44:22
  45:13 46:7,8
  46:13,15,16
  46:19 47:5
  48:1,5,8,13
  48:22 49:11
**center** 60:7
  66:22
**certain** 8:18,20
  18:11
**CERTIFIC...**
  73:2
**Certified** 1:15
  1:16 3:10
  73:8,9 74:13
  74:13
**certify** 73:11
  74:5
**Cesar** 8:4
**chair** 23:4
  55:24 56:1,2
  58:14
**changed** 56:3
**checked** 58:5

59:2
**children** 19:13
**Civil** 3:8
**Cleaned** 10:15
  10:16
**client** 8:15
  9:15
**clothes** 56:4
**Coleman** 2:11
  28:15 40:18
**come** 9:24
  15:17,22
  17:5,15
  23:14 38:18
  39:4,25
  44:23 45:22
  47:23 48:4,7
  49:13 50:14
  52:15,17
  53:10 54:3
  54:15 55:23
  70:16,20
  71:12
**comes** 45:15
  47:15,18
**coming** 13:18
  24:25 34:7
  38:3,5,6,7,8
  39:8 44:24
  51:5 53:22
  53:22 54:8,9
  54:20
**commencing**
  1:18
**commission**
  3:12 74:16
**Commissioner**
  1:17 3:11
**complain** 50:1
  50:3,6
**complaining**
  57:1,3
**complete** 55:4
**concern** 39:24
**concerned**
  28:2 39:15
**concluded**
  72:13
**concrete** 33:3
  33:8,13 52:2
**Connie** 6:13
**CONSTANCE**
  2:5
**contain** 73:24
**continue** 62:14
**conversation**

20:18 28:18
31:13 38:19
43:16 44:17
44:25 48:20
**conversations**
  29:4 30:15
  34:2 37:8
  43:14 48:25
**copy** 9:5
**Cornelia** 1:15
  3:10 73:8
  74:12
**correct** 7:15
  25:6 53:2
  59:6 64:7,9
**counsel** 3:6,22
  4:7 74:1,4,6
**COUNTY**
  73:6
**couple** 28:23
  62:22 63:5,7
  66:2
**course** 48:12
**Court** 1:1,15
  3:11 6:1,25
  73:8,22
  74:13
**cuts** 57:10
**CV-02-T-76...**
  1:8

---

**D**

**D** 2:11 5:2
**day** 16:16
  18:10 19:24
  20:2,5,8 21:3
  28:10 35:8
  35:16,17
  37:17,20
  43:19 44:19
  45:3,8 51:10
  51:11,12
  52:25 56:19
  57:6,14,19
  57:23 62:3,4
  62:4,6 66:9
  71:3 74:9
**days** 43:19
  45:7,11
  48:20 62:15
  71:4
**Debbie** 8:24
  69:19
**decide** 19:7
  35:7 43:4
**decided** 37:17
  37:24 38:1

---

Faye Mays
January 9, 2007

76

43:6 63:2
deeper 68:4
**Defendant**
  1:10 2:10
  73:14,20
**Defendant's**
  5:8,10,11,13
  9:7 11:3
depending
  23:21
**DEPONENT**
  72:17
deposition
  1:14 3:7,9,17
  3:24,25 4:8
  6:20 72:12
  73:14 74:3
depressed 68:6
  68:7
depression
  68:5,14,22
developed
  59:24 60:2
developing
  57:17
**Diazepam**
  68:19
different 70:5
discovered
  59:14
discussion
  18:21 33:12
**District** 1:1,2
  73:21,22
**Division** 1:3
  73:23
doctor 10:17
  10:20 13:24
  14:3 30:13
  58:20 59:8
  59:12,18,19
  60:19 61:2
  66:19 67:20
  67:22 68:13
doctors 66:21
  66:25 67:7
  67:15
document 41:1
doing 6:21
  32:3 39:7
  61:15
door 13:18
  25:15 29:14
  46:23 56:9
doorbell 29:14
  30:2
**Dot** 25:17

**Dr** 60:13,21,24
  61:12 66:14
  66:22 67:4,8
  67:17,18
  68:2,12
driveway
  46:19
dropoff 22:24
drops 13:19
dry 50:18 51:8
  66:4
duly 73:15
duty 8:10
d/b/a 1:9 73:19

_____ **E** _____
**E** 1:6 2:16 5:2
  73:18
earlier 21:10
either 3:19 4:2
  24:16
**Elavil** 68:20
elevated 23:16
employment
  72:4
ended 16:18
  48:13
**Erickson** 8:24
eventually
  17:16 48:9
  60:9
evidence 3:18
exactly 10:12
examination
  5:4 6:10
  73:25
**Exhibit** 5:7,8
  5:10,11,13
  9:7 11:4
expect 36:12
  36:14
expires 74:16
eye 30:13
eyeglasses
  30:14 56:22

_____ **F** _____
fall 44:1,5,7,13
  44:16 45:3,5
  48:21 49:1,7
  50:16 51:6
  57:10 61:21
  61:21 64:6
  64:13
fallen 54:1
fast 55:13
**Faye** 1:14 3:7

3:24 6:5 7:14
  40:23 72:12
  73:15
fell 45:9 53:19
felt 43:19
fifteen 7:25
filing 3:23 4:4
finally 60:17
find 37:22 40:1
  70:20
finished 33:17
  34:13 35:1
  42:20 46:10
fire 28:3
fired 69:9
first 6:6 11:11
  20:2,5,8
  32:18 35:3
  37:15,20
  38:14 39:17
  40:4,12
  41:15 44:19
  51:11,12
  64:25 73:15
fix 17:13 59:21
fixed 10:14
flat 12:21 13:6
  13:8,11
  22:19 23:12
  23:14 42:24
  71:13,24
  72:1,3
flip 55:4 69:2
flipped 43:2
  54:24,25
  55:1,2,4,6
  58:13
following 59:3
  59:8
follows 6:9
foot 42:16
  43:23 54:4,5
  54:10,21,22
  55:11 59:25
  60:3
foregoing
  73:23
forgot 19:10
  71:10
form 3:14
  39:22
formality 3:12
forth 1:22
**Forty-nine**
  7:18
forward 55:2,7
found 43:8

four 70:12
fragile 61:5
front 14:13
  15:5 22:15
  22:16,19,21
  23:2 25:4
  34:9,11
  35:25 36:3
  36:13,14
  40:22 56:9
  62:17 63:2,3
  65:13,21
further 3:21
  4:6 47:23
  72:17 74:5

_____ **G** _____
**Gallion** 2:6
general 67:22
getting 9:24
  20:14 28:19
  29:11 35:5
  38:4,14
  45:25 47:15
  69:13
give 6:23
giving 40:7
glad 37:2
**Gladys** 9:15
go 8:17 14:4,5
  14:19,21,22
  15:4 18:25
  22:13 23:21
  24:14,18
  30:7,10,12
  30:13 32:11
  32:19,21
  37:17 39:16
  40:4,11 41:5
  41:8,10,15
  41:24 42:4,9
  42:11 43:11
  53:4,7 56:23
  59:7 60:6
  64:23 65:25
  67:13 70:13
goes 23:17
  47:17 70:21
going 6:24 7:1
  23:9,22 24:8
  24:15,20
  31:12 32:5
  32:23 33:3,7
  33:11,15
  36:5,10 39:5
  39:8 41:7,10
  41:23 42:1,4

43:9 53:4
  55:13,15
  56:18 61:7
  61:17 63:18
  65:2,7 67:1
  68:5 69:16
  71:10,11
**Good** 6:12
**Gotcha** 9:16
gotten 53:20
  65:8
grafted 60:12
grass 47:18
gravel 21:19
  46:8,17,19
  46:21 48:6
  48:13
graveled 45:15
  47:11,12,19
  47:25 48:8
  50:15
gravelly 47:1
grocery 14:4
ground 13:10
  55:18 65:5
group 11:4
guess 11:21
  35:4 69:25
**Gum** 1:20

_____ **H** _____
hand 49:17
handicap
  12:19 13:7
  16:6 17:19
  18:12,18,23
  18:23
handicapped
  17:21 19:4
handrail 34:18
  34:19,21
  43:2 49:3,5
  49:24
handrails 31:9
  34:24 52:3
hands 24:19
  24:21,24
  54:11 55:9
happen 63:16
happened
  17:10 28:14
  40:9 52:25
  55:16 56:25
  57:19 58:2
  58:17
happy 15:16
hard 62:25

**Haskell** 2:6
head 7:6
heal 60:9 61:7
healed 60:11
healing 60:14
health 67:25
  68:13
healthcare
  41:6
hear 7:4
help 37:1
  42:18 50:24
  53:7 55:23
  65:16 68:17
  70:19
helped 51:5
helping 70:11
hereto 3:19 4:3
  9:10
hesitant 49:23
  52:8
hesitate 7:10
hired 10:7
hold 43:3
holding 38:8
  38:10 55:14
home 8:7 56:5
  69:5
hour 72:1
hours 70:12
  71:20
house 10:15,16
  14:21 55:22
  56:3
huh-uh 7:5
hurting 57:1,3
  57:4
husband 55:22
  55:23,25
  69:4
husband's 8:3

_____ **I** _____
idea 37:22,23
identification
  9:9
independently
  8:22
inside 16:4
  18:3 22:7
insurance 40:8
interested 74:7
interview
  40:23,25
introduced 4:1
**Investments**
  1:9 6:14 64:6

73:19

_____ **J** _____
**J** 1:15 3:10
  73:8 74:12
**Jacksons**
  19:20,21
**January** 1:17
  73:12 74:9
job 9:24 69:8,9
  70:22
**John** 1:6,19
  2:16 20:5
  73:18
**Judy** 16:19,22
  17:10 18:17
  19:22 20:7,9
  26:8,11,12
  29:20 36:24
  37:8 61:23
  62:7 64:12
**Judy's** 16:21

_____ **K** _____
keep 9:15
kin 74:6
kind 17:18
  23:16
kitchen 29:17
  35:13
knee 59:20
knew 55:20
  65:6
knocked 29:13
know 7:12
  10:5 13:8
  14:12 15:18
  15:23 16:14
  16:17,23
  17:6 19:4
  20:4 21:21
  23:4,14,16
  27:13 28:4,5
  29:9 30:21
  31:15,20
  32:1,25 33:4
  34:3,10,20
  34:7,13,18
  34:25 35:9
  35:11 36:5,6
  36:9 37:6,23
  38:1,6,8,16
  41:20 43:9
  44:8 46:23
  51:15,17
  55:20 57:5,7
  57:18 60:14

62:10 63:1
63:25 65:5
67:15 68:16
68:25 69:14
69:19 70:3,3
70:4,7,9,18
70:19 71:11
71:12
**knowledge**
18:14,16
19:25 26:2
27:15 28:20
52:6,9 62:13
65:24 66:11
66:13 70:11

---

**L**
**lady** 9:14
25:17 67:10
**Lancaster** 1:6
1:20 2:16
9:17 10:9
11:20 15:14
19:7 22:12
25:9,16 26:1
26:7 27:16
28:10 29:16
30:8,16,18
30:20,25
31:3,14,14
32:8,10
33:19 34:3
34:16 35:5
35:12 36:21
37:13 41:25
43:8,16
44:20 47:21
49:1,16 50:3
61:13,16
62:10 64:17
69:21 70:2
70:12 71:23
73:18
**Lancaster's**
22:7
**LANDCAST...**
12:17,23
**Lane** 1:20
**Large** 73:11
**laundry** 10:16
**Law** 2:5,11
**Lawrence** 1:7
**learn** 25:12
**Lease** 5:8,10
5:13
**leasing** 21:24
22:2

**leave** 15:14
29:12 35:12
69:9
**left** 25:21 30:9
30:17 32:2,4
32:5 56:8,15
69:11,14,22
69:23,24
**leg** 56:13,15
57:18 58:14
59:25 67:2
68:3
**LeSabre** 11:23
**Let's** 43:11
58:12
**lift** 15:12 23:3
38:3 39:6
53:21 54:19
**liked** 17:8
**Lipton** 60:21
60:24 61:12
66:16
**little** 6:24 18:6
23:7 35:13
48:2,3,3
55:19 57:8
**live** 7:19,20
11:12 25:13
**lived** 7:24,25
18:2 22:5
25:8,14,15
25:18,19,20
25:21 53:12
**lives** 9:12
19:18
**live-in** 69:13
**living** 8:11
12:13,15,16
12:18 13:23
20:24
**load** 22:13
23:1 32:8
**loading** 63:3
**long** 7:8,24
8:14 9:19
30:19 69:20
70:23
**longer** 20:15
28:24,25
**look** 17:15
18:10 24:7
31:5 33:21
40:13 51:18
51:21 52:15
57:7 65:5
**looked** 57:15
57:16

**looking** 11:19
16:16,18
19:23 21:11
34:17,19,21
34:22,25
57:7
**looks** 17:2
47:17 57:24
58:17
**lost** 54:7 68:3
**lot** 13:19 21:18
21:19 22:4
25:5 35:6,21
42:13 43:13
45:16 47:1
47:12,19,25
48:1,8 50:15
51:21 65:9
65:11,23
**lunch** 10:14
**L.L.C** 1:9 2:6
73:19

---

**M**
**machine** 14:15
**making** 46:1
71:22,24
**man** 29:9,23
31:18 35:1
40:25
**manager** 16:25
**manner** 4:2
74:7
**Marie** 10:2
70:17
**marked** 9:8
11:3
**maroon-colo...**
11:21
**married** 8:1
**material** 30:8
32:6
**matter** 18:25
58:11 73:17
**Mays** 1:14 3:7
3:24 6:5,12
7:14 8:4
40:23 72:12
73:15
**ma'am** 6:16,22
7:13,16 8:8
8:13 9:18,23
10:18,23
11:2,6,8,10
11:13,16,25
12:2,5,14
13:6,13,21

14:1,12
15:10 16:3,5
16:10,13
17:9,17 19:9
19:12,15
20:10,21
21:1,14,17
22:3,6,20
23:8,11,18
23:20 24:11
24:23 25:7
27:6,9 28:11
29:1 30:5
31:7,10,16
32:1,15
33:14,18,24
34:1 36:25
38:11 41:2,4
42:12,15,19
43:25 45:10
45:14,17,19
46:3,9 47:7
47:13,22
48:17,24
49:8,21
50:10,16,19
51:7,16,23
52:1,4 53:3,6
54:12 55:3
55:11 56:12
56:14,16
57:11 58:16
59:10,13,16
60:4,8,25
61:20 63:4
63:15,23
64:8 65:10
66:6 67:14
67:23 68:9
69:3,24 71:6
**mean** 13:5
39:4,23 46:8
54:25 57:3
60:4 63:24
**medical** 58:8
67:20
**medication**
59:23 68:14
68:16,17,18
70:6
**mental** 67:25
68:13
**Merrill** 9:15
**met** 10:3
**Mexicans**
25:11
**Middle** 1:2

73:22
**mind** 27:17
61:16
**Mine** 11:18
**minute** 33:23
39:11
**mistaken** 19:2
**mobilizer** 60:1
**mom** 69:16,17
**Monday** 58:19
58:20 59:3,8
71:2,3
**Montgomery**
1:20 2:7,12
8:12 61:12
66:18 67:6
67:12 70:13
73:6
**month** 28:22
**months** 8:16
29:2
**morning** 70:12
**mother's** 14:21
19:17
**move** 18:1,7
19:1,7
**moved** 16:11
17:16 20:3
20:17 25:11
26:7 67:21
**mud** 42:18,24
43:1 44:24
45:22,23
46:1,4 47:8
51:18,22
54:23 55:8
**muddy** 35:14
35:19,20
37:16,18
42:13 46:20
46:22 47:2,6
48:6,23
51:13,15
52:25 55:19
55:20 56:4
62:15,20
65:12
**mushy** 46:23
46:25 65:5

---

**N**
**N** 5:2
**name** 6:12
7:14 8:3
16:21 66:20
69:18
**named** 25:17

40:25
**names** 19:19
25:12
**need** 3:15 7:2,4
7:6,9,11
10:12
**needed** 22:13
43:4 44:22
45:13 49:5
**neither** 74:5
**nerves** 68:22
**never** 25:12
32:17 33:9
60:11 65:25
**new** 32:16,20
32:21 69:8
**night** 21:3,6,7
28:3 35:15
35:18 66:9
**nod** 7:5
**normally** 41:6
41:15
**Northern** 1:3
73:23
**Nos** 9:8
**Notary** 73:10
74:14
**note** 58:12,18
**notice** 73:13
**noticed** 30:16
**November**
69:22,23
**number** 8:5,7
25:15 28:1
73:20
**Numerous**
50:21

---

**O**
**Oaks** 12:17,18
13:23,24
15:1,7,15
16:2,7
**Object** 39:21
**objections**
3:13,14
**occasionally**
14:20 15:21
**offer** 18:15
**offered** 3:17
**office** 21:24
22:2
**Oh** 12:18
13:10 15:8
20:2 24:3
34:5 35:21
64:2

**Ohio** 69:16
**okay** 7:12,24
9:6 10:7 11:1
11:9,19 12:3
12:8,19
13:22 14:24
15:9 16:1,11
17:2 18:25
19:13 20:15
20:22 21:2,7
21:18,21
23:5 25:23
26:3,18 28:6
28:12 30:15
32:2,7 33:12
35:7,23
36:12,16
37:5,12,16
39:3,5 40:22
41:3,5,5
43:11,15,24
44:11,14,18
45:5,11
46:25 47:4
48:18 49:19
51:3,10
52:10 54:13
54:25 55:2,9
55:16 56:17
57:6,12,14
58:23 59:14
59:17,21
61:1,8 62:10
62:18,21
64:16,22
65:3,4 66:5
68:1 69:20
70:1 71:7,22
72:4
**old** 7:17
**once** 56:1 61:2
**ones** 67:17
**optical** 56:22
**ordering** 70:5
**ought** 39:16
**outside** 16:2
18:3,4 22:9
22:10 37:16

---

**P**
**page** 5:4,7 12:4
40:22
**pages** 73:24
**paid** 33:20
72:1
**painted** 17:13
**paper** 58:7

Faye Mays
January 9, 2007

78

paralyzed 57:2
paraplegic
  56:11
pardon 24:3
park 13:7,7
parked 38:4
parking 13:19
  21:15,18,19
  22:4 25:5
  35:21 38:2
  42:13 43:13
  45:16 47:1
  47:12,19,20
  47:25,25
  48:8 50:15
  51:21 65:9
  65:11,23
particular
  27:17
parties 3:7,23
  6:3 74:1,4,6
party 3:19 4:2
passed 20:16
patio 35:14
pay 33:19
pending 73:21
penny 14:15
people 6:14
  33:2
permanent
  43:10
person 8:18,20
Phillips 1:9
  6:14 29:18
  30:3 64:5
  73:19
phone 41:3
phonetic 8:24
  67:4,8
Photos 5:12
pick 30:7,13
  56:22
picture 11:11
  11:14,19
  21:11
pictures 11:4,9
  33:22 47:14
place 28:19
  32:16 45:1
places 13:25
  23:23 32:11
  32:20,21
Plaintiff 1:7
  2:4 73:18
play 14:15,17
  14:18
Plus 43:2

point 26:6 53:1
  66:7
pour 33:5
  42:22
poured 43:21
  46:11
Prattville
  30:11,12
  32:3 56:21
present 2:15
  27:4
price 40:25
  42:20 71:9
Prior 9:16
private 8:10
probably
  58:11
Procedure 3:9
provided 3:19
  4:3
provider 41:6
Public 73:10
  74:14
pull 23:2
pulled 34:4
  36:19 43:12
  53:20 54:17
  54:18
purpose 3:18
pursuant 1:21
  3:8 73:12
push 15:2
  24:12,16
  32:11,18
  63:10,14
pushed 15:8,9
pushing 32:19
  63:1,20
put 30:25 33:4
  35:13 36:6
  42:16 50:11
  56:3 59:25
  60:12,22
  61:4 65:15
p.m 1:19 72:14

___Q___

question 31:17
  31:20
questions 3:13
  3:15 6:25
  12:6 72:9
quick 42:22
QuickMix
  46:11 48:4
quite 47:6

___R___

rail 49:18
rails 24:9
rain 35:15,17
  35:18 66:9
rained 35:14
  35:22 44:18
  53:1 65:6
  66:7,9
raining 62:20
raise 39:23
ramp 12:3
  15:13,13
  16:1 17:23
  18:5 20:1,6
  20:13,14
  22:7 23:9,11
  23:13,15,22
  23:23 24:2,6
  24:10,12
  26:8,10,14
  26:20,24
  27:11,13,17
  27:18,19,20
  28:5,19 29:5
  29:8,19,21
  30:4,22 31:5
  31:12,15,23
  32:23,25
  33:1,2,25
  34:6,8,12,13
  34:22 35:1
  36:3,9,20,24
  37:10,13
  38:4,7,14,18
  38:20 39:8
  41:7,12,18
  41:21 42:9
  42:17,17
  43:10,17,23
  44:19 45:12
  46:11,15,24
  47:14,17
  49:2,16 50:2
  51:6,11,12
  51:24 52:12
  53:13 54:3,5
  54:8,9,10,15
  54:21,22
  55:12 62:15
  62:16,19
  63:14,19
  64:6,13,16
  65:15 66:12
  70:7,10
ramps 38:17

39:13,20
  42:2 53:11
rang 29:13,14
  30:2
rate 71:24 72:2
  72:3
reading 4:8
  58:12 74:2
ready 23:1
  29:12 35:12
really 21:23
  33:9 40:2
  41:18 71:8
recall 18:20
  20:4,19 26:5
  28:21 29:3
  31:13,24
  34:17 36:22
  37:6 40:2,15
  46:5 49:25
  50:5 52:13
  53:17 57:23
  60:19 62:8
  63:17 66:10
  66:20 70:9
recognize 11:9
  12:3
records 58:9
red 21:12
Redland 19:18
red-colored
  11:22
referring 42:5
regardless 4:4
regulations
  20:23
relation 28:12
relatives 19:16
  19:17
remember
  18:21 19:21
  25:8,14 28:6
  28:9 29:7
  30:24 31:25
  36:20 37:7
  40:7,14,24
  44:12 52:21
  56:19 57:19
  58:15 64:4
  64:11 66:7
  66:25
renewal 5:8,13
repeat 7:9
replying 18:24
report 61:21
reported 73:14
Reporter 1:16

1:16 3:11 6:1
  6:25 73:9,9
  74:13,13
REPORTER...
  73:2
represent 6:13
representing
  2:4,10 3:6,22
reserved 3:16
residence 1:19
response 18:8
  29:15 31:17
  31:19 71:16
results 74:8
reviewed 41:1
riding 14:21
  16:16,17
right 6:19,23
  9:12,16 10:1
  11:24 12:6,9
  13:5,17,20
  13:21 14:10
  14:13 17:18
  18:11 19:5,6
  19:21 21:10
  21:13,16
  24:15,22
  25:1,2,13,17
  25:22 26:3,4
  26:13 27:4
  28:6,15,17
  31:11 32:2
  32:10,16,22
  34:12 35:3
  35:25 36:8
  36:18,19
  37:20 38:25
  39:1,2,14,19
  40:7,16 41:5
  42:14 43:4
  44:2,8,14
  45:9 46:23
  47:6,9,10,12
  47:21 48:1,2
  48:9,19
  49:13 50:8
  51:9 52:24
  53:13,15,18
  54:6 55:8
  56:11 58:19
  59:1,7,9,11
  61:18 63:21
  64:3,4,14,15
  65:16,16
  66:23 67:3
  71:20 72:7
River 12:17,18

13:23,24
  15:1,7,14
  16:1,7
Riverside 14:8
Road 2:12
rod 60:23 61:4
roll 13:9 23:6
  32:14
rolled 32:13
rules 3:8 6:24
  20:22
ruling 3:16
running 9:25

___S___

safer 40:10
SAITH 72:17
Saturday 71:2
saw 20:24 35:9
  36:20 43:13
  47:14 55:10
  61:3 68:25
saying 13:12
  18:22 28:3
  37:7 39:23
  40:14 42:3
  44:22 49:15
  51:13 63:21
says 58:13
section 25:21
sectioned
  25:20
see 11:5 13:16
  16:19 20:14
  26:22 29:10
  41:25 47:23
  51:18,22
  52:18,20
  53:24 54:15
  58:12,24
  60:18 61:9
  67:19,24
  69:2,6,17
  71:18
seeing 68:2,10
  68:13
seen 8:25
  34:23 40:17
  40:19 49:17
  52:19
Senegal 67:17
  67:19 68:2
  68:12
sent 29:18 30:3
set 1:21 68:11
  68:12,18
  74:1

settle 35:24
seven 71:3
Shorthand
  1:16 73:9
  74:13
show 40:16
  58:8
showed 33:22
shown 12:4
sick 21:5
side 19:18
signing 4:8
  74:2
Singhal 67:4
sister 10:2
  26:10,23
  27:12 28:1
  62:6 70:17
sit 14:18 48:18
sitting 29:16
six 29:2
skin 60:12
Slaughter 2:6
slip 45:24
slow 55:14
slowly 24:20
  38:8
small 48:3
Smilie 10:2
  26:10,14
  27:10,16
  36:2 37:5
  50:3,9 51:1
  52:11,13
  61:25 62:12
smooth 44:23
  45:18
soft 47:3
somebody 41:7
  70:20
sorry 14:24
  54:6 60:4,21
South 2:7
space 38:2
spaces 12:1
  21:15 47:20
speak 6:7 7:6
  73:16
specifically
  31:4
speed 24:21
spend 21:5,7
start 27:24
  36:7 54:6
  57:7 68:13
  68:23 70:14
started 9:21

334.262.3332
888.253.3377

Baker & Baker Reporting and Video Services, Inc.
Certified Court Reporters and Certified Legal Video Specialists

334.262.3332
888.253.3377

Faye Mays
January 9, 2007

79

12:9,12
32:19 34:6
57:16 62:16
62:17 63:3
68:6,24
70:15 71:9
**State** 73:5,10
74:14
**stated** 58:13
**statement** 40:8
40:20
**States** 1:1
73:21
**Statute** 3:20
4:3
**stay** 70:21
**stayed** 35:20
56:5
**steep** 39:24
53:13,14
**steeper** 38:17
39:12,20
40:5 53:11
**step** 12:11
13:16,18
22:23,24,25
23:7 26:4
**steps** 65:17
**stipulated** 3:5
3:21 4:6
**stipulation**
73:13
**stipulations**
1:21 3:3 6:2
6:4
**stop** 59:22
**store** 14:4
**straight** 13:11
**street** 2:7 7:22
36:15
**stuck** 43:1
45:24,25
46:2 54:23
55:8 65:7,8
65:23 66:5
**sued** 19:11,11
**sugar** 10:13
**suggest** 37:21
53:7
**suggested**
37:19
**suggestions**
31:4
**Summers**
16:22 26:15
26:16,24
27:5,8,10

**Sunday** 71:5
**Sundays** 52:17
**supper** 10:14
**sure** 7:3,4 26:6
**surface** 13:11
23:12 42:24
44:24 45:18
**surfaced** 22:19
**surgery** 68:24
**Sweet** 1:20
**sworn** 6:6
73:15

_____ T _____
**Tabino** 67:8
67:18,24
**tablet** 68:21
**take** 7:1 10:17
10:19 13:24
13:25 14:2
14:25 31:19
44:11,25
59:11
**taken** 1:14 3:8
3:10 6:20
28:18
**takes** 68:21
**talk** 7:3 13:2
25:23 29:20
36:23 50:8
52:11 62:5,7
70:1 71:10
**talked** 16:8
26:11,12
38:23 43:7
44:6 51:19
61:14 62:10
69:15 71:8
71:13
**talking** 15:6
23:15 44:5
44:21 45:12
49:10 50:13
52:13 60:22
62:8 64:4,10
64:12
**Tallassee** 7:22
**telephone** 8:5
**tell** 7:10 13:5
15:19,24
18:17 26:3
27:7,10
30:25 36:2
37:1,5 39:15
44:14 49:9
52:7 55:13
61:22,23,25

62:2
**telling** 42:8
52:24
**tenant** 64:18
**tenants** 22:4
25:25
**tend** 32:18
**testified** 6:9
**thank** 47:15
48:14 72:10
**thereof** 74:8
**thing** 28:1 40:8
42:21
**things** 18:13
70:5
**think** 7:8 9:2
19:2 28:13
28:16 33:7
38:21 40:3,6
58:1 62:3
65:2,6 71:14
**thinking** 34:7
38:13 46:6
47:4
**thought** 33:9
36:7 39:16
42:21 58:3
60:13,14
62:18 65:4
**three** 8:16 9:20
**Thursday**
57:22,25
58:14,18
59:3
**till** 70:24
**tilting** 23:4
**time** 3:15,17
7:3,11 10:10
10:24 13:3
20:16,16
23:9 28:25
37:15,20
38:15 39:17
40:4,12
41:16 44:11
49:10 54:2
54:16 56:8
56:10,13
58:4 60:16
65:1,23 68:7
68:15,19
**times** 37:13
50:20,21
62:22 63:6,7
63:16,17
66:2
**Tipton** 66:14

**today** 6:21
71:11
**told** 21:10 27:7
27:11 29:5
29:17 30:20
34:4 35:10
38:18 39:3,5
40:10 41:25
42:11,20
43:12,18
44:6 59:19
61:12 62:18
66:14 69:15
70:18 71:12
**trailer** 24:5
**transcription**
73:25
**Treadwell**
60:13 66:22
**treatment** 60:7
**trial** 4:1
**trouble** 63:18
63:22
**true** 73:24
**truth** 6:7,8,8
73:16,16,17
**try** 35:11
**trying** 37:21
39:25
**Tuesday** 1:17
73:12
**tumped** 55:7
**turn** 14:12
26:23 46:16
**turned** 63:25
**Tuskegee**
67:13
**twenty** 71:20
**two** 12:1 21:15
34:23 47:19
71:14
**type** 18:12
27:17

_____ U _____
**uh-huh** 7:5
18:8 29:15
71:16
**ulcer** 59:24
60:2
**unit** 21:16
**United** 1:1
73:21
**units** 21:22
**unsafe** 64:23
65:2
**use** 23:9,23

24:10,13,21
34:8,12 35:2
35:3,7 37:13
37:17,19,24
41:16 44:19
50:17,18,22
53:4,8 61:4
62:14,19
63:2,5,12
64:17,25
65:14,18,19
65:20 66:12
70:10
**usual** 6:1,4
**usually** 32:11

_____ V _____
**VA** 23:12
58:12,21,22
60:20,21,24
61:11,11
66:17 67:6
67:12,13,16
**vacancies**
16:20
**vacancy** 16:20
**van** 10:21,22
10:24 11:1,5
11:20 14:22
14:23,24
15:3,4,9,11
21:12 22:14
23:2 32:9
38:2,5 39:6
53:19,21,23
53:24 54:18
54:18,19,20
**various** 13:25
**vehicle** 10:19
11:17 13:12
25:4
**versus** 73:18
**vs** 1:8

_____ W _____
**wait** 12:24,24
12:24 38:13
39:11 54:6
**waited** 40:3,11
**waived** 3:25
4:9 74:3
**waiving** 4:4
**Walker** 2:5 5:5
6:11,13 8:25
9:4,11 12:24
13:2,4 28:13
40:17,21

48:14,15
58:3,24 72:7
72:10
**want** 27:20,24
31:23 40:13
44:3
**wanted** 27:13
31:5,8 36:2,7
61:13
**wasn't** 15:16
43:18 46:25
47:3 57:2,3
62:3,15,20
62:20 64:19
**water** 35:24
**way** 20:12
23:21 26:19
50:1 56:7
**week** 35:4
44:20 45:9
60:16 69:25
71:17,19,19
71:21,25,25
**weeks** 28:23
**went** 17:24
23:24 30:11
32:3 34:9,10
46:14 51:10
51:12 56:7,9
56:17,20,21
56:21 58:5
58:20,23
60:16,17
61:2,16 68:3
68:4,5
**weren't** 42:5
**West** 7:22
**wet** 50:17
**Wetumpka**
6:17 7:20,22
11:12 14:11
16:12
**we'll** 18:25
35:11,11
**we're** 6:21
11:19 37:2
**we've** 16:8
**wheelchair**
10:9 15:2
24:22 32:12
41:8 55:1
65:12
**wheelchairs**
26:1
**wheels** 24:19
24:20,24
38:10 42:25

54:11,23
55:9 65:7,8
65:22
**Wiley** 40:25
**wished** 48:21
49:19 52:2,3
**witness** 4:7,9
6:6 41:1 74:1
74:3
**wood** 24:8
33:4
**wooden** 17:25
18:6 33:25
46:11
**work** 6:18 8:9
8:17,18,20
8:21,21,23
8:24 9:14,17
21:3 61:6
69:20,20
70:2,2,23,24
71:3
**worked** 21:2,4
24:17 71:23
**working** 12:9
12:12 13:22
25:9 41:19
71:7,18,20
72:5
**worried** 45:23
46:1 49:22
52:7 64:22
65:1
**wouldn't** 45:21
46:20,22
47:5 48:16
61:3,5
**wound** 60:7,11
66:22
**wounds** 57:12
**written** 20:22
**wrong** 57:5

_____ X _____
**X** 5:2
**X-ray** 59:16,19

_____ Y _____
**YARBROU...**
2:11 9:2,6
12:25 28:16
39:21 40:19
48:10 58:1
58:10,25
59:5 60:20
72:8
**yeah** 23:15

Faye Mays
January 9, 2007

26:9 30:18
31:20 39:9
47:2,4 55:16
58:25 59:6
62:24 71:25
**years** 7:25
    9:20
**yesterday**
    70:15
**young** 2:6 35:1
**y'all** 14:14,19
    15:1 17:18
    18:11 19:23
    20:2 22:25
    23:24 25:3
    30:10,12,17
    31:8,8 32:2
    32:17,22
    33:15 34:12
    36:19 37:19
    38:19,23
    42:16 43:12
    43:14 44:6
    45:12 48:10
    48:19,21,21
    49:10 51:10
    51:19 56:5
    56:17,18
    57:5 63:3,18
    65:14 66:25

**Z**
**Zelda** 2:12

**$**
**$250** 71:15
**$500** 71:24

**0**
**02-T-767-N**
    73:20
**05** 28:14

**1**
**1** 5:8 9:8
**10/01/06** 5:13
**11** 70:21
**11th** 58:19
    59:4
**11:30** 71:1
**111** 11:11
    17:16
**1123** 7:22
**12** 70:25
**131** 1:20
**17** 40:23

**2**
**2** 5:10 11:14
    11:19
**2:16** 1:19
**2003** 9:21
    12:10,12
**2005** 40:24
    57:24 58:23
**2007** 1:18
    73:12 74:9
**24th** 74:9
**250** 71:14
**2860** 2:12

**3**
**3** 5:11 11:4
**3:20** 72:14
**305** 2:7
**334-567-8642**
    8:6
**36104** 2:7
**36106** 2:12

**4**
**4** 5:13 9:8

**5**
**5** 21:4

**6**
**6** 5:5 21:4
**6/9/08** 74:16

**7**
**7** 70:21,25
    71:1
**7th** 57:21 58:7
    59:2,5
**7:00** 70:24

**8**
**8** 21:4,4,4
**8th** 58:2

**9**
**9** 1:17 5:8,10
    5:11,13
    73:12
**9/30/06** 5:9
**9/31/05** 5:8,10