# Condensed Transcript

# Deposition of
# Virgie Marie Smilie

taken on
January 10, 2007

John E. Lancaster
v.
Phillips Investments, LLC, d/b/a The Cedars

Case No. CV-02-T-767-N



Certified Court Reporters and Certified Legal Video Specialists
334.262.3332  1.888.253.DEPS
Email: depo@baker-baker.com
www.baker-baker.com

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN E. LANCASTER,
    Plaintiff,
vs.        CASE NO. CV-02-T-767-N
PHILLIPS INVESTMENTS, L.L.C.,
d/b/a THE CEDARS,

    Defendant.

* * * * * * * *

The deposition of VIRGIE MARIE SMILIE was taken before Cornelia J. Baker, Certified Court Reporter and Certified Shorthand Reporter, as Commissioner, on Wednesday, January 10, 2007, commencing at approximately 10:48 a.m., at the residence of Ms. Virgie Marie Smilie, 131 Sweet Gum Lane, Wetumpka, Alabama, pursuant to the stipulations set forth herein.

* * * * * * * *

## Page 2

* * * * * * *

APPEARANCES

Representing the Plaintiff:
    MRS. CONSTANCE C. WALKER
    Attorney at Law
    Haskell, Slaughter, Young &
      Gallion, L.L.C.
    305 South Lawrence Street
    Montgomery, Alabama 36104

Representing the Defendant:
    MR. D. COLEMAN YARBROUGH
    Attorney at Law
    2860 Zelda Road
    Montgomery, Alabama 36106

## Page 3

* * * * * * * * *

STIPULATIONS

It is hereby stipulated and agreed by and between counsel representing the parties that the deposition of VIRGIE MARIE SMILIE is taken pursuant to the Rules of Civil Procedure, and that said deposition may be taken before Cornelia J. Baker, Certified Court Reporter, as Commissioner, without the formality of a commission; that objections to questions, other than objections as to the form of the questions, need not be made at this time, but may be reserved for a ruling at such time as the deposition may be offered into evidence, or used for any other purpose by either party hereto, provided by the Statute.

It is further stipulated and agreed by and between counsel representing the parties in this case, that the filing of the deposition of VIRGIE MARIE SMILIE is hereby waived, and that said deposition

## Page 4

may be introduced at the trial of this case or used in any other manner by either party hereto provided for by the Statute, regardless of the waiving of the filing of same.

It is further stipulated and agreed by and between counsel and the witness that the reading and signing of the deposition by the witness is hereby waived.

* * * * * * * * *

Pages 1 to 4

334.262.3332
888.253.3377
Baker & Baker Reporting and Video Services, Inc.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332
888.253.3377

**Page 5**

1    VIRGIE MARIE SMILIE,
2 The Witness, having first been duly sworn
3 or affirmed to speak the truth, the whole
4    truth, and nothing but the truth,
5        testified as follows:
6            EXAMINATION
7 BY MRS. WALKER:
8 Q. Good morning, Ms. Smilie. My name is
9    Connie Walker, and I represent Phillips
10   Investments. And I'm just here to take
11   your deposition this morning and ask you
12   some questions.
13       Have you ever been deposed
14   before, had your deposition before?
15 A. No, ma'am.
16 Q. Okay. What we're going to do is, I'm
17   going to ask you some questions, and our
18   Court Reporter takes it down on her
19   machine. And then she'll take down your
20   answers, so make sure that you speak loud
21   enough for her to hear. And we need to
22   make sure we don't talk at the same time
23   so she can get it down. And make sure
24   that you say yes instead of uh-huh. And a
25   lot of times people will nod their head

**Page 6**

1    instead of answering out loud, and we need
2    to make sure -- we both need to make sure
3    that we do that, okay?
4 A. Okay.
5 Q. If you need me to repeat a question, let
6    me know. If you need a break, let me
7    know. But I don't think we'll be very
8    long at all, okay?
9 A. Okay.
10 Q. What is your full name?
11 A. Virgie Marie.
12 Q. Smilie?
13 A. Smilie.
14 Q. All right. And are you married?
15 A. Widowed.
16 Q. And what was your husband's name?
17 A. Raymond W. Smilie.
18 Q. Were you only married the one time?
19 A. No.
20 Q. All right. Was he your second husband?
21 A. Third.
22 Q. All right. Who was your first husband?
23 A. Vaughn Ladner [phonetic].
24 Q. Is he deceased or --
25 A. Yes.

**Page 7**

1 Q. Okay. And did y'all divorce or were you
2    widowed?
3 A. We divorced.
4 Q. When did you divorce?
5 A. I'm trying to think. Probably in sixty --
6    1962.
7 Q. Okay. What's your date of birth?
8 A. June the 3rd, 1940.
9 Q. Okay. Were you born in this area?
10 A. Born in Mississippi.
11 Q. Where in Mississippi?
12 A. Ovett, Mississippi.
13 Q. Do you have relatives in Ovett?
14 A. I do.
15 Q. How did you get to Alabama?
16 A. Well, I just migrated here with my sister.
17 Q. Okay. Who's your sister?
18 A. Well, she's deceased. Her name was Billie
19    Sue Owens [phonetic].
20 Q. Billie Sue . . .
21 A. Owens.
22 Q. Was that your maiden name?
23 A. No.
24 Q. What was your maiden name?
25 A. Lancaster.

**Page 8**

1 Q. Oh, sure. All right. Who was your second
2    husband?
3 A. Houston Busby [phonetic].
4 Q. Is he still alive?
5 A. No.
6 Q. All right. Did y'all divorce or were you
7    widowed?
8 A. I was widowed.
9 Q. And when did you marry your third husband?
10 A. 1988.
11 Q. And that's Raymond Smilie?
12 A. Yes.
13 Q. Where did he work?
14 A. He was civil service, retired.
15 Q. What do you mean?
16 A. Postal service.
17 Q. So he used to be a postman then?
18 A. Yes.
19 Q. Was that here in Wetumpka?
20 A. Montgomery.
21 Q. Did you live in Montgomery at the time?
22 A. No.
23 Q. And you've lived here how long in
24    Wetumpka?
25 A. Twenty years.

Pages 5 to 8

334.262.3332        Baker & Baker Reporting and Video Services, Inc.        334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

**9**

1  Q. Where did you live before that?
2  A. I'd lived in Mobile.
3  Q. All right. Where before that?
4  A. Well, in Mississippi.
5  Q. So was Mr. Lancaster also born and raised
6     in Mississippi?
7  A. Yes.
8  Q. In Ovett?
9  A. Ovett.
10 Q. Okay. I know you've got some daughters.
11    Do you have a son or just daughters?
12 A. Two daughters, one son.
13 Q. Do the daughters live here?
14 A. One does.
15 Q. What's her name?
16 A. Donna Gardner.
17 Q. All right. Does she work anywhere?
18 A. Yes, she does.
19 Q. Where?
20 A. She's manager at Discount Tobacco.
21 Q. Where is that?
22 A. One is on Atlanta Highway, and one is on
23    Carter Hill Road.
24 Q. Okay. The other daughter, where does she
25    live?

**10**

1  A. Mobile.
2  Q. Okay. And does your son live here?
3  A. Yes.
4  Q. What is his name?
5  A. Kenneth Ladner [phonetic].
6  Q. Does he work?
7  A. Yes, he does.
8  Q. Where does he work?
9  A. He drives a truck.
10 Q. Is he married?
11 A. No.
12 Q. And do you have any other children?
13 A. No.
14 Q. Any siblings that live here?
15 A. No.
16        MR. YARBROUGH: Other than
17           Mr. Lancaster.
18 A. Well, John.
19 Q. Yeah. Besides Mr. Lancaster?
20 A. Right.
21 Q. Is that it?
22 A. That's correct.
23 Q. Okay. Is he your older brother?
24 A. He's my younger brother.
25 Q. Younger brother. Have you ever filed a

**11**

1     lawsuit before?
2  A. No.
3  Q. Have you ever been sued before?
4  A. No.
5  Q. Okay. Have you ever been arrested or
6     convicted of a crime?
7  A. No.
8  Q. Now, tell me, when did your brother, John
9     Lancaster, first move to Alabama?
10 A. Approximately, maybe five years. I'm not
11    sure.
12 Q. And why did he move here?
13 A. So I could be close to him.
14 Q. Okay. Did he need someone to take care of
15    him?
16 A. No, not at that time.
17 Q. Where was he living?
18 A. Mississippi.
19 Q. Whose idea was it for him to move here?
20 A. It was mine.
21 Q. And he agreed?
22 A. Yes.
23 Q. Okay. Where did he move? Where did he
24    live?
25 A. The first time, he moved to the -- what's

**12**

1     those apartments?
2  Q. River Oaks?
3  A. River Oaks.
4  Q. Okay. Was Mrs. Mays taking care of him
5     then?
6  A. Yes.
7  Q. Okay. And how long was he at River Oaks?
8  A. Approximately, two years.
9  Q. All right. And how did he come about to
10    move to -- I know he moved to The Cedars.
11    How did that all come about?
12 A. Well, for one thing, it was closer to
13    Mrs. Mays. And I believe the rent was
14    cheaper.
15 Q. Okay. Did you have anything to do with
16    him moving or did he handle that?
17 A. I don't really understand what you're
18    saying.
19 Q. Okay. He had told me earlier that he went
20    and looked at an apartment and talked to
21    Mrs. Summers from The Cedars.
22 A. Uh-huh (affirmative response).
23 Q. Did you go over there and meet with them
24    and talk to them and look at the
25    apartment?

Pages 9 to 12

334.262.3332            Baker & Baker Reporting and Video Services, Inc.            334.262.3332
888.253.3377       Certified Court Reporters and Certified Legal Video Specialists   888.253.3377

**Page 13**

1  A. No.
2  Q. So he handled that with Mrs. Mays then?
3  A. He and Mrs. Mays.
4  Q. Okay. Did you go look at the apartment
5     before he moved in to check it out and see
6     what it was like?
7  A. I honestly don't recall. I don't believe
8     I did.
9  Q. Okay.
10 A. I'm really not sure.
11 Q. Was he looking for an apartment that was
12    handicap accessible in particular?
13 A. I believe so. And the lady had said it
14    was.
15 Q. Who said it was?
16 A. I guess the lady that was in charge of
17    them.
18 Q. But you didn't talk to her. That's what
19    you thought -- all right, well let me --
20    did she tell you that or is that what you
21    heard from him?
22 A. I'm not really sure.
23 Q. Okay. Have you ever talked to Judy
24    Summers?
25 A. I have talked to her on a few occasions,

**Page 14**

1     uh-huh.
2  Q. Did you ever talk to her before John
3     Lancaster moved into the apartment?
4  A. I don't believe I did.
5  Q. All right. Was the apartment handicap
6     accessible when he moved in?
7  A. No.
8  Q. Okay. So you went over there and saw it
9     at some point?
10 A. Oh, sure. I mean, I went over there, you
11    know, but I didn't go with him when he
12    moved in the apartment.
13 Q. Right. But it was not handicap
14    accessible?
15 A. No.
16 Q. Okay. And what I mean by that, there
17    wasn't a ramp leading from the apartment
18    into -- or outside the apartment to get
19    outside; is that right?
20 A. No.
21 Q. Was there a ramp inside?
22 A. No.
23 Q. Okay. Do you know if that was important
24    to him, to have a ramp?
25 A. Well, I don't know if it was that

**Page 15**

1     important to him, but it was to me.
2  Q. Okay.
3  A. For the fact, you know, if it had been a
4     fire or some reason he would have had to,
5     you know, hurry it up and exit the
6     apartment, I just thought it should have
7     been a ramp.
8  Q. Okay. Did you eventually talk to someone
9     at The Cedars about that?
10 A. I'm sure I did.
11 Q. Do you recall who you talked to?
12 A. Talked to Mrs. Judy. I'm not sure about
13    her other name.
14 Q. Mrs. Judy Summers?
15 A. Right.
16 Q. Was she the manager of the apartments?
17 A. That's correct.
18 Q. Had you ever met her before?
19 A. I had not actually met her, that I can
20    recall.
21 Q. Okay. Did you call her on the phone?
22 A. I had called her numerous times.
23 Q. All right.
24 A. You know, like if something needed fixing
25    or . . .

**Page 16**

1  Q. This is a copy of his lease that we were
2     looking at a while ago. Have you ever
3     seen this before?
4       (Witness reviewed document.)
5  A. No. I don't think I have.
6  Q. Okay. It says, Emergency notification,
7     and it lists Marie Smilie?
8  A. Uh-huh (affirmative response).
9  Q. Is that your handwriting there?
10 A. Right here?
11 Q. Yes.
12 A. No, it's not. Because that's not even the
13    way I spell my name.
14 Q. Okay. So you didn't write that on there?
15 A. No.
16 Q. Okay. How do you spell your name?
17 A. S-M-I-L-I-E.
18 Q. Okay. So the best of your recollection is
19    you saw the apartment for the first time
20    after he had already moved in?
21 A. After that, to the best of my knowledge.
22 Q. Okay. All right. And you were telling me
23    that you talked to Mrs. Summers about a
24    ramp. Tell me about that conversation.
25    What was said?

Pages 13 to 16

334.262.3332    Baker & Baker Reporting and Video Services, Inc.    334.262.3332
888.253.3377    Certified Court Reporters and Certified Legal Video Specialists    888.253.3377

**Page 17**

1  A. Well, I had just thought, you know, that
2     it should be a ramp up. In case that he
3     ever needed to get out, you know, in a
4     hurry, there would be a ramp.
5  Q. Okay. So what did you say to her?
6  A. Well, I just asked her about building a
7     ramp.
8  Q. Okay. Did you tell her any certain kind
9     of ramp or what it should be like or did
10    you just say a ramp?
11 A. I just said a wheelchair ramp where he
12    could get out.
13 Q. Okay. What did she say?
14 A. She said, you know, that they would.
15 Q. All right. Do you have any idea when this
16    happened, about what time, what month?
17 A. What, the accident happened?
18 Q. No. When you had that conversation with
19    Mrs. Summers.
20 A. Lord, I really don't. I mean, I can't
21    remember.
22 Q. Okay. Was this the first time you ever
23    talked to her?
24 A. I'm really not sure. I mean, I never
25    really just, you know, carried on a

**Page 18**

1     conversation with her. I mean . . .
2  Q. Was this conversation in person or on the
3     phone?
4  A. On the phone.
5  Q. Had you ever talked to her on the phone
6     before this?
7  A. I probably had. Like I said, you know, if
8     there was a problem with anything in the
9     apartment.
10 Q. Do you remember there being any problems?
11 A. Let me see. I'm trying to think. I can't
12    remember exactly right offhand.
13 Q. Do you spell your name M-A-R-I-E?
14 A. Yes.
15 Q. Okay. All right. And so, you told her
16    that you would like to have a ramp, a
17    wheelchair ramp?
18 A. Uh-huh (affirmative response).
19 Q. Did you tell her where you wanted it?
20 A. No.
21 Q. And she said that -- now, tell me what she
22    said. I'm sorry.
23 A. Well, I don't -- I mean, I believe she
24    said she would have one built or . . .
25 Q. Okay. Was there any discussion about who

**Page 19**

1     would pay for it?
2  A. No.
3  Q. All right. Do you know if John had to pay
4     for it or if they just did it themselves?
5  A. I'm sure they did it themselves. He never
6     mentioned to me about paying for it.
7  Q. All right. Was a ramp eventually put in?
8  A. Yes.
9  Q. Did you see it?
10 A. Yeah, I saw it.
11 Q. Before the accident?
12 A. Yes.
13 Q. Okay. When did you first see it, if you
14    remember?
15 A. Well, I really don't remember. Because I
16    went over, you know, to see about my
17    brother, you know, and visit with him, you
18    know, usually about twice a week.
19 Q. Right.
20 A. So I really -- honestly, I don't know.
21 Q. Okay. But you did see it before he had
22    his accident; is that right?
23 A. Yes.
24 Q. Okay. Let me show you what we've already
25    marked as Exhibit 3, and ask you to take a

**Page 20**

1     look at that. In this first picture, is
2     that where he lived at The Cedars?
3         (Witness reviewed photo.)
4  A. Okay. That's the front.
5  Q. Okay.
6  A. Looks like it.
7  Q. And what about this second picture, is
8     that the back --
9  A. Uh-huh (affirmative response).
10 Q. -- of his unit?
11 A. Right.
12 Q. All right. And the next three pictures,
13    do they show the back of his unit also?
14 A. Yes.
15 Q. And if you look in the fourth picture on
16    Exhibit 3, is that the ramp?
17 A. That's it.
18 Q. Okay. And then the last picture, which is
19    Picture No. 6, is that another picture of
20    the ramp? I guess they're in two, three,
21    four, and five -- excuse me. Two, three,
22    four, five, and six.
23 A. Okay.
24 Q. Is that the ramp?
25 A. That looks like it, uh-huh.

Pages 17 to 20

334.262.3332
888.253.3377
Baker & Baker Reporting and Video Services, Inc.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332
888.253.3377

**Page 21**

1  Q. Is that the way it looked when you saw it?
2  A. Uh-huh (affirmative response).
3  Q. Okay. You need to say yes.
4  A. Yes.
5  Q. Okay. When you first saw the ramp, what
6     did you think about it or did you think
7     about it?
8  A. Well, I did think -- I mean, I knew I had
9     never seen one that didn't have rails. It
10    did enter my mind.
11 Q. Anything else?
12 A. Well, no. Other than that, I didn't . . .
13 Q. Were you concerned about the fact that it
14    didn't have rails?
15 A. Not actually that concerned. I wondered
16    why it didn't.
17 Q. Why is that?
18 A. Because I had never seen one that didn't.
19 Q. Okay. Did you say anything to anybody at
20    Phillips about that?
21 A. No.
22 Q. Or to John or to Faye Mays or to anyone?
23 A. Well, I could have -- I'm sure I probably
24    did to Faye and John. But honestly, I
25    don't -- I don't recall, no.

**Page 22**

1  Q. Was there anything else you noticed about
2     the ramp before we move on?
3  A. Well, the main thing -- see at the bottom,
4     it was really -- I mean, it stayed wet and
5     muddy. I don't know why.
6  Q. Where?
7  A. At the back of his apartment.
8  Q. In the parking lot?
9  A. Where the ramp area in the parking --
10    where he parked.
11 Q. Was it wet and muddy when you saw it?
12 A. Just about any time you were there, it was
13    always -- had water standing. I don't
14    know why.
15 Q. And are you saying it was wet and muddy at
16    the end of the ramp where it came into the
17    parking lot?
18 A. Well, the whole area. Not only -- you
19    know, not only at the end of the ramp, but
20    that whole area.
21 Q. Okay. And did you notice that the first
22    time you saw the ramp?
23 A. I'm sure I saw it, but I didn't really pay
24    it, you know, attention. I mean . . .
25 Q. Okay. Were you concerned that it might

**Page 23**

1     not be safe?
2  A. No, not at that time.
3  Q. Okay. So when you --
4  A. Other than the handrails.
5  Q. You were concerned that it didn't have
6     handrails?
7  A. Right.
8  Q. All right. Were you concerned about the
9     fact -- let me step back.
10       The way that the ramp stopped and
11    then went into the gravel, did that
12    concern you at any time?
13 A. Yes, it did.
14 Q. On that very first time you saw it, were
15    you concerned about that, too?
16 A. I didn't think that much about it at that
17    time, no.
18 Q. Did you think about it at all on the first
19    time you saw it?
20 A. Not really. I mean, you know, not really.
21 Q. Well, okay. When you say "not really,"
22    you thought about it some, but just not a
23    whole lot or you just didn't --
24 A. No. I just didn't -- didn't think about
25    it -- I mean, I just never really thought

**Page 24**

1     about it, you know.
2  Q. Any time before he fell, did you ever
3     notice that and get concerned about it?
4  A. Well, I mean, I couldn't help but notice
5     it. Like I said, you know, I was
6     concerned about the rail.
7  Q. Oh, okay. The rail, I understand. But
8     the part about it being muddy at the base,
9     did you ever notice that and get concerned
10    about that before he fell?
11 A. I wasn't concerned. I had noticed it, you
12    know, but I wasn't really concerned.
13 Q. Okay. All right. Now, what did you
14    notice in particular about that before he
15    fell?
16 A. That it was -- you know, it stayed -- you
17    know, like a mess, you know.
18 Q. Oh, it was muddy?
19 A. Kind of muddy. And it just -- I didn't
20    really -- I don't know. It was just
21    straight down. I don't know how to say
22    it.
23 Q. The end of the ramp was straight down into
24    the mud?
25 A. And it wasn't any like concrete pad or

Pages 21 to 24

334.262.3332        Baker & Baker Reporting and Video Services, Inc.        334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

Virgie Marie Smilie
January 10, 2007

## Page 25

1 anything down there.
2 Q. At the base?
3 A. At the base.
4 Q. Okay. And you noticed that before his
5   accident?
6 A. Like I said, I didn't particularly notice
7   that, no.
8 Q. Okay. So you didn't --
9 A. I mean, it may be I had thought about it,
10   but I never thought of it as, you know,
11   being a danger or -- like I said, the
12   handrail was to me.
13 Q. Was the problem?
14 A. Was the thing that I really thought about.
15 Q. So you noticed those two things before he
16   fell, and you were concerned about the
17   handrail; is that right?
18 A. The handrail.
19 Q. Is that right?
20 A. That's correct.
21 Q. Okay. All right. And you did not make a
22   complaint to The Cedars; is that correct,
23   or to Mrs. Summers?
24 A. No. Because I didn't see that problem,
25   other than, you know, like I said, the

## Page 26

1   rail part.
2 Q. Did you express to John or Faye Mays your
3   worry about the ramp and the handrail of
4   the ramp before he used it?
5 A. I could have. I don't recall.
6 Q. All right. Did you or anyone else, to
7   your knowledge, ever put down any
8   cardboard or a cardboard box or plywood at
9   the end of the ramp?
10 A. Let me see. No, not -- no. Cardboard?
11 Q. Or anything?
12 A. No.
13 Q. Anything that would have -- at the base of
14   the ramp, that would have been -- that
15   would have joined the ramp or been right
16   up next to it where he could have come off
17   the ramp and come onto the cardboard or
18   plywood or some kind of -- to keep his
19   wheels from getting muddy, did anybody
20   ever put anything down?
21 A. Not -- I think I might have laid a piece
22   down after -- it was after -- after the
23   accident.
24 Q. What did you lay down?
25 A. A piece of plywood, I believe it was.

## Page 27

1   Because it was so nasty.
2 Q. Okay.
3 A. But he wasn't going up and down the ramp
4   then. That was after the accident.
5 Q. Did he ever use it with the plywood there?
6 A. No.
7 Q. Where did you get the plywood?
8 A. I brought it from here, home.
9 Q. Okay.
10 A. But he did not go off the ramp, you know
11   what I mean, on the plywood. I put that
12   there to step on.
13 Q. Were you using the ramp?
14 A. No, huh-uh. Just for the mud, for the
15   mess.
16 Q. I know. For you to step on?
17 A. Yes. For anybody to step on that didn't
18   want to step in the mud.
19 Q. I know. But it was at the foot of the
20   ramp?
21 A. It was just laying there at the -- I don't
22   even know that it was at the foot of it.
23   It was just laying on the ground.
24 Q. Did you ever use the ramp?
25 A. No.

## Page 28

1 Q. Okay. Do you remember when you put it on
2   there?
3 A. It was after the accident. I don't know.
4 Q. Are you sure about that?
5 A. I'm positive.
6 Q. Okay. How do you know it was after the
7   accident?
8 A. Well, because I know I -- you know, I
9   remember doing it.
10 Q. Why did you do it?
11 A. I just said, for the mud.
12 Q. Okay. Was it for him to use it?
13 A. No. For me or anybody that didn't want to
14   track in.
15 Q. Before the accident, did you walk through
16   the mud back there?
17 A. I tried not to. I tried to walk around
18   it.
19 Q. Okay. So it was muddy back there before
20   the accident?
21 A. Yes, it was.
22 Q. Okay. All right. So you saw it on the
23   first time, and then when did he use it
24   for the first time to your knowledge?
25 A. I don't know.

Pages 25 to 28

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377    Certified Court Reporters and Certified Legal Video Specialists    888.253.3377

**Page 29**

1  Q. Do you know if he ever used it any before
2     his accident?
3  A. I really don't know.
4  Q. Okay. Or did he ever tell you that, or
5     Mrs. Mays tell you that?
6  A. They didn't tell me, no.
7  Q. Okay. Did you ever see --
8  A. I didn't ask.
9  Q. Did you ever see him use it?
10 A. No. Because I would only be there like
11    maybe thirty minutes, you know --
12 Q. Right.
13 A. -- because I do work the opposite
14    direction.
15 Q. Right. Where do you work?
16 A. Personal Touch Caterers.
17 Q. How long have you been there?
18 A. About twenty -- twenty years or so.
19 Q. Do you own that or just work there?
20 A. No. I just work there.
21 Q. What do you do?
22 A. Well, I cook, and I bake cakes, and, you
23    know, whatever comes up.
24 Q. Is that in Montgomery?
25 A. Uh-huh, yes.

**Page 30**

1  Q. I've heard of it.
2        Okay. Do you have any other
3     employment besides that?
4  A. No.
5  Q. All right. Where did you work before
6     Personal Touch Caterers?
7  A. Well, I worked several places.
8  Q. Here in Montgomery -- or in Wetumpka?
9  A. Different ones. Different places.
10 Q. As a caterer -- catering company or what?
11 A. I worked in restaurants. Different
12    places.
13 Q. Okay. All right. You've told me about
14    your conversation with Mrs. Summers where
15    you asked her about the ramp.
16 A. Uh-huh, yes.
17 Q. And do you remember anything else that was
18    said about that before we move on?
19 A. No, I don't.
20 Q. Okay. When was your next conversation
21    with Mrs. Summers or anyone else from
22    The Cedars?
23 A. I never talked with anyone else other than
24    Mrs. Summers.
25 Q. Uh-huh (affirmative response).

**Page 31**

1  A. And that wasn't on a regular basis.
2  Q. Okay. When was the next time you talked
3     to Mrs. Summers?
4  A. I'm not sure, but probably after John's
5     accident.
6  Q. Okay. Did you telephone her?
7  A. I'm sure I did.
8  Q. All right. Now, how did you find out
9     about the accident?
10 A. I went over the day after the accident.
11 Q. Uh-huh (affirmative response).
12 A. And -- well, Faye had already called me, I
13    believe. I'm not sure. Okay. I went
14    over the day after when I got off work in
15    the afternoon. And John -- I went back
16    there, and his -- you know, she had told
17    me it was swollen and all. So anyway, I
18    went, you know, back there. And I checked
19    it, his leg and all. And it was just like
20    it was just dangling, his leg. And his
21    ankle and all was real swollen.
22 Q. This is the day after the accident?
23 A. I believe it was the day after.
24 Q. Okay. He hadn't been to the doctor yet?
25 A. Not yet.

**Page 32**

1  Q. All right. And then when did you call
2     Ms. Smilie -- I'm sorry, Mrs. Summers?
3  A. It wasn't -- I mean, my concern was
4     getting John to the hospital.
5  Q. Okay.
6  A. Which we did.
7  Q. Right.
8  A. It was probably -- I'm just guessing, but
9     it was probably a week, because John was
10    in the hospital. So I'm sure it was
11    probably a week.
12 Q. Okay. Did you call her?
13 A. I'm sure I did.
14 Q. And what was said during that
15    conversation?
16 A. Well, I'm sure I told her about his
17    accident.
18 Q. Okay. Anything else?
19 A. And probably about the handrail.
20 Q. I want to know what you remember telling
21    her.
22 A. Well, honestly, to tell you the truth --
23 Q. You don't remember?
24 A. I don't remember it.
25 Q. Okay.

Pages 29 to 32

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377     Certified Court Reporters and Certified Legal Video Specialists     888.253.3377

**Page 33**

1  A. But I'm sure that I did call her.
2  Q. All right. Now, did you ever tell her
3     before the accident -- or thank her for
4     putting the ramp in or tell her that the
5     ramp was a good help or nice to have or
6     anything along those lines?
7  A. I don't recall a conversation.
8  Q. Do you know if Faye Mays did?
9  A. I don't know that.
10 Q. All right. But you do know that you
11    called Mrs. Summers after the accident,
12    and you think you told her about the
13    accident, but you don't really remember
14    anything else you said; is that correct?
15 A. I don't.
16 Q. Okay. So that's correct?
17 A. That's correct.
18 Q. All right. Do you remember anything that
19    she said during that conversation?
20 A. No.
21 Q. Do you remember any other conversations
22    with Mrs. Summers --
23 A. No.
24 Q. -- about the ramp or the accident?
25 A. I don't recall.

**Page 34**

1  Q. Did you ever talk to John about the
2     accident and ask him how it happened, or
3     Faye Mays?
4  A. Yes, I did. I mean --
5  Q. What did Faye Mays tell you?
6  A. She said that John had started down the
7     ramp. And she, I don't know, was right
8     there, I guess, right there with him. And
9     whenever he got to the end, the wheelchair
10    just threw him out. I mean, because it
11    wasn't a pad or anything at the end of it.
12 Q. All right.
13 A. And she said his front tires went into the
14    mud. And I believe, and I'm not sure, if
15    she went home to get her husband or if she
16    called him. I don't know.
17 Q. Okay. Did you talk to John about the
18    accident?
19 A. Yes. I did after he got better.
20 Q. And what did he say about it?
21 A. Well, he said that, you know, the
22    wheelchair tipped over there at the end of
23    the ramp, and he just -- it just threw him
24    out.
25 Q. Okay. Anything else that either one of

**Page 35**

1     them told you about the accident?
2  A. Not that I can remember.
3  Q. Okay. And how much later after the
4     accident did you put that plywood down?
5  A. I really don't know. I mean, it was a
6     good while later.
7  Q. When you would go see him, would you go in
8     the back door or the front door?
9  A. Back door. You had to park in the back.
10 Q. Where would you park?
11 A. Over against the fence.
12 Q. Okay. You wouldn't park in a parking
13    space then?
14 A. No.
15 Q. Why not?
16 A. Because it's not enough.
17 Q. I see. They're all taken up by the
18    tenants?
19 A. Right.
20 Q. All right. Had John ever been back in
21    that parking lot before, to your
22    knowledge, other than on the day of the
23    accident?
24 A. Ever been back in there?
25 Q. Right. Did he ever get loaded back there?

**Page 36**

1  A. I think he did. I mean, I wasn't there.
2  Q. Do you know if he ever got stuck in the
3     mud back there before?
4  A. I honestly don't know.
5  Q. When I talked to Mrs. Mays yesterday, she
6     said that she left her employment and then
7     went to work at The Cedars in Montgomery,
8     and she was just recently rehired.
9  A. Yes.
10 Q. Why was she let go?
11 A. Well, she wasn't let go. She left.
12 Q. Why did she leave?
13 A. John told her I was looking for somebody
14    else to work, so she left.
15 Q. Okay. Were you looking for someone else?
16 A. I had talked to him about it, but I
17    didn't -- you know, I really hadn't
18    thought that much about it.
19 Q. Were you not happy with Mrs. Mays?
20 A. Yes, I'm happy with her.
21 Q. No. I mean, when you were looking for
22    somebody or thinking about looking for
23    someone.
24 A. Well, I just wanted him, you know, to be
25    getting up more and all that. You know,

Pages 33 to 36

334.262.3332
888.253.3377
Baker & Baker Reporting and Video Services, Inc.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332
888.253.3377

**Page 37**

1  Faye needed a break.
2  Q. Why?
3  A. Maybe she was burnt out. You know, people
4    get that way. I've gotten that way.
5  Q. You thought she was burnt out?
6  A. I thought she needed maybe a vacation.
7    She maybe thought she did. I don't know.
8  Q. Did you talk to her about it?
9  A. No.
10 Q. But you thought that she was burnt out and
11   needed a break?
12 A. Just needed a break maybe, you know.
13 Q. Were you still -- let me back up.
14      Were you happy with the way she
15   took care of John?
16 A. Yes.
17 Q. Did you ever come to a point where you
18   were not happy with it?
19 A. No.
20 Q. Did you ever have words with her about it?
21 A. No.
22 Q. Did John?
23 A. No.
24 Q. Did she and John get along okay?
25 A. As far as I know.

**Page 38**

1  Q. Okay. If I asked you this, I apologize.
2    I just don't remember. After the
3    accident, did John use that ramp any more
4    to your knowledge?
5  A. I don't know.
6  Q. Did you ever tell Ms. Judy anything that
7    you wanted the ramp -- or did you ever
8    tell Ms. Judy how you wanted the ramp to
9    be constructed or what it should be like?
10 A. No. I figured whoever did it knew how to,
11   you know, build it with the rails and all.
12   I mean, if -- you know, they should have
13   known. I don't know, you know, how to
14   build one.
15 Q. Right. Did you mention handrails to
16   Ms. Judy?
17 A. I didn't particularly mention them,
18   but ... Like I said, I've never seen
19   one that didn't have them.
20 Q. Okay. Mrs. Mays said that she and John
21   used to go to the casino?
22 A. Uh-huh (affirmative response).
23 Q. Do they still go?
24 A. They -- I don't think they've been lately.
25   I mean, I don't know.

**Page 39**

1  Q. Do you ever go with them when they go to
2    the casino?
3  A. No.
4  Q. Do you go to the casino?
5  A. No.
6  Q. Are you a member of a church?
7  A. I go to different churches. I'm not
8    particularly a member. I am Baptist, but
9    I go to -- I mean, any denomination.
10 Q. What churches do you go to?
11 A. Well, mainly Baptist.
12 Q. Okay. Is John a member of a church?
13 A. No.
14 Q. Does he go to church?
15 A. He doesn't.
16 Q. What else does he do besides go to the
17   casino? Does he have any hobbies or
18   anything?
19 A. Not at the moment. He has, you know, made
20   jewelry and that type thing.
21 Q. Is he still making jewelry?
22 A. Not at the moment.
23 Q. Does he like to watch TV?
24 A. Some, I think.
25 Q. Read?

**Page 40**

1  A. Well, he hasn't been reading lately, I
2    don't think. He has.
3  Q. Okay. I know he goes to the doctors at
4    the VA. Are you aware of any other
5    doctors he goes to other than the ones at
6    the VA?
7  A. No.
8  Q. Do you take him to the doctor?
9  A. No.
10 Q. Mrs. Mays does?
11 A. Well, I have went with them. I mean, you
12   know, I have went with them to the doctor.
13   I haven't taken -- you know, Faye's
14   always -- as a rule, goes with him.
15 Q. So when Faye quit, what did she say?
16 A. Well, she didn't say anything to me.
17 Q. All right. How did you find out about it?
18 A. John told me, I guess.
19 Q. What did he say?
20 A. Let me try to remember. Oh, it was in the
21   afternoon. And she didn't fix his supper,
22   you know, before she left. So he called
23   me and, you know, asked me to come fix his
24   supper, that Faye had left.
25 Q. Okay. But, I mean, how did you know that

Pages 37 to 40

334.262.3332        Baker & Baker Reporting and Video Services, Inc.        334.262.3332
888.253.3377    Certified Court Reporters and Certified Legal Video Specialists    888.253.3377

**Page 41**

1 she was quitting?
2 A. I didn't know that she was quitting.
3 Q. You told me that she left and quit, okay?
4 A. Well, she did leave.
5 Q. Okay. How did you find out she was
6   quitting?
7 A. Well, I mean, you know, when she didn't
8   come back.
9 Q. Oh, okay. She just didn't come back?
10 A. Right.
11 Q. All right. So she didn't tell y'all she
12   was leaving, she just didn't come back?
13 A. Right.
14 Q. And why did you hire her back?
15 A. Because Faye's a good sitter. She's one
16   of the best I've seen. And they're hard
17   to find.
18 Q. Did you call her and ask her to come back?
19 A. I had called her to find out where to
20   order something for John.
21 Q. What were you ordering?
22 A. I'm trying to remember. Oh, the lady that
23   changes the catheter, I was trying to find
24   out who she worked for, the company.
25 Q. Did you ask her to come back?

**Page 42**

1 A. Yes, I did.
2 Q. Who was the new sitter that you got when
3   she left?
4 A. Debra Meeks.
5 Q. And what happened to her?
6 A. She just didn't work out.
7 Q. What was wrong?
8 A. Nothing in particular was wrong. She
9   just -- it didn't work out.
10 Q. Did she get along with John?
11 A. Yes. They got along as far as I know.
12   I'm never here during the day, as a rule.
13 Q. Have you talked to anybody else at
14   Phillips Investments or The Cedars other
15   than Mrs. Summers?
16 A. No.
17 Q. Have you told me everything you and
18   Mrs. Summers discussed?
19 A. Everything I can recall.
20 Q. Okay. Did you ever request that the ramp
21   be removed?
22 A. No.
23 Q. Did you ever talk to the person who
24   installed -- actually built the ramp?
25 A. No.

**Page 43**

1 Q. How is your brother's vision?
2 A. I would say it must be pretty good,
3   because he don't wear glasses all of the
4   time.
5 Q. Okay. He wears them some of the time?
6 A. Sometimes.
7 Q. Has he had any falls since the fall on the
8   ramp?
9 A. No.
10 Q. Has he had any medical problems since the
11   fall on the ramp?
12 A. Not that I'm aware of.
13       MRS. WALKER: I think that's all
14       I have. Thank you.
15       (The deposition of VIRGIE MARIE
16       SMILIE concluded at
17       approximately 11:27 a. m.)
18
19       * * * * * * * * * *
20       FURTHER DEPONENT SAITH NOT
21       * * * * * * * * * *
22
23
24
25

**Page 44**

1       * * * * * * * * * *
2       REPORTER'S CERTIFICATE
3       * * * * * * * * * *
4
5 STATE OF ALABAMA)
6 COUNTY OF MONTGOMERY)
7
8   I, Cornelia J. Baker, Certified Court
9 Reporter, Certified Shorthand Reporter,
10 and Notary Public in and for the State of
11 Alabama at Large, do hereby certify that
12 on Wednesday, January 10, 2007, pursuant
13 to notice and stipulation on behalf of the
14 Defendant, I reported the deposition of
15 VIRGIE MARIE SMILIE, who was first duly
16 sworn by me to speak the truth, the whole
17 truth, and nothing but the truth, in the
18 matter of JOHN E. LANCASTER, Plaintiff,
19 versus PHILLIPS INVESTMENTS, L.L.C., d/b/a
20 THE CEDARS, Defendant, Case Number
21 02-T-767-N, now pending In The United
22 States District Court for the Middle
23 District of Alabama, Northern Division;
24 that the foregoing pages contain a true
25 and accurate transcription of the

Pages 41 to 44

334.262.3332          Baker & Baker Reporting and Video Services, Inc.          334.262.3332
888.253.3377       Certified Court Reporters and Certified Legal Video Specialists       888.253.3377

45

1  examination of said witness by counsel for
2  the parties set out herein; that the
3  reading and signing of said deposition was
4  waived by witness and counsel for the
5  parties.
6     I further certify that I am neither of
7  kin nor of counsel to the parties to said
8  cause, nor in any manner interested in the
9  results thereof.
10    This the 23rd day of January, 2007.
11
12
13
       Cornelia J. Baker
14     Certified Shorthand Reporter,
       Certified Court Reporter and
15     Notary Public for the
       State of Alabama
16
17     My Commission expires 6/9/08.
18
19
20
21
22
23
24
25

Page 45

334.262.3332    Baker & Baker Reporting and Video Services, Inc.    334.262.3332
888.253.3377    Certified Court Reporters and Certified Legal Video Specialists    888.253.3377

**A**
accessible 13:12 14:6 14:14
accident 17:17 19:11,22 25:5 26:23 27:4 28:3,7 28:15,20 29:2 31:5,9 31:10,22 32:17 33:3 33:11,13,24 34:2,18 35:1 35:4,23 38:3
accurate 44:25
affirmative 12:22 16:8 18:18 20:9 21:2 30:25 31:11 38:22
affirmed 5:3
afternoon 31:15 40:21
ago 16:2
agreed 3:5,21 4:6 11:21
Alabama 1:2 1:21 2:7,12 7:15 11:9 44:5,11,23 45:15
alive 8:4
ankle 31:21
answering 6:1
answers 5:20
anybody 21:19 26:19 27:17 28:13 42:13
anyway 31:17
apartment 12:20,25 13:4,11 14:3 14:5,12,17 14:18 15:6 16:19 18:9 22:7
apartments 12:1 15:16
apologize 38:1
APPEARAN... 2:2
approximately 1:19 11:10 12:8 43:17
area 7:9 22:9
22:18,20
arrested 11:5
asked 17:6 30:15 38:1 40:23
Atlanta 9:22
attention 22:24
Attorney 2:5 2:11
aware 40:4 43:12
a.m 1:19

**B**
back 20:8,13 22:7 23:9 28:16,19 31:15,18 35:8,9,9,20 35:24,25 36:3 37:13 41:8,9,12,14 41:18,25
bake 29:22
Baker 1:15 3:11 44:8 45:13
Baptist 39:8 39:11
base 24:8 25:2 25:3 26:13
basis 31:1
behalf 44:13
believe 12:13 13:7,13 14:4 18:23 26:25 31:13,23 34:14
best 16:18,21 41:16
better 34:19
Billie 7:18,20
birth 7:7
born 7:9,10 9:5
bottom 22:3
box 26:8
break 6:6 37:1 37:11,12
brother 10:23 10:24,25 11:8 19:17
brother's 43:1
brought 27:8
build 38:11,14
building 17:6
built 18:24 42:24
burnt 37:3,5 37:10
Busby 8:3

**C**
C 2:5
cakes 29:22
call 15:21 32:1 32:12 33:1 41:18
called 15:22 31:12 33:11 34:16 40:22 41:19
cardboard 26:8,8,10,17
care 11:14 12:4 37:15
carried 17:25
Carter 9:23
case 1:8 3:23 4:2 17:2 44:20
casino 38:21 39:2,4,17
caterer 30:10
Caterers 29:16 30:6
catering 30:10
catheter 41:23
cause 45:8
Cedars 1:9 12:10,21 15:9 20:2 25:22 30:22 36:7 42:14 44:20
certain 17:8
CERTIFIC... 44:2
Certified 1:16 1:16 3:11 44:8,9 45:14 45:14
certify 44:11 45:6
changes 41:23
charge 13:16
cheaper 12:14
check 13:5
checked 31:18
children 10:12
church 39:6,12 39:14
churches 39:7
39:10
civil 3:9 8:14
close 11:13
closer 12:12
COLEMAN 2:11
come 12:9,11 26:16,17 37:17 40:23 41:8,9,12,18 41:25
comes 29:23
commencing 1:18
commission 3:13 45:17
Commissioner 1:17 3:12
company 30:10 41:24
complaint 25:22
concern 23:12 32:3
concerned 21:13,15 22:25 23:5,8 23:15 24:3,6 24:9,11,12 25:16
concluded 43:16
concrete 24:25
Connie 5:9
CONSTANCE 2:5
constructed 38:9
contain 44:24
conversation 16:24 17:18 18:1,2 30:14 30:20 32:15 33:7,19
conversations 33:21
convicted 11:6
cook 29:22
copy 16:1
Cornelia 1:15 3:10 44:8 45:13
correct 10:22 15:17 25:20 25:22 33:14 33:16,17
counsel 3:6,22
4:7 45:1,4,7
COUNTY 44:6
Court 1:1,16 3:11 5:18 44:8,22 45:14
crime 11:6
CV-02-T-76... 1:8

**D**
D 2:11
danger 25:11
dangling 31:20
date 7:7
daughter 9:24
daughters 9:10 9:11,12,13
day 31:10,14 31:22,23 35:22 42:12 45:10
Debra 42:4
deceased 6:24 7:18
Defendant 1:10 2:10 44:14,20
denomination 39:9
DEPONENT 43:20
deposed 5:13
deposition 1:14 3:7,10 3:17,24,25 4:8 5:11,14 43:15 44:14 45:3
different 30:9 30:9,11 39:7
direction 29:14
Discount 9:20
discussed 42:18
discussion 18:25
District 1:1,2 44:22,23
Division 1:3 44:23
divorce 7:1,4 8:6
divorced 7:3
doctor 31:24
40:8,12
doctors 40:3,5
document 16:4
doing 28:9
Donna 9:16
door 35:8,8,9
drives 10:9
duly 5:2 44:15
d/b/a 1:9 44:19

**E**
E 1:6 44:18
earlier 12:19
either 3:19 4:2 34:25
Emergency 16:6
employment 30:3 36:6
enter 21:10
eventually 15:8 19:7
evidence 3:18
exactly 18:12
examination 5:6 45:1
excuse 20:21
Exhibit 19:25 20:16
exit 15:5
expires 45:17
express 26:2

**F**
fact 15:3 21:13 23:9
fall 43:7,11
falls 43:7
far 37:25
Faye 21:22,24 26:2 31:12 33:8 34:3,5 37:1 40:15 40:24
Faye's 40:13 41:15
fell 24:2,10,15 25:16
fence 35:11
figured 38:10
filed 10:25
filing 3:23 4:4
find 31:8 40:17 41:5,17,19 41:23
fire 15:4
first 5:2 6:22 11:9,25 16:19 17:22 19:13 20:1 21:5 22:21 23:14,18 28:23,24 44:15
five 11:10 20:21,22
fix 40:21,23
fixing 15:24
follows 5:5
foot 27:19,22
foregoing 44:24
form 3:14
formality 3:12
forth 1:22
four 20:21,22
fourth 20:15
front 20:4 34:13 35:8
full 6:10
further 3:21 4:6 43:20 45:6

**G**
Gallion 2:6
Gardner 9:16
getting 26:19 32:4 36:25
glasses 43:3
go 12:23 13:4 14:11 27:10 35:7,7 36:10 36:11 38:21 38:23 39:1,1 39:4,7,9,10 39:14,16
goes 40:3,5,14
going 5:16,17 27:3
good 5:8 33:5 35:6 41:15 43:2
gotten 37:4
gravel 23:11
ground 27:23
guess 13:16 20:20 34:8 40:18
guessing 32:8
Gum 1:20

**H**

334.262.3332
888.253.3377

Baker & Baker Reporting and Video Services, Inc.
Certified Court Reporters and Certified Legal Video Specialists

334.262.3332
888.253.3377

| | | | | | | |
|---|---|---|---|---|---|---|
| handicap 13:12 14:5 14:13 | 1:9 5:10 42:14 44:19 | 35:5 36:2,4 36:17,24,25 37:3,7,12,25 38:5,11,12 38:13,13,25 39:19 40:3 40:12,13,22 40:23,25 41:2,7 42:11 knowledge 16:21 26:7 28:24 35:22 38:4 known 38:13 | 13:4 20:1,15 looked 12:20 21:1 looking 13:11 16:2 36:13 36:15,21,22 looks 20:6,25 Lord 17:20 lot 5:25 22:8 22:17 23:23 35:21 loud 5:20 6:1 L.L.C 1:9 2:6 44:19 | meet 12:23 member 39:6,8 39:12 mention 38:15 38:17 mentioned 19:6 mess 24:17 27:15 met 15:18,19 Middle 1:2 44:22 migrated 7:16 mind 21:10 mine 11:20 minutes 29:11 Mississippi 7:10,11,12 9:4,6 11:18 Mobile 9:2 10:1 moment 39:19 39:22 Montgomery 2:7,12 8:20 8:21 29:24 30:8 36:7 44:6 month 17:16 morning 5:8 5:11 move 11:9,12 11:19,23 12:10 22:2 30:18 moved 11:25 12:10 13:5 14:3,6,12 16:20 moving 12:16 mud 24:24 27:14,18 28:11,16 34:14 36:3 muddy 22:5,11 22:15 24:8 24:18,19 26:19 28:19 M-A-R-I-E 18:13 | 18:13 nasty 27:1 need 3:15 5:21 6:1,2,5,6 11:14 21:3 needed 15:24 17:3 37:1,6 37:11,12 neither 45:6 never 17:24 19:5 21:9,18 23:25 25:10 30:23 38:18 42:12 new 42:2 nice 33:5 nod 5:25 Northern 1:3 44:23 Notary 44:10 45:15 notice 22:21 24:3,4,9,14 25:6 44:13 noticed 22:1 24:11 25:4 25:15 notification 16:6 Number 44:20 numerous 15:22 | 18:15,25 19:13,21,24 20:4,5,18,23 21:3,5,19 22:21,25 23:3,21 24:7 24:13 25:4,8 25:21 27:2,9 28:1,6,12,19 28:22 29:4,7 30:2,13,20 31:2,6,13,24 32:5,12,18 32:25 33:16 34:17,25 35:3,12 36:15 37:24 38:1,20 39:12 40:3 40:25 41:3,5 41:9 42:20 43:5 older 10:23 ones 30:9 40:5 opposite 29:13 order 41:20 ordering 41:21 outside 14:18 14:19 Ovett 7:12,13 9:8,9 Owens 7:19,21 |
| handle 12:16 handled 13:2 handrail 25:12 25:17,18 26:3 32:19 handrails 23:4 23:6 38:15 handwriting 16:9 happened 17:16,17 34:2 42:5 happy 36:19 36:20 37:14 37:18 hard 41:16 Haskell 2:6 head 5:25 hear 5:21 heard 13:21 30:1 help 24:4 33:5 hereto 3:19 4:3 Highway 9:22 Hill 9:23 hire 41:14 hobbies 39:17 home 27:8 34:15 honestly 13:7 19:20 21:24 32:22 36:4 hospital 32:4 32:10 Houston 8:3 huh-uh 27:14 hurry 15:5 17:4 husband 6:20 6:22 8:2,9 34:15 husband's 6:16 | **J** J 1:15 3:10 44:8 45:13 January 1:18 44:12 45:10 jewelry 39:20 39:21 John 1:6 10:18 11:8 14:2 19:3 21:22 21:24 26:2 31:15 32:4,9 34:1,6,17 35:20 36:13 37:15,22,24 38:3,20 39:12 40:18 41:20 42:10 44:18 John's 31:4 joined 26:15 Judy 13:23 15:12,14 38:6,8,16 June 7:8 **K** keep 26:18 Kenneth 10:5 kin 45:7 kind 17:8 24:19 26:18 knew 21:8 38:10 know 6:6,7 9:10 12:10 14:11,23,25 15:3,5,24 17:1,3,14,25 18:7 19:3,16 19:17,18,20 22:5,14,19 22:24 23:20 24:1,5,12,16 24:17,17,20 24:21 25:10 25:25 27:10 27:16,19,22 28:3,6,8,8,25 29:1,3,11,23 31:16,18 32:20 33:8,9 33:10 34:7 34:16,21 | **L** Ladner 6:23 10:5 lady 13:13,16 41:22 laid 26:21 Lancaster 1:6 7:25 9:5 10:17,19 11:9 14:3 44:18 Lane 1:21 Large 44:11 lately 38:24 40:1 Law 2:5,11 Lawrence 2:7 lawsuit 11:1 lay 26:24 laying 27:21 27:23 leading 14:17 lease 16:1 leave 36:12 41:4 leaving 41:12 left 36:6,11,14 40:22,24 41:3 42:3 leg 31:19,20 lines 33:6 lists 16:7 live 8:21 9:1,13 9:25 10:2,14 11:24 lived 8:23 9:2 20:2 living 11:17 loaded 35:25 long 6:8 8:23 12:7 29:17 look 12:24 | **M** m 43:17 machine 5:19 maiden 7:22 7:24 main 22:3 making 39:21 manager 9:20 15:16 manner 4:2 45:8 Marie 1:14,20 3:8,24 5:1 6:11 16:7 43:15 44:15 marked 19:25 married 6:14 6:18 10:10 marry 8:9 matter 44:18 Mays 12:4,13 13:2,3 21:22 26:2 29:5 33:8 34:3,5 36:5,19 38:20 40:10 ma'am 5:15 mean 8:15 14:10,16 17:20,24 18:1,23 21:8 22:4,24 23:20,25 24:4 25:9 27:11 32:3 34:4,10 35:5 36:1,21 38:12,25 39:9 40:11 40:25 41:7 medical 43:10 Meeks 42:4 | **I** idea 11:19 17:15 important 14:23 15:1 inside 14:21 installed 42:24 interested 45:8 introduced 4:1 Investments | | **N** name 5:8 6:10 6:16 7:18,22 7:24 9:15 10:4 15:13 16:13,16 | **O** Oaks 12:2,3,7 objections 3:13,14 occasions 13:25 offered 3:17 offhand 18:12 Oh 8:1 14:10 24:7,18 40:20 41:9 41:22 okay 5:16 6:3 6:4,8,9 7:1,7 7:9,17 9:10 9:24 10:2,23 11:5,14,23 12:4,7,15,19 13:4,9,23 14:8,16,23 15:2,8,21 16:6,14,16 16:18,22 17:5,8,13,22 | **P** pad 24:25 34:11 pages 44:24 park 35:9,10 35:12 parked 22:10 parking 22:8,9 22:17 35:12 35:21 part 24:8 26:1 particular 13:12 24:14 42:8 particularly 25:6 38:17 39:8 parties 3:7,23 45:2,5,7 party 3:19 4:3 pay 19:1,3 22:23 paying 19:6 pending 44:21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| people 5:25 37:3 | 3:15 5:12,17 quit 40:15 41:3 quitting 41:1,2 41:6 | relatives 7:13 remember 17:21 18:10 18:12 19:14 19:15 28:1,9 30:17 32:20 32:23,24 33:13,18,21 35:2 38:2 40:20 41:22 removed 42:21 rent 12:13 repeat 6:5 reported 44:14 Reporter 1:16 1:17 3:11 5:18 44:9,9 45:14,14 REPORTER... 44:2 represent 5:9 representing 2:4,10 3:6,22 request 42:20 reserved 3:16 residence 1:19 response 12:22 16:8 18:18 20:9 21:2 30:25 31:11 38:22 restaurants 30:11 results 45:9 retired 8:14 reviewed 16:4 20:3 right 6:14,20 6:22 8:1,6 9:3,17 10:20 12:9 13:19 14:5,13,19 15:15,23 16:10,22 17:15 18:12 18:15 19:3,7 19:19,22 20:11,12 23:7,8 24:13 25:17,19,21 26:6,15 28:22 29:12 29:15 30:5 30:13 31:8 32:1,7 33:2 33:10,18 34:7,8,12 | 35:19,20,25 38:15 40:17 41:10,11,13 River 12:2,3,7 Road 2:12 9:23 rule 40:14 42:12 Rules 3:9 ruling 3:16 ___S___ safe 23:1 SAITH 43:20 saw 14:8 16:19 19:10 21:1,5 22:11,22,23 23:14,19 28:22 saying 12:18 22:15 says 16:6 second 6:20 8:1 20:7 see 13:5 18:11 19:9,13,16 19:21 22:3 25:24 26:10 29:7,9 35:7 35:17 seen 16:3 21:9 21:18 38:18 41:16 service 8:14,16 set 1:22 45:2 she'll 5:19 Shorthand 1:17 44:9 45:14 show 19:24 20:13 siblings 10:14 signing 4:8 45:3 sister 7:16,17 sitter 41:15 42:2 six 20:22 sixty 7:5 Slaughter 2:6 Smilie 1:14,20 3:8,24 5:1,8 6:12,13,17 8:11 16:7 32:2 43:16 44:15 somebody | 36:13,22 son 9:11,12 10:2 sorry 18:22 32:2 South 2:7 space 35:13 speak 5:3,20 44:16 spell 16:13,16 18:13 standing 22:13 started 34:6 State 44:5,10 45:15 States 1:1 44:22 Statute 3:20 4:3 stayed 22:4 24:16 step 23:9 27:12 27:16,17,18 stipulated 3:5 3:21 4:6 stipulation 44:13 stipulations 1:22 3:3 stopped 23:10 straight 24:21 24:23 Street 2:7 stuck 36:2 Sue 7:19,20 sued 11:3 Summers 12:21 13:24 15:14 16:23 17:19 25:23 30:14,21,24 31:3 32:2 33:11,22 42:15,18 supper 40:21 40:24 sure 5:20,22 5:23 6:2,2 8:1 11:11 13:10,22 14:10 15:10 15:12 17:24 19:5 21:23 22:23 28:4 31:4,7,13 32:10,13,16 33:1 34:14 | Sweet 1:20 swollen 31:17 31:21 sworn 5:2 44:16 S-M-I-L-I-E 16:17 ___T___ take 5:10,19 11:14 19:25 40:8 taken 1:15 3:8 3:10 35:17 40:13 takes 5:18 talk 5:22 12:24 13:18 14:2 15:8 34:1,17 37:8 42:23 talked 12:20 13:23,25 15:11,12 16:23 17:23 18:5 30:23 31:2 36:5,16 42:13 telephone 31:6 tell 11:8 13:20 16:24 17:8 18:19,21 29:4,5,6 32:22 33:2,4 34:5 38:6,8 41:11 telling 16:22 32:20 tenants 35:18 testified 5:5 thank 33:3 43:14 thereof 45:9 thing 12:12 22:3 25:14 39:20 things 25:15 think 6:7 7:5 16:5 18:11 21:6,6,8 23:16,18,24 26:21 33:12 36:1 38:24 39:24 40:2 43:13 thinking 36:22 third 6:21 8:9 thirty 29:11 | thought 13:19 15:6 17:1 23:22,25 25:9,10,14 36:18 37:5,6 37:7,10 three 20:12,20 20:21 threw 34:10,23 time 3:16,17 5:22 6:18 8:21 11:16 11:25 16:19 17:16,22 22:12,22 23:2,12,14 23:17,19 24:2 28:23 28:24 31:2 43:4,5 times 5:25 15:22 tipped 34:22 tires 34:13 Tobacco 9:20 told 12:19 18:15 30:13 31:16 32:16 33:12 35:1 36:13 40:18 41:3 42:17 Touch 29:16 30:6 track 28:14 transcription 44:25 trial 4:1 tried 28:17,17 truck 10:9 true 44:24 truth 5:3,4,4 32:22 44:16 44:17,17 try 40:20 trying 7:5 18:11 41:22 41:23 TV 39:23 twenty 8:25 29:18,18 twice 19:18 two 9:12 12:8 20:20,21 25:15 type 39:20 ___U___ |
| person 18:2 42:23 | | | | | | |
| Personal 29:16 30:6 | | | | | | |
| Phillips 1:9 5:9 21:20 42:14 44:19 | | | | | | |
| phone 15:21 18:3,4,5 | | | | | | |
| phonetic 6:23 7:19 8:3 10:5 | | | | | | |
| photo 20:3 | | | | | | |
| picture 20:1,7 20:15,18,19 20:19 | | | | | | |
| pictures 20:12 | | | | | | |
| piece 26:21,25 | | | | | | |
| places 30:7,9 30:12 | | | | | | |
| Plaintiff 1:7 2:4 44:18 | | | | | | |
| plywood 26:8 26:18,25 27:5,7,11 35:4 | | | | | | |
| point 14:9 37:17 | | | | | | |
| positive 28:5 | | | | | | |
| Postal 8:16 | | | | | | |
| postman 8:17 | | | | | | |
| pretty 43:2 | | | | | | |
| probably 7:5 18:7 21:23 31:4 32:8,9 32:11,19 | | | | | | |
| problem 18:8 25:13,24 | | | | | | |
| problems 18:10 43:10 | | | | | | |
| Procedure 3:9 | | | | | | |
| provided 3:19 4:3 | | | | | | |
| Public 44:10 45:15 | | | | | | |
| purpose 3:19 | | | | | | |
| pursuant 1:21 3:8 44:12 | | | | | | |
| put 19:7 26:7 26:20 27:11 28:1 35:4 | | | | | | |
| putting 33:4 | | | | | | |
| ___Q___ | | | | | | |
| question 6:5 | | | | | | |
| questions 3:13 | rail 24:6,7 26:1 rails 21:9,14 38:11 raised 9:5 ramp 14:17,21 14:24 15:7 16:24 17:2,4 17:7,9,10,11 18:16,17 19:7 20:16 20:20,24 21:5 22:2,9 22:16,19,22 23:10 24:23 26:3,4,9,14 26:15,17 27:3,10,13 27:20,24 30:15 33:4,5 33:24 34:7 34:23 38:3,7 38:8 42:20 42:24 43:8 43:11 Raymond 6:17 8:11 Read 39:25 reading 4:8 40:1 45:3 real 31:21 really 12:17 13:10,22 17:20,24,25 19:15,20 22:4,23 23:20,20,21 23:25 24:12 24:20 25:14 29:3 33:13 35:5 36:17 reason 15:4 recall 13:7 15:11,20 21:25 26:5 33:7,25 42:19 recollection 16:18 regardless 4:4 regular 31:1 rehired 36:8 | | | | | |

| | | |
|---|---|---|
| **uh-huh** 5:24<br>  12:22 14:1<br>  16:8 18:18<br>  20:9,25 21:2<br>  29:25 30:16<br>  30:25 31:11<br>  38:22<br>**understand**<br>  12:17 24:7<br>**unit** 20:10,13<br>**United** 1:1<br>  44:21<br>**use** 27:5,24<br>  28:12,23<br>  29:9 38:3<br>**usually** 19:18<br><br>**_____ V _____**<br>**VA** 40:4,6<br>**vacation** 37:6<br>**Vaughn** 6:23<br>**versus** 44:19<br>**Virgie** 1:14,20<br>  3:7,24 5:1<br>  6:11 43:15<br>  44:15<br>**vision** 43:1<br>**visit** 19:17<br>**vs** 1:8<br><br>**_____ W _____**<br>**W** 6:17<br>**waived** 3:25<br>  4:9 45:4<br>**waiving** 4:4<br>**walk** 28:15,17<br>**Walker** 2:5 5:7<br>  5:9 43:13<br>**want** 27:18<br>  28:13 32:20<br>**wanted** 18:19<br>  36:24 38:7,8<br>**wasn't** 14:17<br>  24:11,12,25<br>  27:3 31:1<br>  32:3 34:11<br>  36:1,11<br>**watch** 39:23<br>**water** 22:13<br>**way** 16:13 21:1<br>  23:10 37:4,4<br>  37:14<br>**wear** 43:3<br>**wears** 43:5<br>**Wednesday**<br>  1:18 44:12<br>**week** 19:18 | 32:9,11<br>**went** 12:19<br>  14:8,10<br>  19:16 23:11<br>  31:10,13,15<br>  31:18 34:13<br>  34:15 36:7<br>  40:11,12<br>**wet** 22:4,11,15<br>**Wetumpka**<br>  1:21 8:19,24<br>  30:8<br>**we'll** 6:7<br>**we're** 5:16<br>**we've** 19:24<br>**wheelchair**<br>  17:11 18:17<br>  34:9,22<br>**wheels** 26:19<br>**widowed** 6:15<br>  7:2 8:7,8<br>**witness** 4:7,9<br>  5:2 16:4 20:3<br>  45:1,4<br>**wondered**<br>  21:15<br>**words** 37:20<br>**work** 8:13 9:17<br>  10:6,8 29:13<br>  29:15,19,20<br>  30:5 31:14<br>  36:7,14 42:6<br>  42:9<br>**worked** 30:7<br>  30:11 41:24<br>**worry** 26:3<br>**wouldn't** 35:12<br>**write** 16:14<br>**wrong** 42:7,8<br><br>**_____ Y _____**<br>**YARBROU...**<br>  2:11 10:16<br>**Yeah** 10:19<br>  19:10<br>**years** 8:25<br>  11:10 12:8<br>  29:18<br>**yesterday** 36:5<br>**Young** 2:6<br>**younger** 10:24<br>  10:25<br>**y'all** 7:1 8:6<br>  41:11<br><br>**_____ Z _____**<br>**Zelda** 2:12 | **_____ 0 _____**<br>**02-T-767-N**<br>  44:21<br><br>**_____ 1 _____**<br>**10** 1:18 44:12<br>**10:48** 1:19<br>**11:27** 43:17<br>**131** 1:20<br>**1940** 7:8<br>**1962** 7:6<br>**1988** 8:10<br><br>**_____ 2 _____**<br>**2007** 1:18<br>  44:12 45:10<br>**23rd** 45:10<br>**2860** 2:12<br><br>**_____ 3 _____**<br>**3** 19:25 20:16<br>**3rd** 7:8<br>**305** 2:7<br>**36104** 2:7<br>**36106** 2:12<br><br>**_____ 6 _____**<br>**6** 20:19<br>**6/9/08** 45:17 |