IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. LANCASTER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-402-MEF |
| ) | |
| PHILLIPS INVESTMENTS, LLC, ) | |
| d/b/a The Cedars, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #12) filed on January 26, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on February 21, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before February 14, 2007. The defendant may file a reply brief on or before February 21, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 30th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE