THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. LANCASTER )  )  Plaintiff, )  )  v. )  )  PHILLIPS INVESTMENTS, LLC, )  d/b/a THE CEDARS )  )  Defendant. ) | CASE NUMBER: 2:06-cv-402-MEF |

**PLAINTIFF'S RESPONSE TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, in response to Defendant's Motion for Summary Judgment herein, says as follows.

1. He files herewith the affidavit of John E. Lancaster.

2. He incorporates by reference the deposition of John E. Lancaster filed herein by the Defendant in support of the pending Motion.

3. He files herewith his brief in opposition to the said Motion.

    /s/ Coleman Yarbrough
COLEMAN YARBROUGH
ABA 2895-A43D

1

**CERTIFICATE OF SERVICE**

    I certify that on the 14th day of February, 2006, a copy of the forgoing has been sent to Constance C. Walker, Esq., Haskell, Slaughter, Young & Gallion, P. O. Box 4660, Montgomery, Ala. 36103, by placing it in the U. S. mail, properly addressed and postage prepaid.

                                                     /s/ Coleman Yarbrough
                                                COLEMAN YARBROUGH
                                                ABA 2895-A43D

OF COUNSEL:
COLEMAN YARBROUGH
ATTORNEY AT LAW
2860 ZELDA ROAD
MONTGOMERY, ALA.  36106
PHONE (334) 277-9559
FAX (334) 277-9035