THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JOHN E. LANCASTER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 2:06-cv-402-MEF |
| | ) | |
| **PHILLIPS INVESTMENTS, LLC,** | ) | |
| **d/b/a THE CEDARS** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AFFIDAVIT OF JOHN E. LANCASTER

Before me, the undersigned authority, personally appeared John E. Lancaster, who being known to me, and after being by me first duly sworn, deposes and says as follows:

My name is John E. Lancaster. I am the Plaintiff in the above entitled case. I make this affidavit in response to the pending Motion for Summary Judgment filed on behalf of the Defendant. I have personal knowledge of all of the facts set forth herein.

In April 2005 I resided at The Cedars Apartments, an apartment complex owned by the Defendant in Wetumpka, Alabama. At that time, one of my legs had been amputated, and my primary means of locomotion was a wheelchair. I had requested that the Defendant build a wheelchair ramp to the rear of my apartment so that I could exit the apartment without difficulty. The Defendant had such a ramp constructed.

The ramp was constructed in late March or early April, 2005. A carpenter came to my apartment and told me he was to build a ramp; he inquired as to what its location should be. I directed him to the rear of the apartment, but did not advise him as to how the ramp should be constructed. I then left the premises and did not return until the construction was finished. When

I did return, I did not in fact know the construction had been finished, because I noted that the ramp had no side rails or guard rails, and that the end of it was not a flat surface. For that reason, I thought the ramp just didn't look right. Common sense told me that this ramp would not be quite as safe as one with appropriate guard rails and a smooth or level transition base. However, I certainly did not believe it to be so dangerous that I would be injured if I used it.

On April 7, 2005, a week or so after the ramp was built, I attempted to use it. The ground was muddy, and apparently quite soft as a result of a prior rain. I descended the ramp in my wheelchair with no problem, but when I got to the bottom, the wheels of my wheelchair came off the ramp, which was at an angle to the ground, and apparently became immediately mired in the mud. This caused the wheelchair to tip forward, throwing me out. As a result, I suffered a broken leg, which ultimately had to be amputated.

This was the first time I had ever used their ramp. I have been in a wheelchair for more than thirty years, and have negotiated many ramps in the past. Had I had any idea that this ramp would cause my chair to turn over and me to fall, I certainly would not have used it.

I do not believe the lack of guard rails caused my fall, though had guard rails been present, I might have been able to grab or catch on them and prevent myself from falling. The fall was in fact caused by the fact that the ramp did not include a level and hard surface at its end.

Had I observed or perceived any significant danger to myself in using the ramp, I would not have used it.

Further deponent saith not.

                                                               /s/ John E. Lancaster
                                                               John E. Lancaster

**STATE OF ALABAMA** )
)
**COUNTY OF MONTGOMERY** )

    I, the undersigned, a Notary Public in and for said State and County, hereby certify that John E. Lancaster, whose name is signed to the foregoing conveyance and who is known to me, acknowledge before me on this day that the matters stated therein are true and correct and that he executed the same voluntarily on the day the same bears date.
    Given under my hand and official seal this 14th day of February, 2007.

                                                    /s/ David Coleman Yarbrough
(SEAL)                                   Notary Public
                                                  My Commission Expires: 11/2/08

OF COUNSEL:
COLEMAN YARBROUGH
ATTORNEY AT LAW
2860 ZELDA ROAD
MONTGOMERY, ALA  36106
PHONE (334) 277-9559
FAX (334) 277-9035