THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. LANCASTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: 2:06-cv-402-MEF |
| ) | |
| PHILLIPS INVESTMENTS, LLC, ) | |
| d/b/a THE CEDARS ) | |
| ) | |
| Defendant. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE
AND MEDIATION**

Settlement Conference was held pursuant to the Court's June 7, 2006, Scheduling Order on February 15, 2007. In attendance were D. Coleman Yarbrough, Esq., representing the Plaintiff, and Constance C. Walker, Esq., representing the Defendant.

A full range of settlement possibilities was discussed in full. The Parties were unable to reach settlement at this time, but have agreed to continue settlement negotiations as the case proceeds.

The Parties do not believe that mediation will assist them in resolving this case short of trial, but have agreed that should the position of either Party on that matter change, the issue of mediation will be revisited.

  /s/ Coleman Yarbrough
COLEMAN YARBROUGH
ABA 2895-A43D

1

## CERTIFICATE OF SERVICE

      I certify that on December 2, 2005, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Constance C. Walker, Esq., Haskell, Slaughter, Young & Gallion, P. O. Box 4660, Montgomery, Ala.  36103

          /s/ Coleman Yarbrough
      COLEMAN YARBROUGH
      ABA 2895-A43D

OF COUNSEL:
COLEMAN YARBROUGH
ATTORNEY AT LAW
2860 ZELDA ROAD
MONTGOMERY, ALA.  36106
PHONE (334) 277-9559
FAX (334) 277-9035