**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**


| | | |
|---|---|---|
| JOHN E. LANCASTER, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06-cv-402-MEF |
| | ) | |
| PHILLIPS INVESTMENTS, LLC, | ) | |
| d/b/a THE CEDARS, | ) | |
| | ) | |
| Defendant. | ) | |


**DEFENDANT'S MOTION TO STRIKE AFFIDAVIT**

COMES NOW Defendant Phillips Investments, LLC, d/b/a the Cedars, pursuant to Rule

56(e), Fed.R.Civ.P., and moves this Court to strike the affidavit of John Lancaster submitted in

opposition to Defendant's Motion for Summary Judgment.  Defendant shows as follows:

1.       On February 14, 2007, Plaintiff filed the affidavit of Plaintiff John Lancaster in

opposition to Defendant's motion for summary judgment.  This affidavit is not signed by the

Plaintiff.  It appears that Plaintiff's counsel typed the signature of the Plaintiff on the signature line

of the affidavit and filed it electronically with the Court.  (Doc. # 15)

2.       In considering materials in opposition to a motion for summary judgment, a court

may only consider evidence that would be admissible at trial.  *Gore v. GTE South, Inc.,* 917 F.Supp.

1564, 1570-71(M.D.Ala. 1996); *Johnson v. Scotty's, Inc.,* 119 F.Supp.2d 1276, 1281 (M.D.Fla.

2000).  The court may consider deposition testimony or affidavits complying with Rule 56(e) as a

substitute for live testimony.  *Solis v. Prince George's County,* 153 F.Supp.2d 793, 798 (D.Md.

2001); Rule 56(c) and (e).  Affidavits that do not comply with Rule 56(e) are subject to being

stricken. *Johnson v. Scotty's, Inc.,* 119 F.Supp.2d at 1281; *see also, Gore v. GTE South, Inc.,* 917 F.Supp. at 1570 (motion to strike is proper when affidavits fail to meet the standards of Rule 56(e)); *in accord, Story v. Sunshine Foliage World, Inc.,* 120 F.Supp.2d 1027 (M.D.Fla. 2000). Unsigned affidavits do not satisfy the requirements of Rule 56, Fed.R.Civ.P., and cannot be used to oppose a motion for summary judgment. *Nassif Ins. Agency, Inc. v. Civic Property & Cas. Co.,* Docket No. 03-2618 at *4 (6th Cir. 2005); *Tdata, Inc. v. Aircraft Technical Publishers,* Docket No. 2:03-264 at *3 (S.D. Ohio 2007); *Roy v. U.S. Dept. Agriculture,* 115 Fed.Appx. 198, 200 (5th Cir. 2004); *Mason v. Clark,* 920 F.2d 493, 495 (8th Cir. 1990).

WHEREFORE, THE PREMISES CONSIDERED, Defendant respectfully requests that this Court strike the affidavit of John Lancaster, or in the alternative not consider the affidavit when considering and ruling on Defendant's Motion for Summary Judgment.


s/ Constance C. Walker
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker  (ASB-5510-L66C)
Attorneys for Defendant Phillips Investments, LLC
d/b/a the Cedars


**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2007, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system that will send notification of such filing to

the following counsel for the Plaintiff:

**Counsel for Plaintiff**
Coleman Yarbrough
Office of D. Coleman Yarbrough
2860 Zelda Road
Montgomery, Alabama 36106
(334) 277-9559
(33) 277-9035 (fax)
dcyarbrough@knology.net

s/Constance  C.  Walker
OF COUNSEL

#24297