IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. LANCASTER,           ) | |
|                              ) | |
|     Plaintiff,               ) | |
| v.                           ) | CASE NO. 2:06-cv-402-MEF |
|                              ) | |
| PHILLIPS INVESTMENTS, LLC,   ) | |
| d/b/a The Cedars,            ) | |
|                              ) | |
|     Defendant.               ) | |

## **O R D E R**

Upon consideration of Defendant's Motion to Strike Affidavit (Doc. # 18) filed February 21, 2007, it is hereby ORDERED that Plaintiff show cause on or before March 30, 2007 why the motion should not be granted.

DONE this 22nd day of March, 2007.

                                           /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE