THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAR 30 P 12: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JOHN E. LANCASTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: 2:06-cv-402-MEF |
| ) | |
| PHILLIPS INVESTMENTS, LLC, ) | |
| d/b/a THE CEDARS ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S RESPONSE TO
## SHOW CAUSE ORDER

Pursuant to the Court's Order of March 22, Plaintiff responds to Defendant's Motion to Strike Affidavit (Doc. #18) as follows.

1. Filed herewith is the original affidavit of the Plaintiff, which, if Plaintiff was in error in its prior filing, Plaintiff requests be substituted for the affidavit filed.

2. The affidavit of John E. Lancaster was in fact signed by Mr. Lancaster and notarized on February 14, 2007. Plaintiff's filing of the affidavit was based upon the Electronic Case Filing Rules of this Court, § II (C)(2), of which, in pertinent part, as follows:

> Documents which must contain original signatures or which require either verification or an unsworn verification under any rule or statute, shall be filed electronically with originally executed copies maintained by the filer. The pleading or other document electronically filed shall indicate a signature, e.g. "S/Jane Doe...".

The undersigned as filer has maintained the original since it was obtained, and as an officer of the Court, could not and would not falsify the filing or indicate the existence of a nonexistent signature.

3. In truth, now that we have electronic filing, no signatures are truly "original", and, as far

1

as we can tell, neither the Court or the litigants are in any way harmed or prejudiced thereby.

In conclusion, Plaintiff respectfully prays that, in one fashion or another, his affidavit be considered.

_____
COLEMAN YARBROUGH
ABA 2895-A43D

## CERTIFICATE OF SERVICE

I certify that on the 30th day of March, 2007, a copy of the forgoing has been sent to Constance C. Walker, Esq., Haskell, Slaughter, Young & Gallion, P. O. Box 4660, Montgomery, Ala. 36103, by placing it in the U. S. mail, properly addressed and postage prepaid.

_____
COLEMAN YARBROUGH
ABA 2895-A43D

OF COUNSEL:
COLEMAN YARBROUGH
ATTORNEY AT LAW
2860 ZELDA ROAD
MONTGOMERY, ALA. 36106
PHONE (334) 277-9559
FAX (334) 277-9035