IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN E. LANCASTER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-402-MEF |
| ) | |
| PHILLIPS INVESTMENTS, LLC, ) | |
| d/b/a The Cedars, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) Judgment is ENTERED in favor of Defendant Phillips Investments, LLC and against Plaintiff John E. Lancaster and this action is DISMISSED.

(2) Costs are TAXED in favor of Defendant Phillips Investments, LLC and against Plaintiff John E. Lancaster for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 16th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE